## ASSIGNMENT OF COPYRIGHT

This Agreement is made between International Union of Operating Engineers Local 150, ("LOCAL 150") whose address is 6200 Joliet Road, Countryside, IL 60525 and Midwest Operating Engineers Construction Industry Research and Service Trust Fund ("AUTHOR"), whose address is 6200 Joliet Road, Countryside, IL 60525 represents and warrants that it is the sole creator and owner of a new website for Local 150 and the series of photographs of heavy equipment in the construction industry shown thereon (the "Work"), which is attached as Exhibit A, and holds the complete and undivided copyright interest to the Work.

For and in consideration of the premises and further sum of $1.00 and other good and valuable consideration, receipt and sufficiency of which are hereby acknowledged, AUTHOR and LOCAL 150 agree as follows *nunc pro tunc*, effective as of April 1st, 2006:

:

1.  AUTHOR agrees that the Work was commissioned by LOCAL 150 and the Work was intended to be and shall be considered, to the extent applicable, a "work for hire" as that term is defined in 17 USC § 101 of the United States Copyright Act.

2.  In the event any rights to the Work are not covered by the "Work for Hire Doctrine" under 17 USC § 101 and have not already been transferred to LOCAL 150, AUTHOR does hereby sell, assign, and transfer to LOCAL 150, its successors and assigns, the entire right, title and interest in and to the Work, including but not limited to copyright, and any registrations and copyright applications relating thereto and any renewals and extensions thereof, and in and to all works based upon, derived from, or incorporating the Work, and in and to all income, royalties, damages, claims and payments now or hereafter due or payable with respect thereto, and in and to all causes of action, either in law or in equity for past, present, or future infringement based on the copyrights, and in and to all rights corresponding to the foregoing throughout the world.

3.  Pursuant to section 17 USC § 201 of the Copyright Act, all rights to the Work shall belong to LOCAL 150 and its successors and assigns forever, and LOCAL 150 may make use or non-use of such properties throughout world without any further obligation to anyone.

4.  AUTHOR hereby waives any and all claims that it may have in any jurisdiction to "moral rights" or rights of "droit moral" with respect to the Work.

5.  LOCAL 150 shall have the right to make and shall own enhancements to and derivative works of the Work. AUTHOR shall never contest or dispute or assist others in contesting or disputing LOCAL 150's exclusive rights in the Work.

6.  AUTHOR represents and warrants to LOCAL 150 that the Work is original, and does not infringe or otherwise violate any rights of any third party.

433438.1 051925-38821



EXHIBIT

A

7. AUTHOR agrees to execute all papers and to perform such other proper acts as LOCAL 150 may deem necessary to secure for LOCAL 150 or its designee the rights herein assigned. If, after reasonable effort, LOCAL 150 is unable to secure AUTHOR's signature on any document needed to apply for or prosecute any copyright, or other right or protections relating to the Work, AUTHOR hereby designates, appoints, and grants power of attorney to LOCAL 150 and its duly authorized officers and agents as AUTHOR's agents and attorneys-in-fact, to act for and on AUTHOR's behalf, to execute, verify and file any such applications and to do all other lawfully permitted acts to further the prosecution and issuance of copyrights, and other rights and protections thereon with the same legal force and effect as if executed by AUTHOR. Such appointment shall be irrevocable and coupled with an interest.

**In witness whereof**, the parties have executed this Agreement, effective this 1st day of April, 2006.

LOCAL 150 Inc. of 6200 Joliet Road, Countryside, IL 60525

By: _____ Pres Bus Mgr. _____

Midwest Operating Engineers Construction Industry Research and Service Trust Fund

By: _____

Title: ~~President~~ Executive Director

433438.1 051925-38821