contact_us.htm

```
<html>
<!-- #BeginTemplate "template.dwt" -->
<head>
<!-- #BeginEditable "doctitle" -->
<title>Contact Us</title>
<!-- #EndEditable -->
<meta name="DWT Version" content="1.00"> <!-- mm.dd.yy / Initial Release -->
<LINK REV="Made" HREF="http://www.YOURName.com">
<meta http-equiv="Content-Language" content="en-us">
<meta http-equiv="Content-Type" content="text/html; charset=windows-1252">
<script src="javascript/special_functions.js" language="JavaScript"
type="text/javascript"></script>
<script type="text/javascript" src="javascript/anylinkv.js"></script>
<link rel="stylesheet" type=text/css href="styles/stylesheet.css">
<link rel="stylesheet" type="text/css" href="styles/anylink.css" />
<script type="text/javascript" src="javascript/anylink.js">
/***********************************************
* AnyLink CSS Menu script- © Dynamic Drive DHTML code library (www.dynamicdrive.com)
* This notice MUST stay intact for legal use
* Visit Dynamic Drive at http://www.dynamicdrive.com/ for full source code
***********************************************/
</script>
<meta name="Microsoft Theme" content="none">
</head>

<body leftmargin="0" topmargin="0" rightmargin="0" bottommargin="0" marginwidth="0"
marginheight="0" class="bg">
<table width="100%"  border="0" cellspacing="0" cellpadding="0">
  <tr>
    <td height="84" valign="top"><table width="100%" height="84"  border="0"
cellpadding="0" cellspacing="0" class="t1">
      <tr>
        <td class="t2" align="center" valign="top">
                <object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000"
id="obj2"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="760" height="84">
                        <param name="movie" value="flash/top.swf">
                        <param name="quality" value="High">
                        <param name="wmode" value="transparent">
                        <param name="base" value="./">
                        <embed src="flash/top.swf" base="./"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj2" width="760" height="84"
quality="High" wmode="transparent"></object>
                </td>
      </tr>
    </table></td>
  </tr>
  <tr>
    <td height="22"><table width="100%" height="22"  border="0" cellpadding="0"
cellspacing="0" class="h1">
      <tr>
        <td valign="top">

         </td>
      </tr>
    </table></td>
  </tr>
  <tr>
    <td height="31">
```

EXHIBIT
tabbies
B 1

```
     </td>
  </tr>
  <tr>
    <td height="400" valign="top"><table width="100%" height="400"  border="0"
cellpadding="0" cellspacing="0">
      <tr>
        <td width="9"> </td>
        <td width="200" valign="top" class="m2"><table width="200" border="0"
cellspacing="0" cellpadding="0">
          <tr>
            <td height="117" width="200" class="menu1">
                        <object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000"
id="obj3"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="200" height="117">
                                <param name="movie"
value="flash/template-images.swf">
                                <param name="quality" value="High">
                                <param name="wmode" value="transparent">
                                <param name="base" value="./">
                                <embed src="flash/template-images.swf" base="./"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj3" width="200" height="117"
quality="High" wmode="transparent"></object>
                        </td>
          </tr>
          <tr>
            <td></td>
          </tr>
          <tr>
            <td align="center"> </td>
          </tr>
          <tr>
            <td>
<!--Start Main Navigation-->
<span class="navigatetitle">Main Navigation</span>
<!--End Main Navigation-->
<p>
<!--webbot bot="Navigation" S-Orientation="vertical" S-Rendering="graphics"
S-Theme="nightvision 0010" S-Type="top" B-Include-Home="FALSE" B-Include-Up="FALSE"
startspan --><script language="JavaScript"><!--
MSFPhover =
  (((navigator.appName == "Netscape") &&
  (parseInt(navigator.appVersion) >= 3 )) ||
  ((navigator.appName == "Microsoft Internet Explorer") &&
  (parseInt(navigator.appVersion) >= 4 )));
function MSFPpreload(img)
{
  var a=new Image(); a.src=img; return a;
}
// --></script><script language="JavaScript"><!--
if(MSFPhover) {
MSFPnav1n=MSFPpreload("_derived/home.htm_cmp_nightvision010_vbtn.gif");
MSFPnav1h=MSFPpreload("_derived/home.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="home.htm" language="JavaScript" onmouseover="if(MSFPhover)
document['MSFPnav1'].src=MSFPnav1h.src" onmouseout="if(MSFPhover)
document['MSFPnav1'].src=MSFPnav1n.src"><img
src="_derived/home.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="Home" name="MSFPnav1"></a><br><script language="JavaScript"><!--
if(MSFPhover) {
MSFPnav2n=MSFPpreload("_derived/about_us.htm_cmp_nightvision010_vbtn.gif");
MSFPnav2h=MSFPpreload("_derived/about_us.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="about_us.htm" language="JavaScript"
```

```
onmouseover="if(MSFPhover) document['MSFPnav2'].src=MSFPnav2h.src"
onmouseout="if(MSFPhover) document['MSFPnav2'].src=MSFPnav2n.src"><img
src="_derived/about_us.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="About Us" name="MSFPnav2"></a><br><script language="JavaScript"><!--
if(MSFPhover) {
MSFPnav3n=MSFPpreload("_derived/Districts1.htm_cmp_nightvision010_vbtn.gif");
MSFPnav3h=MSFPpreload("_derived/Districts1.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="Districts1.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav3'].src=MSFPnav3h.src"
onmouseout="if(MSFPhover) document['MSFPnav3'].src=MSFPnav3n.src"><img
src="_derived/Districts1.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="Districts" name="MSFPnav3"></a><br><script
language="JavaScript"><!--
if(MSFPhover) {
MSFPnav4n=MSFPpreload("_derived/apprenticeship.htm_cmp_nightvision010_vbtn.gif");
MSFPnav4h=MSFPpreload("_derived/apprenticeship.htm_cmp_nightvision010_vbtn_a.gif");
}
// --></script><a href="apprenticeship.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav4'].src=MSFPnav4h.src"
onmouseout="if(MSFPhover) document['MSFPnav4'].src=MSFPnav4n.src"><img
src="_derived/apprenticeship.htm_cmp_nightvision010_vbtn.gif" width="200"
height="30" border="0" alt="Apprenticeship" name="MSFPnav4"></a><br><script
language="JavaScript"><!--
if(MSFPhover) {
MSFPnav5n=MSFPpreload("_derived/MOE.htm_cmp_nightvision010_vbtn.gif");
MSFPnav5h=MSFPpreload("_derived/MOE.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="MOE.htm" language="JavaScript" onmouseover="if(MSFPhover)
document['MSFPnav5'].src=MSFPnav5h.src" onmouseout="if(MSFPhover)
document['MSFPnav5'].src=MSFPnav5n.src"><img
src="_derived/MOE.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="MOE" name="MSFPnav5"></a><br><script language="JavaScript"><!--
if(MSFPhover) { MSFPnav6n=MSFPpreload("_derived/moe Credit
union.htm_cmp_nightvision010_vbtn.gif"); MSFPnav6h=MSFPpreload("_derived/moe Credit
union.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="moe%20Credit%20union.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav6'].src=MSFPnav6h.src"
onmouseout="if(MSFPhover) document['MSFPnav6'].src=MSFPnav6n.src"><img
src="_derived/moe%20Credit%20union.htm_cmp_nightvision010_vbtn.gif" width="200"
height="30" border="0" alt="MOE Credit Union" name="MSFPnav6"></a><br><script
language="JavaScript"><!--
if(MSFPhover) {
MSFPnav7n=MSFPpreload("_derived/Districts.htm_cmp_nightvision010_vbtn.gif");
MSFPnav7h=MSFPpreload("_derived/Districts.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="Districts.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav7'].src=MSFPnav7h.src"
onmouseout="if(MSFPhover) document['MSFPnav7'].src=MSFPnav7n.src"><img
src="_derived/Districts.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="Links" name="MSFPnav7"></a><br><script language="JavaScript"><!--
if(MSFPhover) { MSFPnav8n=MSFPpreload("_derived/how do i
join.htm_cmp_nightvision010_vbtn.gif"); MSFPnav8h=MSFPpreload("_derived/how do i
join.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="how%20do%20i%20join.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav8'].src=MSFPnav8h.src"
onmouseout="if(MSFPhover) document['MSFPnav8'].src=MSFPnav8n.src"><img
src="_derived/how%20do%20i%20join.htm_cmp_nightvision010_vbtn.gif" width="200"
height="30" border="0" alt="How do I Join?" name="MSFPnav8"></a><br><img
src="_derived/contact_us.htm_cmp_nightvision010_vbtn_p.gif" width="200" height="30"
border="0" alt="Contact Us"><!--webbot bot="Navigation" i-checksum="2677" endspan
--><br></br>
</p>
<div align="center"><img src="graphics/m-divider.jpg" width="200" height="1"></div>
            </td>
        </tr>
```

```
          <tr>
            <td>

<!-- BEGIN VERTICAL MENU-->

            </td>
          </tr>
          <tr>
            <td align="center">

<!--Start Google Search-->
<table height=25 cellpadding=0 cellspacing=0 border=0 width=100>
<FORM target="_blank" name='searchForm' method=GET
action="http://www.google.com/search">
<!-- SiteSearch Google -->
<input type=hidden name=ie value=UTF-8>
<input type=hidden name=oe value=UTF-8>
<input type=hidden name=btnG VALUE="Google Search">
<input type=hidden name=domains value="www.yourweb.com">    <!-- change the value to
your domain name. example:  www.yourweb.com change to www.i3dthemes.com -->
<input type=hidden name=sitesearch value="www.yourweb.com"> <!-- change the value to
your domain name. example:  www.yourweb.com change to www.i3dthemes.com -->
<!-- SiteSearch Google -->
  <tr>
    <td width=151><INPUT class='search_input' TYPE=text name=q size=15 maxlength=255
value=""></td>
    <td width=74 align=center><input type=image src="graphics/search.jpg" width="60"
height="20"></td>
  </tr>
  </form>
</table>
<!--End Google Search--></td>
          </tr>
        </table>          </td>
        <td width="20" valign="top" class="cbox8">
                <img src="graphics/cbox1.jpg" width="20" height="147"></td>
        <td valign="top" class="cboxbg"><table width="100%" height="400"  border="0"
cellpadding="0" cellspacing="0" class="cbox2">
          <tr>
            <td valign="top">
                        <table border="0" style="border-collapse: collapse"
width="100%" id="table2" height="400" cellpadding="0">
                                <tr>
                                        <td valign="top">
                                        <table border="0" style="border-collapse:
collapse" width="100%" id="table7" cellpadding="0">
                                                <tr>
                                                        <td style="font-family:
Tahoma; font-size: 11pt; color: #D3CDAB">
                                                        <b>
                                                        <!--webbot bot="Navigation"
S-Type="banner" S-Orientation="horizontal" S-Rendering="text" startspan -->Contact
Us<!--webbot bot="Navigation" i-checksum="18212" endspan --></b> <p> </td>
                                                </tr>
                                                <tr>
                                                        <td>
                                                        <table width="100%"
height="235" border="0" cellpadding="0" cellspacing="0" id="table49">
                <tr>
                  <td width="15"> </td>
                  <td valign="top">

<!-- #BeginEditable "body" -->
```

```
<table border="0" style="border-collapse: collapse" width="100%" id="table58"
cellpadding="0" height="100%">
        <tr>
                <td width="220" valign="top" bgcolor="#D2BE59">
                <hr color="#D7D9BB" size="1">
                <table cellSpacing="0" cellPadding="0" width="100%" border="0"
id="table63">
                        <tr>
                                <td vAlign="top" height="400">
                                <table height="400" cellSpacing="0" cellPadding="0"
width="100%" border="0" id="table64">
                                        <tr>
                                                <td class="cboxbg" vAlign="top">
                                                <table class="cbox2" height="400"
cellSpacing="0" cellPadding="0" width="100%" border="0" id="table65">
                                                        <tr>
                                                                <td vAlign="top">
                                                                <table id="table66"
style="BORDER-COLLAPSE: collapse" height="400" cellPadding="0" width="100%"
border="0">
                                                                        <tr>
                                                                                <td
vAlign="top">

<table id="table67" style="BORDER-COLLAPSE: collapse" cellPadding="0" width="100%"
border="0">

<tr>

        <td>

        <table id="table68" height="155" cellSpacing="0" cellPadding="0"
width="100%" border="0">

                <tr>

                        <td vAlign="top">

                        <table id="table69" style="BORDER-COLLAPSE: collapse"
height="36%" cellPadding="0" width="100%" border="0">

                                <tr>

                                        <td vAlign="top" width="220"
bgColor="#d2be59">

                                        <p style="MARGIN-TOP: 0px; MARGIN-BOTTOM:
0px" align="center">

                                        <font size="3" color="#000000">

                                        Countryside</font></p>

                                        <p style="MARGIN-TOP: 0px; MARGIN-BOTTOM:
0px" align="center">

                                        <font color="#000000" size="3">

                                        6200 Joliet RD.

                                        </font></p>
```

```
                                        <p style="MARGIN-TOP: 0px; MARGIN-BOTTOM:
0px" align="center">
                                        <font color="#000000" size="3">
                                        Countryside, IL
                                        60525<strong style="FONT-WEIGHT: 400">
                                        </strong></font>
                                        </p>
                                        <p style="MARGIN-TOP: 0px; MARGIN-BOTTOM:
0px" align="center">
                                        <font color="#000000" size="3">
                                        <strong style="FONT-WEIGHT: 400">
                                        (708) 482-8800</strong>
                                        </font></td>
                                </tr>
                        </table>
                        </td>
                </tr>
        </table>
        </td>
</tr>
</table>
                                                                                <p
style="margin-top: 0px; margin-bottom: 0px" align="center"> </td>
                                                                        </tr>
                                                                </table>
                                                                </td>
                                                        </tr>
                                                </table>
                                                </td>
                                        </tr>
                                </table>
                                </td>
                        </tr>
                </table>
                </td>
                <td width="10" valign="top"> </td>
                <td valign="top" bgcolor="#3B3B3B" class="boxText3">
                content goes here</td>
        </tr>
</table>

                                        <!-- #EndEditable -->

                                        </td>
                <td width="10"> </td>
```

```
            </tr>
          </table></td>
                                        </tr>
                                    </table>
                            </td>
                            <td width="200" valign="top">
                            <table border="0" style="border-collapse:
collapse" width="100%" id="table3" cellpadding="0">
                                    <tr>
                                        <td height="25"> </td>
                                    </tr>
                                    <tr>
                                        <td height="30"
align="center" valign="top">
 </td>
                                    </tr>
                                    <tr>
                                        <td>
                                        <table border="0"
style="border-collapse: collapse" width="100%" id="table4" cellpadding="0">
                                                <tr>
                                                        <td>
                                                        <table
border="0" style="border-collapse: collapse" width="100%" id="table5"
cellpadding="0">
                                                                <tr>

<td width="10" height="10" class="boxMain-1">

<img border="0" src="graphics/boxmain-1.jpg" width="10" height="10"></td>

<td height="10" class="boxMain-2">

<img border="0" src="graphics/boxmain-2.jpg" width="10" height="10"></td>

<td width="12" height="10" class="boxMain-3">

<img border="0" src="graphics/boxmain-3.jpg" width="12" height="10"></td>

</tr>
                                                                <tr>

<td width="10" class="boxMain-8"> </td>

<td class="boxMain-bg">
<!--Start Scroller Script-->
<!-- TO REMOVE THE SCROLLER, DELETE THE FOLLOWING TWO LINES -->
<script>var iframesrc="scroller_content.htm"</script>
<script langauge="javascript" src="javascript/scroller.js"></script>
<!-- TO EDIT THE SCROLLER, EDIT THE iframe_content.htm PAGE -->
<!--End Scroller Script-->

</td>

<td width="12" class="boxMain-4"> </td>

</tr>
                                                                <tr>

<td width="10" height="20" class="boxMain-7"> </td>
```

```
<td height="20" class="boxMain-6" align="right" style="font-size: 8pt; font-family: Tahoma; font-variant: small-caps; color: #D7D9BB">

<font color="#D7D9BB">more&gt;</font></td>

<td width="12" height="20" class="boxMain-5"> </td>

</tr>
                                                                        </table>
                                                                        </td>
                                                                </tr>
                                                                <tr>
                                                                        <td
align="center"> </td>
                                                                </tr>
                                                        </table>
                                                        </td>
                                                </tr>
                                                <tr>
                                                        <td> </td>
                                                </tr>
                                        </table>
                                        </td>
                                </tr>
                                <tr>
                                        <td valign="top"> </td>
                                        <td width="200" valign="top">
                                         </td>
                                </tr>
                        </table>
                        </td>
          </tr>
        </table></td>
        <td width="50" valign="top" class="cbox4">
                <img src="graphics/cbox3.jpg" width="50" height="147"><img
src="graphics/cbox4.jpg" width="50" height="30"><br></td>
        <td width="10"> </td>
      </tr>
    </table></td>
  </tr>
  <tr>
    <td height="30"><table width="100%" height="30"  border="0" cellpadding="0"
cellspacing="0">
      <tr>
        <td width="9"> </td>
        <td width="200" class="m3">
<!--Start Favorites-->
<a href="javascript:bookmark()">
<img border="0" src="graphics/favorites.jpg" width="200" height="27"></a>
<!--End Favorites-->
        </td>
        <td width="20" class="cbox7"> </td>
        <td class="cbox6" align="center"> </td>
        <td width="50" class="cbox5"> </td>
        <td width="10"> </td>
      </tr>
    </table></td>
  </tr>
  <tr>
    <td height="80" valign="bottom"><table width="100%" height="80"  border="0"
cellpadding="0" cellspacing="0" class="b1">
      <tr>
        <td valign="bottom" class="b2" align="center">
```

```
                <object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000"
id="obj4"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="250" height="61">
                        <param name="movie" value="flash/icons.swf">
                        <param name="quality" value="High">
                        <param name="wmode" value="transparent">
                        <embed src="flash/icons.swf"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj4" width="250" height="61"
quality="High" wmode="transparent"></object>
                </td>
      </tr>
    </table></td>
  </tr>
</table>
<p align="center">
<!--Start Copyright-->
</p>
<div class='bottomLinks'>
<p align="center">
<!--webbot bot="Navigation" S-Orientation="horizontal" S-Rendering="html"
S-Bar="Bars" S-Btn-Nml="&lt;A HREF=&quot;#URL#&quot; TARGET=&quot;#TARGET#&quot;
STYLE=&quot;{text-decoration: none;}&quot;&gt;#LABEL#&lt;/A&gt;" S-Btn-Sel="#LABEL#"
S-Btn-Sep="&amp;nbsp;|&amp;nbsp;" S-Type="top" B-Include-Home="FALSE"
B-Include-Up="FALSE" startspan --><nobr><A HREF="home.htm" TARGET=""
STYLE="{text-decoration: none;}">Home</A></nobr> | <nobr><A
HREF="about_us.htm" TARGET="" STYLE="{text-decoration:
none;}">About Us</A></nobr> | <nobr><A HREF="Districts1.htm"
TARGET="" STYLE="{text-decoration: none;}">Districts</A></nobr> | <nobr><A
HREF="apprenticeship.htm" TARGET="" STYLE="{text-decoration:
none;}">Apprenticeship</A></nobr> | <nobr><A HREF="MOE.htm" TARGET=""
STYLE="{text-decoration: none;}">MOE</A></nobr> | <nobr><A
HREF="moe%20Credit%20union.htm" TARGET="" STYLE="{text-decoration:
none;}">MOE Credit Union</A></nobr> | <nobr><A
HREF="Districts.htm" TARGET="" STYLE="{text-decoration:
none;}">Links</A></nobr> | <nobr><A HREF="how%20do%20i%20join.htm"
TARGET="" STYLE="{text-decoration:
none;}">How do I Join?</A></nobr> | <nobr>Contact Us</
nobr><!--webbot bot="Navigation" i-checksum="10194" endspan --></p>
<p align="center">

<span class="copyright">Copyright &copy; 2006. Local 150. All rights
reserved.</span></div>
                                        </body>
<!-- #EndTemplate -->
</html>
```

```
<html>
<!-- #BeginTemplate "template.dwt" -->
<head>
<!-- #BeginEditable "doctitle" -->
<title>About Us</title>
<!-- #EndEditable -->
<meta name="DWT Version" content="1.00"> <!-- mm.dd.yy / Initial Release -->
<LINK REV="Made" HREF="http://www.YOURName.com">
<meta http-equiv="Content-Language" content="en-us">
<meta http-equiv="Content-Type" content="text/html; charset=windows-1252">
<script src="javascript/special_functions.js" language="JavaScript"
type="text/javascript"></script>
<script type="text/javascript" src="javascript/anylinkv.js"></script>
<link rel="stylesheet" type=text/css href="styles/stylesheet.css">
<link rel="stylesheet" type="text/css" href="styles/anylink.css" />
<script type="text/javascript" src="javascript/anylink.js">
/***********************************************
* AnyLink CSS Menu script- © Dynamic Drive DHTML code library (www.dynamicdrive.com)
* This notice MUST stay intact for legal use
* Visit Dynamic Drive at http://www.dynamicdrive.com/ for full source code
***********************************************/
</script>
<meta name="Microsoft Theme" content="none">
</head>

<body leftmargin="0" topmargin="0" rightmargin="0" bottommargin="0" marginwidth="0"
marginheight="0" class="bg">
<table width="100%"  border="0" cellspacing="0" cellpadding="0">
  <tr>
    <td height="84" valign="top"><table width="100%" height="84"  border="0"
cellpadding="0" cellspacing="0" class="t1">
      <tr>
        <td class="t2" align="center" valign="top">
                <object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000"
id="obj2"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="760" height="84">
                        <param name="movie" value="flash/top.swf">
                        <param name="quality" value="High">
                        <param name="wmode" value="transparent">
                        <param name="base" value="./">
                        <embed src="flash/top.swf" base="./"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj2" width="760" height="84"
quality="High" wmode="transparent"></object>
                </td>
      </tr>
    </table></td>
  </tr>
  <tr>
    <td height="22"><table width="100%" height="22"  border="0" cellpadding="0"
cellspacing="0" class="h1">
      <tr>
        <td valign="top">

         </td>
      </tr>
    </table></td>
  </tr>
  <tr>
    <td height="31">
```

```
     </td>
  </tr>
  <tr>
    <td height="400" valign="top"><table width="100%" height="400"  border="0"
cellpadding="0" cellspacing="0">
      <tr>
        <td width="9"> </td>
        <td width="200" valign="top" class="m2"><table width="200" border="0"
cellspacing="0" cellpadding="0">
          <tr>
            <td height="117" width="200" class="menu1">
                        <object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000"
id="obj3"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="200" height="117">
                                <param name="movie"
value="flash/template-images.swf">
                                <param name="quality" value="High">
                                <param name="wmode" value="transparent">
                                <param name="base" value="./">
                                <embed src="flash/template-images.swf" base="./"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj3" width="200" height="117"
quality="High" wmode="transparent"></object>
                        </td>
          </tr>
          <tr>
            <td></td>
          </tr>
          <tr>
            <td align="center"> </td>
          </tr>
          <tr>
            <td>
<!--Start Main Navigation-->
<span class="navigatetitle">Main Navigation</span>
<!--End Main Navigation-->
<p>
<!--webbot bot="Navigation" S-Orientation="vertical" S-Rendering="graphics"
S-Theme="nightvision 0010" S-Type="top" B-Include-Home="FALSE" B-Include-Up="FALSE"
startspan --><script language="JavaScript"><!--
MSFPhover =
  (((navigator.appName == "Netscape") &&
  (parseInt(navigator.appVersion) >= 3 )) ||
  ((navigator.appName == "Microsoft Internet Explorer") &&
  (parseInt(navigator.appVersion) >= 4 )));
function MSFPpreload(img)
{
  var a=new Image(); a.src=img; return a;
}
// --></script><script language="JavaScript"><!--
if(MSFPhover) {
MSFPnav1n=MSFPpreload("_derived/home.htm_cmp_nightvision010_vbtn.gif");
MSFPnav1h=MSFPpreload("_derived/home.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="home.htm" language="JavaScript" onmouseover="if(MSFPhover)
document['MSFPnav1'].src=MSFPnav1h.src" onmouseout="if(MSFPhover)
document['MSFPnav1'].src=MSFPnav1n.src"><img
src="_derived/home.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="Home" name="MSFPnav1"></a><br><img
src="_derived/about_us.htm_cmp_nightvision010_vbtn_p.gif" width="200" height="30"
border="0" alt="About Us"><br><script language="JavaScript"><!--
if(MSFPhover) {
MSFPnav2n=MSFPpreload("_derived/Districts1.htm_cmp_nightvision010_vbtn.gif");
```

```
MSFPnav2h=MSFPpreload("_derived/Districts1.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="Districts1.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav2'].src=MSFPnav2h.src"
onmouseout="if(MSFPhover) document['MSFPnav2'].src=MSFPnav2n.src"><img
src="_derived/Districts1.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="Districts" name="MSFPnav2"></a><br><script
language="JavaScript"><!--
if(MSFPhover) {
MSFPnav3n=MSFPpreload("_derived/apprenticeship.htm_cmp_nightvision010_vbtn.gif");
MSFPnav3h=MSFPpreload("_derived/apprenticeship.htm_cmp_nightvision010_vbtn_a.gif");
}
// --></script><a href="apprenticeship.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav3'].src=MSFPnav3h.src"
onmouseout="if(MSFPhover) document['MSFPnav3'].src=MSFPnav3n.src"><img
src="_derived/apprenticeship.htm_cmp_nightvision010_vbtn.gif" width="200"
height="30" border="0" alt="Apprenticeship" name="MSFPnav3"></a><br><script
language="JavaScript"><!--
if(MSFPhover) {
MSFPnav4n=MSFPpreload("_derived/MOE.htm_cmp_nightvision010_vbtn.gif");
MSFPnav4h=MSFPpreload("_derived/MOE.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="MOE.htm" language="JavaScript" onmouseover="if(MSFPhover)
document['MSFPnav4'].src=MSFPnav4h.src" onmouseout="if(MSFPhover)
document['MSFPnav4'].src=MSFPnav4n.src"><img
src="_derived/MOE.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="MOE" name="MSFPnav4"></a><br><script language="JavaScript"><!--
if(MSFPhover) { MSFPnav5n=MSFPpreload("_derived/moe Credit
union.htm_cmp_nightvision010_vbtn.gif"); MSFPnav5h=MSFPpreload("_derived/moe Credit
union.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="moe%20Credit%20union.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav5'].src=MSFPnav5h.src"
onmouseout="if(MSFPhover) document['MSFPnav5'].src=MSFPnav5n.src"><img
src="_derived/moe%20Credit%20union.htm_cmp_nightvision010_vbtn.gif" width="200"
height="30" border="0" alt="MOE Credit Union" name="MSFPnav5"></a><br><script
language="JavaScript"><!--
if(MSFPhover) {
MSFPnav6n=MSFPpreload("_derived/Districts.htm_cmp_nightvision010_vbtn.gif");
MSFPnav6h=MSFPpreload("_derived/Districts.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="Districts.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav6'].src=MSFPnav6h.src"
onmouseout="if(MSFPhover) document['MSFPnav6'].src=MSFPnav6n.src"><img
src="_derived/Districts.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="Links" name="MSFPnav6"></a><br><script language="JavaScript"><!--
if(MSFPhover) { MSFPnav7n=MSFPpreload("_derived/how do i
join.htm_cmp_nightvision010_vbtn.gif"); MSFPnav7h=MSFPpreload("_derived/how do i
join.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="how%20do%20i%20join.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav7'].src=MSFPnav7h.src"
onmouseout="if(MSFPhover) document['MSFPnav7'].src=MSFPnav7n.src"><img
src="_derived/how%20do%20i%20join.htm_cmp_nightvision010_vbtn.gif" width="200"
height="30" border="0" alt="How do I Join?" name="MSFPnav7"></a><br><script
language="JavaScript"><!--
if(MSFPhover) {
MSFPnav8n=MSFPpreload("_derived/contact_us.htm_cmp_nightvision010_vbtn.gif");
MSFPnav8h=MSFPpreload("_derived/contact_us.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="contact_us.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav8'].src=MSFPnav8h.src"
onmouseout="if(MSFPhover) document['MSFPnav8'].src=MSFPnav8n.src"><img
src="_derived/contact_us.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="Contact Us" name="MSFPnav8"></a><!--webbot bot="Navigation"
i-checksum="25777" endspan --><br></br>
</p>
<div align="center"><img src="graphics/m-divider.jpg" width="200" height="1"></div>
            </td>
```

```
          </tr>
          <tr>
            <td>

<!-- BEGIN VERTICAL MENU-->

            </td>
          </tr>
          <tr>
            <td align="center">

<!--Start Google Search-->
<table height=25 cellpadding=0 cellspacing=0 border=0 width=100>
<FORM target="_blank" name='searchForm' method=GET
action="http://www.google.com/search">
<!-- SiteSearch Google -->
<input type=hidden name=ie value=UTF-8>
<input type=hidden name=oe value=UTF-8>
<input type=hidden name=btnG VALUE="Google Search">
<input type=hidden name=domains value="www.yourweb.com">    <!-- change the value to
your domain name. example:  www.yourweb.com change to www.i3dthemes.com -->
<input type=hidden name=sitesearch value="www.yourweb.com"> <!-- change the value to
your domain name. example:  www.yourweb.com change to www.i3dthemes.com -->
<!-- SiteSearch Google -->
  <tr>
    <td width=151><INPUT class='search_input' TYPE=text name=q size=15 maxlength=255
value=""></td>
    <td width=74 align=center><input type=image src="graphics/search.jpg" width="60"
height="20"></td>
  </tr>
  </form>
</table>
<!--End Google Search--></td>
          </tr>
        </table>          </td>
        <td width="20" valign="top" class="cbox8">
                <img src="graphics/cbox1.jpg" width="20" height="147"></td>
        <td valign="top" class="cboxbg"><table width="100%" height="400"  border="0"
cellpadding="0" cellspacing="0" class="cbox2">
          <tr>
            <td valign="top">
                        <table border="0" style="border-collapse: collapse"
width="100%" id="table2" height="400" cellpadding="0">
                                <tr>
                                        <td valign="top">
                                        <table border="0" style="border-collapse:
collapse" width="100%" id="table7" cellpadding="0">
                                                <tr>
                                                        <td style="font-family:
Tahoma; font-size: 11pt; color: #D3CDAB">
                                                        <b>
                                                        <!--webbot bot="Navigation"
S-Type="banner" S-Orientation="horizontal" S-Rendering="text" startspan -->About
Us<!--webbot bot="Navigation" i-checksum="24681" endspan --></b> <p> </td>
                                                </tr>
                                                <tr>
                                                        <td>
                                                        <table width="100%"
height="235" border="0" cellpadding="0" cellspacing="0" id="table49">
                  <tr>
                    <td width="15"> </td>
                    <td valign="top">
```

```
<!-- #BeginEditable "body" -->

<table border="0" style="border-collapse: collapse" width="100%" id="table58"
cellpadding="0" height="100%">
        <tr>
                <td width="220" valign="top" bgcolor="#D2BE59">
                <table border="0" style="border-collapse: collapse" width="100%"
id="table59" cellpadding="2" cellspacing="2">
                        <tr>
                                <td bgcolor="#3B3B3B">
                <table border="0" style="border-collapse: collapse" width="100%"
id="table62" cellpadding="2" cellspacing="2">
                        <tr>
                                <td bgcolor="#1B1B1B">
                                                <span
class="messageBoxHeader"><b>Organizing</b></span></td>
                        </tr>
                        <tr>
                                <td bgcolor="#3B3B3B">
                                <table border="0" style="border-collapse: collapse"
width="100%" id="table63" cellpadding="2">
                                        <tr>
                                                <td>In 1986 local 150 elected Pres.
Bus. Mgr. William E.
                                                Dugan. Soon after taking office Bill
hired James Sweeney
                                                ( Dist. 1) as the first organizer
that the local had in
                                                several decades. In 1987 he hired
Robert Paddock ( Dist.
                                                1). In 1989 he hired David Fagan (
Dist. 7 ). In 1993 he
                                                hired Mark McCaffrey ( Dist 4 ). In
1997 he hired Phil
                                                Overmyer ( Dist. 6 ). In 1998 he
hired Marshall Douglas
                                                ( Dist 8 ). Therefore, local 150 has
6 full-time
                                                Organizers. To assist the organizers
there are 6 task
                                                force organizers who report to any
of the organizers
                                                which they are currently working
with. The task force
                                                has been in place for approx. 8
years. All organizers
                                                report to the Pres. Bus. Mgr. In
1986 the local had
                                                approx. 11,000 members, as of Jan,
1998 the local has
                                                over 18,000 members. Today we have
over 22,000 members
                                                and still growing. Organizing
works!</td>
                                        </tr>
                                </table>
                                </td>
                        </tr>
                </table>
                                </td>
                        </tr>
                </table>
                <hr color="#D7D9BB" size="1">
```

```
                </td>
                <td width="10" valign="top"> </td>
                <td valign="top" bgcolor="#3B3B3B" class="boxText3">
                <div class="Section1">
                                <p class="MsoNormal" style="text-indent: 0.5in; text-align:
center; border: medium none; padding: 0in">
                                <b><font size="4">A brief history of the IUOE</font></b></p>
                                <p class="MsoNormal" style="text-indent: 0.5in; text-align:
justify; border: medium none; padding: 0in">
                                <span style="FONT-SIZE: 10pt">Getting to where it is today
was no
                                easy task for the IUOE. The road was strewn with obstacles
and
                                resistance. It was only through dedicated leadership,
sacrifice,
                                sweat and perseverance that the union was able to
advance.</span></p>
                                <p class="MsoNormal" style="text-align: justify; border:
medium none; padding: 0in">
                                <span style="FONT-SIZE:
10pt">             
   Working conditions for
                                construction and stationary workers in the late 1800's were,
at
                                best, appalling. Their wages, for 60-to-90 hour work weeks,
were
                                equally miserable. Benefits were practically unheard
of.</span></p>
                                <p class="MsoNormal" style="text-align: justify; border:
medium none; padding: 0in">
                                <span style="FONT-SIZE:
10pt">             
   In an effort to change
                                those conditions, a small group of stationary engineers met
in
                                Chicago on December 7, 1896, to form the National Union of
Steam
                                Engineers of America, the forerunner of today's
IUOE.</span></p>
                                <p class="MsoNormal" style="text-align: justify; border:
medium none; padding: 0in">
                                <span style="FONT-SIZE:
10pt">             
   Each was from a small
                                U.S. local union. The largest had only 40 members and all
but one
                                local was from the stationary field. The majority of these
founders
                                shared a common skill: the ability to operate the dangerous
steam
                                boilers of the day. (In fitting tribute to these early
pioneers, a
                                steam gauge, even today, dominates the emblem, or logo, of
the IUOE.</span></p>
                                <p class="MsoNormal" style="text-align: justify; border:
medium none; padding: 0in">
                                <span style="FONT-SIZE:
10pt">             
   A year later, the
                                first Canadian workers joined the fledgling union. To
reflect this
                                expansion across the border, the union's name was changed to
the
```

```
                              International Union of Steam Engineers.</span></p>
                              <p class="MsoNormal" style="text-align: justify; border:
medium none; padding: 0in">
                              <span style="FONT-SIZE:
10pt">             
   Their unique ability
                              made the steam engineers vital to the operation of
steam-driven
                              construction equipment introduced on a large scale at the
turn of
                              the century.</span></p>
                              <p class="MsoNormal" style="text-align: justify; border:
medium none; padding: 0in">
                              <span style="FONT-SIZE:
10pt">             
   More and more
                              construction workers signed on after the turn of the century
and the
                              union changed its name at its 1912 Convention to reflect
this new
                              composition, becoming the International Union of Steam and
Operating
                              Engineers.</span></p>
                              <p class="MsoNormal" style="text-align: justify; border:
medium none; padding: 0in">
                              <span style="FONT-SIZE:
10pt">             
   Operating Engineers
                              flocked to San Francisco to rebuild that majestic city after
it was
                              turned to rubble in the earthquake of 1906. Additional
thousands of
                              Operating Engineers moved mountains in the next few years in
digging
                              the Panama Canal.</span></p>
                              <p class="MsoNormal" style="text-align: justify; border:
medium none; padding: 0in">
                              <span style="FONT-SIZE:
10pt">             
   As members began
                              working with internal combustion engines, electric motors,
hydraulic
                              machinery and refrigerating systems, as well as steam
boilers and
                              engines, the word "steam" was dropped from the union's name
and in
                              1928 it became the International Union of Operating
Engineers.</span></p>
                              <p class="MsoNormal" style="text-align: justify; border:
medium none; padding: 0in">
                              <span style="FONT-SIZE:
10pt">             
   As the organization
                              continued its growth, it attracted workers from the public
sector,
                              making it a truly diverse trade union. (Source:
                              <a style="color: blue; text-decoration: underline;
text-underline: single" href="http://www.iuoe.org/">
                              www.iuoe.org</a>)</span></p>
                              <p class="MsoNormal" style="text-align: justify; border:
medium none; padding: 0in">
                              <span style="FONT-SIZE: 10pt">  </span></div>
 </td>
```

```
	</tr>
</table>

					<!-- #EndEditable -->

					</td>
			<td width="10"> </td>
		</tr>
	</table></td>
							</tr>
						</table>
					</td>
					<td width="200" valign="top">
					<table border="0" style="border-collapse:
collapse" width="100%" id="table3" cellpadding="0">
						<tr>
							<td height="25"> </td>
						</tr>
						<tr>
							<td height="30"
align="center" valign="top">
 </td>

						</tr>
						<tr>
							<td>
							<table border="0"
style="border-collapse: collapse" width="100%" id="table4" cellpadding="0">
								<tr>
									<td>
									<table
border="0" style="border-collapse: collapse" width="100%" id="table5"
cellpadding="0">
										<tr>

<td width="10" height="10" class="boxMain-1">

<img border="0" src="graphics/boxmain-1.jpg" width="10" height="10"></td>

<td height="10" class="boxMain-2">

<img border="0" src="graphics/boxmain-2.jpg" width="10" height="10"></td>

<td width="12" height="10" class="boxMain-3">

<img border="0" src="graphics/boxmain-3.jpg" width="12" height="10"></td>

</tr>
										<tr>

<td width="10" class="boxMain-8"> </td>

<td class="boxMain-bg">
<!--Start Scroller Script-->
<!-- TO REMOVE THE SCROLLER, DELETE THE FOLLOWING TWO LINES -->
<script>var iframesrc="scroller_content.htm"</script>
<script langauge="javascript" src="javascript/scroller.js"></script>
<!-- TO EDIT THE SCROLLER, EDIT THE iframe_content.htm PAGE -->
<!--End Scroller Script-->

</td>
```

```
<td width="12" class="boxMain-4"> </td>

</tr>
                                                                                                    <tr>

<td width="10" height="20" class="boxMain-7"> </td>

<td height="20" class="boxMain-6" align="right" style="font-size: 8pt; font-family:
Tahoma; font-variant: small-caps; color: #D7D9BB">

<font color="#D7D9BB">more&gt;</font></td>

<td width="12" height="20" class="boxMain-5"> </td>

</tr>
                                                                                         </table>
                                                                                         </td>
                                                                                </tr>
                                                                                <tr>
                                                                                         <td
align="center"> </td>
                                                                                </tr>
                                                                       </table>
                                                                       </td>
                                                              </tr>
                                                              <tr>
                                                                       <td> </td>
                                                              </tr>
                                                     </table>
                                                     </td>
                                            </tr>
                                            <tr>
                                                     <td valign="top"> </td>
                                                     <td width="200" valign="top">
                                                      </td>
                                            </tr>
                                   </table>
                                   </td>
                 </tr>
               </table></td>
               <td width="50" valign="top" class="cbox4">
                         <img src="graphics/cbox3.jpg" width="50" height="147"><img
src="graphics/cbox4.jpg" width="50" height="30"><br></td>
               <td width="10"> </td>
             </tr>
           </table></td>
         </tr>
         <tr>
           <td height="30"><table width="100%" height="30"  border="0" cellpadding="0"
cellspacing="0">
             <tr>
               <td width="9"> </td>
               <td width="200" class="m3">
<!--Start Favorites-->
<a href="javascript:bookmark()">
<img border="0" src="graphics/favorites.jpg" width="200" height="27"></a>
<!--End Favorites-->
               </td>
               <td width="20" class="cbox7"> </td>
               <td class="cbox6" align="center"> </td>
               <td width="50" class="cbox5"> </td>
               <td width="10"> </td>
             </tr>
```

```
    </table></td>
  </tr>
  <tr>
    <td height="80" valign="bottom"><table width="100%" height="80"  border="0"
cellpadding="0" cellspacing="0" class="b1">
      <tr>
        <td valign="bottom" class="b2" align="center">
                <object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000"
id="obj4"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="250" height="61">
                        <param name="movie" value="flash/icons.swf">
                        <param name="quality" value="High">
                        <param name="wmode" value="transparent">
                        <embed src="flash/icons.swf"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj4" width="250" height="61"
quality="High" wmode="transparent"></object>
                </td>
      </tr>
    </table></td>
  </tr>
</table>
<p align="center">
<!--Start Copyright-->
</p>
<div class='bottomLinks'>
<p align="center">
<!--webbot bot="Navigation" S-Orientation="horizontal" S-Rendering="html"
S-Bar="Bars" S-Btn-Nml="&lt;A HREF=&quot;#URL#&quot; TARGET=&quot;#TARGET#&quot;
STYLE=&quot;{text-decoration: none;}&quot;&gt;#LABEL#&lt;/A&gt;" S-Btn-Sel="#LABEL#"
S-Btn-Sep="&amp;nbsp;|&amp;nbsp;" S-Type="top" B-Include-Home="FALSE"
B-Include-Up="FALSE" startspan --><nobr><A HREF="home.htm" TARGET=""
STYLE="{text-decoration:
none;}">Home</A></nobr> | <nobr>About Us</nobr> | <nobr><A
HREF="Districts1.htm" TARGET="" STYLE="{text-decoration:
none;}">Districts</A></nobr> | <nobr><A HREF="apprenticeship.htm"
TARGET="" STYLE="{text-decoration:
none;}">Apprenticeship</A></nobr> | <nobr><A HREF="MOE.htm" TARGET=""
STYLE="{text-decoration: none;}">MOE</A></nobr> | <nobr><A
HREF="moe%20Credit%20union.htm" TARGET="" STYLE="{text-decoration:
none;}">MOE Credit Union</A></nobr> | <nobr><A
HREF="Districts.htm" TARGET="" STYLE="{text-decoration:
none;}">Links</A></nobr> | <nobr><A HREF="how%20do%20i%20join.htm"
TARGET="" STYLE="{text-decoration:
none;}">How do I Join?</A></nobr> | <nobr><A
HREF="contact_us.htm" TARGET="" STYLE="{text-decoration:
none;}">Contact Us</A></nobr><!--webbot bot="Navigation" i-checksum="41622"
endspan --></p>
<p align="center">

<span class="copyright">Copyright &copy; 2006. Local 150. All rights
reserved.</span></div>
                                        </body>
<!-- #EndTemplate -->
</html>
```

```
<html>
<!-- #BeginTemplate "template.dwt" -->
<head>
<!-- #BeginEditable "doctitle" -->
<title>MOE</title>
<!-- #EndEditable -->
<meta name="DWT Version" content="1.00"> <!-- mm.dd.yy / Initial Release -->
<LINK REV="Made" HREF="http://www.YOURName.com">
<meta http-equiv="Content-Language" content="en-us">
<meta http-equiv="Content-Type" content="text/html; charset=windows-1252">
<script src="javascript/special_functions.js" language="JavaScript"
type="text/javascript"></script>
<script type="text/javascript" src="javascript/anylinkv.js"></script>
<link rel="stylesheet" type=text/css href="styles/stylesheet.css">
<link rel="stylesheet" type="text/css" href="styles/anylink.css" />
<script type="text/javascript" src="javascript/anylink.js">
/***********************************************
* AnyLink CSS Menu script- © Dynamic Drive DHTML code library (www.dynamicdrive.com)
* This notice MUST stay intact for legal use
* Visit Dynamic Drive at http://www.dynamicdrive.com/ for full source code
***********************************************/
</script>
<meta name="Microsoft Theme" content="none">
</head>

<body leftmargin="0" topmargin="0" rightmargin="0" bottommargin="0" marginwidth="0"
marginheight="0" class="bg">
<table width="100%"  border="0" cellspacing="0" cellpadding="0">
  <tr>
    <td height="84" valign="top"><table width="100%" height="84"  border="0"
cellpadding="0" cellspacing="0" class="t1">
      <tr>
        <td class="t2" align="center" valign="top">
                <object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000"
id="obj2"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="760" height="84">
                        <param name="movie" value="flash/top.swf">
                        <param name="quality" value="High">
                        <param name="wmode" value="transparent">
                        <param name="base" value="./">
                        <embed src="flash/top.swf" base="./"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj2" width="760" height="84"
quality="High" wmode="transparent"></object>
                </td>
      </tr>
    </table></td>
  </tr>
  <tr>
    <td height="22"><table width="100%" height="22"  border="0" cellpadding="0"
cellspacing="0" class="h1">
      <tr>
        <td valign="top">

         </td>
      </tr>
    </table></td>
  </tr>
  <tr>
    <td height="31">
```

```
     </td>
  </tr>
  <tr>
    <td height="400" valign="top"><table width="100%" height="400"  border="0"
cellpadding="0" cellspacing="0">
      <tr>
        <td width="9"> </td>
        <td width="200" valign="top" class="m2"><table width="200" border="0"
cellspacing="0" cellpadding="0">
          <tr>
            <td height="117" width="200" class="menu1">
                        <object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000"
id="obj3"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="200" height="117">
                                <param name="movie"
value="flash/template-images.swf">
                                <param name="quality" value="High">
                                <param name="wmode" value="transparent">
                                <param name="base" value="./">
                                <embed src="flash/template-images.swf" base="./"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj3" width="200" height="117"
quality="High" wmode="transparent"></object>
                        </td>
          </tr>
          <tr>
            <td></td>
          </tr>
          <tr>
            <td align="center"> </td>
          </tr>
          <tr>
            <td>
<!--Start Main Navigation-->
<span class="navigatetitle">Main Navigation</span>
<!--End Main Navigation-->
<p>
<!--webbot bot="Navigation" S-Orientation="vertical" S-Rendering="graphics"
S-Theme="nightvision 0010" S-Type="top" B-Include-Home="FALSE" B-Include-Up="FALSE"
startspan --><script language="JavaScript"><!--
MSFPhover =
  (((navigator.appName == "Netscape") &&
  (parseInt(navigator.appVersion) >= 3 )) ||
  ((navigator.appName == "Microsoft Internet Explorer") &&
  (parseInt(navigator.appVersion) >= 4 )));
function MSFPpreload(img)
{
  var a=new Image(); a.src=img; return a;
}
// --></script><script language="JavaScript"><!--
if(MSFPhover) {
MSFPnav1n=MSFPpreload("_derived/home.htm_cmp_nightvision010_vbtn.gif");
MSFPnav1h=MSFPpreload("_derived/home.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="home.htm" language="JavaScript" onmouseover="if(MSFPhover)
document['MSFPnav1'].src=MSFPnav1h.src" onmouseout="if(MSFPhover)
document['MSFPnav1'].src=MSFPnav1n.src"><img
src="_derived/home.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="Home" name="MSFPnav1"></a><br><script language="JavaScript"><!--
if(MSFPhover) {
MSFPnav2n=MSFPpreload("_derived/about_us.htm_cmp_nightvision010_vbtn.gif");
MSFPnav2h=MSFPpreload("_derived/about_us.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="about_us.htm" language="JavaScript"
```

```
onmouseover="if(MSFPhover) document['MSFPnav2'].src=MSFPnav2h.src"
onmouseout="if(MSFPhover) document['MSFPnav2'].src=MSFPnav2n.src"><img
src="_derived/about_us.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="About Us" name="MSFPnav2"></a><br><script language="JavaScript"><!--
if(MSFPhover) {
MSFPnav3n=MSFPpreload("_derived/Districts1.htm_cmp_nightvision010_vbtn.gif");
MSFPnav3h=MSFPpreload("_derived/Districts1.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="Districts1.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav3'].src=MSFPnav3h.src"
onmouseout="if(MSFPhover) document['MSFPnav3'].src=MSFPnav3n.src"><img
src="_derived/Districts1.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="Districts" name="MSFPnav3"></a><br><script
language="JavaScript"><!--
if(MSFPhover) {
MSFPnav4n=MSFPpreload("_derived/apprenticeship.htm_cmp_nightvision010_vbtn.gif");
MSFPnav4h=MSFPpreload("_derived/apprenticeship.htm_cmp_nightvision010_vbtn_a.gif");
}
// --></script><a href="apprenticeship.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav4'].src=MSFPnav4h.src"
onmouseout="if(MSFPhover) document['MSFPnav4'].src=MSFPnav4n.src"><img
src="_derived/apprenticeship.htm_cmp_nightvision010_vbtn.gif" width="200"
height="30" border="0" alt="Apprenticeship" name="MSFPnav4"></a><br><script
language="JavaScript"><!--
if(MSFPhover) {
MSFPnav5n=MSFPpreload("_derived/MOE.htm_cmp_nightvision010_vbtn.gif");
MSFPnav5h=MSFPpreload("_derived/MOE.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="MOE.htm" language="JavaScript" onmouseover="if(MSFPhover)
document['MSFPnav5'].src=MSFPnav5h.src" onmouseout="if(MSFPhover)
document['MSFPnav5'].src=MSFPnav5n.src"><img
src="_derived/MOE.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="MOE" name="MSFPnav5"></a><br><script language="JavaScript"><!--
if(MSFPhover) { MSFPnav6n=MSFPpreload("_derived/moe Credit
union.htm_cmp_nightvision010_vbtn.gif"); MSFPnav6h=MSFPpreload("_derived/moe Credit
union.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="moe%20Credit%20union.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav6'].src=MSFPnav6h.src"
onmouseout="if(MSFPhover) document['MSFPnav6'].src=MSFPnav6n.src"><img
src="_derived/moe%20Credit%20union.htm_cmp_nightvision010_vbtn.gif" width="200"
height="30" border="0" alt="MOE Credit Union" name="MSFPnav6"></a><br><script
language="JavaScript"><!--
if(MSFPhover) {
MSFPnav7n=MSFPpreload("_derived/Districts.htm_cmp_nightvision010_vbtn.gif");
MSFPnav7h=MSFPpreload("_derived/Districts.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="Districts.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav7'].src=MSFPnav7h.src"
onmouseout="if(MSFPhover) document['MSFPnav7'].src=MSFPnav7n.src"><img
src="_derived/Districts.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="Links" name="MSFPnav7"></a><br><img
src="_derived/how%20do%20i%20join.htm_cmp_nightvision010_vbtn_p.gif" width="200"
height="30" border="0" alt="How do I Join?"><br><script language="JavaScript"><!--
if(MSFPhover) {
MSFPnav8n=MSFPpreload("_derived/contact_us.htm_cmp_nightvision010_vbtn.gif");
MSFPnav8h=MSFPpreload("_derived/contact_us.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="contact_us.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav8'].src=MSFPnav8h.src"
onmouseout="if(MSFPhover) document['MSFPnav8'].src=MSFPnav8n.src"><img
src="_derived/contact_us.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="Contact Us" name="MSFPnav8"></a><!--webbot bot="Navigation"
i-checksum="47481" endspan --><br></br>
</p>
<div align="center"><img src="graphics/m-divider.jpg" width="200" height="1"></div>
      </td>
    </tr>
```

```
          <tr>
            <td>

<!-- BEGIN VERTICAL MENU-->

            </td>
          </tr>
          <tr>
            <td align="center">

<!--Start Google Search-->
<table height=25 cellpadding=0 cellspacing=0 border=0 width=100>
<FORM target="_blank" name='searchForm' method=GET
action="http://www.google.com/search">
<!-- SiteSearch Google -->
<input type=hidden name=ie value=UTF-8>
<input type=hidden name=oe value=UTF-8>
<input type=hidden name=btnG VALUE="Google Search">
<input type=hidden name=domains value="www.yourweb.com">    <!-- change the value to
your domain name. example:  www.yourweb.com change to www.i3dthemes.com -->
<input type=hidden name=sitesearch value="www.yourweb.com"> <!-- change the value to
your domain name. example:  www.yourweb.com change to www.i3dthemes.com -->
<!-- SiteSearch Google -->
  <tr>
    <td width=151><INPUT class='search_input' TYPE=text name=q size=15 maxlength=255
value=""></td>
    <td width=74 align=center><input type=image src="graphics/search.jpg" width="60"
height="20"></td>
  </tr>
  </form>
</table>
<!--End Google Search--></td>
          </tr>
        </table>          </td>
        <td width="20" valign="top" class="cbox8">
                <img src="graphics/cbox1.jpg" width="20" height="147"></td>
        <td valign="top" class="cboxbg"><table width="100%" height="400"  border="0"
cellpadding="0" cellspacing="0" class="cbox2">
          <tr>
            <td valign="top">
                        <table border="0" style="border-collapse: collapse"
width="100%" id="table2" height="400" cellpadding="0">
                                <tr>
                                        <td valign="top">
                                        <table border="0" style="border-collapse:
collapse" width="100%" id="table7" cellpadding="0">
                                                <tr>
                                                        <td style="font-family:
Tahoma; font-size: 11pt; color: #D3CDAB">
                                                        <b>
                                                        <!--webbot bot="Navigation"
S-Type="banner" S-Orientation="horizontal" S-Rendering="text" startspan -->How do I
Join?<!--webbot bot="Navigation" i-checksum="22810" endspan
--></b> <p> </td>
                                                </tr>
                                                <tr>
                                                        <td>
                                                        <table width="100%"
height="235" border="0" cellpadding="0" cellspacing="0" id="table49">
                    <tr>
                      <td width="15"> </td>
                      <td valign="top">
```

```
<!-- #BeginEditable "body" -->

<div align="left">
        <table cellSpacing="0" cellPadding="0" width="98%" border="0" id="table50">
                <tr>
                        <td vAlign="top" align="left" width="98%">
                        <h3 align="center"> </h3>
                        <h3 align="center">
                        <font face="Times New Roman" color="#FFFFFF" size="5">How Do
I Join
                        Local 150?</font></h3>
                        <p align="center"><font face="Times New Roman">As a worker
and an
                        operating engineer, you have a <b><i>right</i></b> under
federal law
                        to form a union, unfortunately your employer will probably
try to
                        violate these rights. That's why it is important to call our

                        organizing department first. They can guide you and support
you in
                        in making this important decision. Please read the
information below
                        to understand some of the reasons why you need to belong to
a labor
                        union.</font></p>
                        <h3 align="center">
                        <font face="Times New Roman" color="#FFFFFF" size="5">WHY
JOIN A
                        LABOR UNION?</font></h3>
                        <p><font face="Times New Roman">As a worker, you have a
<b><i>right</i></b>
                        under federal law to form a union, select representatives of
your
                        choice and bargain collectively with your employer. This
helps
                        balance the power that an employer has over his individual
                        employees.</font> </p>
                        <p><font face="Times New Roman">Belonging to a union gives
you
                        rights under law that you do not have as an individual. Once
you
                        have formed a union, your employer must bargain with you
over your
                        wages, hours and working conditions.</font> </p>
                        <div align="center">
                                <center>
                                <table width="63%" border="0" id="table51">
                                        <tr>
                                                <td width="30%"><b>
                                                <a style="COLOR: #000066"
href="#how">
                                                <font face="Times New Roman"
color="#FFFFFF">How does
                                                the Union work?</font></a></b></td>
                                                <td width="41%"><b>
                                                <a style="COLOR: #000066"
href="#strikes">
                                                <font face="Times New Roman"
color="#FFFFFF">What about
                                                Strikes?</font></a></b></td>
                                        </tr>
                                        <tr>
```

```
                                    <td width="30%"><b>
                                    <a style="COLOR: #000066"
href="#dues">
                                    <font face="Times New Roman"
color="#FFFFFF">What about
                                    Union Dues?</font></a></b></td>
                                    <td width="41%"><b>
                                    <a
href="http://www.iuoe.org/organizing/workrights.htm">
                                    <font face="Times New Roman"
color="#FFFFFF">Your rights
                                    to join a Union</font></a></b></td>
                              </tr>
                        </table>
                        </center></div>
                  <h2 align="center"><font face="Times New Roman"
color="#FFFFFF">The
                  Union Advantage</font></h2>
                  <table width="82%" border="0" id="table52">
                        <tr>
                              <td width="30%">
                              <a
href="http://www.iuoe.org/organizing/rights.htm#Better Wages">
                              <font face="Times New Roman"
color="#FFFFFF">Better Wages</font></a><font color="#FFFFFF">
                              </font></td>
                              <td width="56%">
                              <font face="Times New Roman"
color="#000066">
                              <a style="color: #FFFFFF"
href="http://www.iuoe.org/organizing/rights.htm#age">
                              Why age matters</a></font></td>
                        </tr>
                        <tr>
                              <td width="30%">
                              <font face="Times New Roman"
color="#000066">
                              <a
href="http://www.iuoe.org/organizing/rights.htm#Pension">
                              <font color="#FFFFFF">Better
Pensions</font></a></font><a
href="http://www.iuoe.org/organizing/rights.htm#pension"><font color="#FFFFFF">
                              </font></a></td>
                              <td width="56%">
                              <a
href="http://www.iuoe.org/organizing/rights.htm#voice">
                              <font face="Times New Roman"
color="#FFFFFF">A Voice at Work
                              the Boss Can't Ignore</font></a><font
color="#FFFFFF">
                              </font></td>
                        </tr>
                        <tr>
                              <td width="30%">
                              <a
href="http://www.iuoe.org/organizing/rights.htm#accident">
                              <font face="Times New Roman"
color="#FFFFFF">Better Sickness
                              and Accident Benefits</font></a><font
color="#FFFFFF">
                              </font></td>
                              <td width="56%">
                              <a
```

```
href="http://www.iuoe.org/organizing/rights.htm#contract">
                                    <font face="Times New Roman"
color="#FFFFFF">A Right to Vote
                                    on Your Contract</font></a><font
color="#FFFFFF"> </font>
                                    </td>
                            </tr>
                            <tr>
                                    <td width="30%">
                                    <a
href="http://www.iuoe.org/organizing/rights.htm#safety">
                                    <font face="Times New Roman"
color="#FFFFFF">A Right to
                                    Health &amp; Safety on the
Job</font></a><font color="#FFFFFF">
                                    </font></td>
                                    <td width="56%">
                                    <a
href="http://www.iuoe.org/organizing/rights.htm#career">
                                    <font face="Times New Roman"
color="#FFFFFF">Advancing Your
                                    Career Through Training and
Education</font></a><font color="#FFFFFF">
                                    </font></td>
                            </tr>
                            <tr>
                                    <td width="30%">
                                    <a
href="http://www.iuoe.org/organizing/rights.htm#security">
                                    <font face="Times New Roman"
color="#FFFFFF">Job Security</font></a><font color="#FFFFFF">
                                    </font></td>
                                    <td width="56%"> </td>
                            </tr>
                    </table>
                    <hr color="#FFCC00">
                    <table cellSpacing="0" cellPadding="10" width="100%"
border="0" id="table53">
                            <tr>
                                    <td vAlign="center" width="100%"><b>
                                    <h3 align="center">
                                    <font face="Times New Roman" color="#FFFFFF"
size="5">How
                                    does the union work?</font></b></h3>
                                    </td>
                            </tr>
                            <tr>
                                    <td vAlign="center" width="100%">
                                    <font face="Times New Roman">A union is a
democratic
                                    organization of a majority of the employees
in a facility.
                                    The basic idea of a union is that by joining
together with
                                    co-employees to form a union, workers have a
greater ability
                                    through their strength in numbers to improve
conditions at
                                    the worksite. In other words, &quot;In unity
there is strength.&quot;</font><p>
                                    <font face="Times New Roman">The primary
purpose of the
                                    union is to represent workers in their
```

```
employment and to                    negotiate a contract that improves wages,
benefits and                         working conditions and protects workers from
unfair                               treatment. The basis of the contract
negotiated with the                  employer is determined by the workers
affected by the                      proposed contract.  After the contract
is negotiated, it can                only take effect if it is voted on and
ratified (approved)                  by the workers.</font></p>
                                     <p><font face="Times New Roman">Officers are
nominated and                        elected from among the members of a local
union.  Any                     member who meets the qualifications for
office may be                        nominated and elected to office within a
local union.                    Operating Engineer elections in Local 150
are held every three years.</font></p>  <p align="center"><b><font face="Times New
Roman" size="3">                     Call the organizing department at Local
150                        1-708-482-8800</font></b></td>
                                        </tr>
                                </table>
                                </td>
                        </tr>
                </table>
</div>
 <!-- #EndEditable --></td>
                        <td width="10"> </td>
                      </tr>
                    </table></td>
                                                        </tr>
                                                </table>
                                        </td>
                                        <td width="200" valign="top">
                                        <table border="0" style="border-collapse:
collapse" width="100%" id="table3" cellpadding="0">
                                                <tr>
                                                        <td height="25"> </td>
                                                </tr>
                                                <tr>
                                                        <td height="30"
align="center" valign="top">
 </td>
                                                </tr>
                                                <tr>
                                                        <td>
                                                        <table border="0"
style="border-collapse: collapse" width="100%" id="table4" cellpadding="0">
                                                                <tr>
                                                                        <td>
                                                                        <table
border="0" style="border-collapse: collapse" width="100%" id="table5"
cellpadding="0">
                                                                                <tr>
```

```
<td width="10" height="10" class="boxMain-1">

<img border="0" src="graphics/boxmain-1.jpg" width="10" height="10"></td>

<td height="10" class="boxMain-2">

<img border="0" src="graphics/boxmain-2.jpg" width="10" height="10"></td>

<td width="12" height="10" class="boxMain-3">

<img border="0" src="graphics/boxmain-3.jpg" width="12" height="10"></td>

</tr>
                                                                                <tr>

<td width="10" class="boxMain-8"> </td>

<td class="boxMain-bg">
<!--Start Scroller Script-->
<!-- TO REMOVE THE SCROLLER, DELETE THE FOLLOWING TWO LINES -->
<script>var iframesrc="scroller_content.htm"</script>
<script langauge="javascript" src="javascript/scroller.js"></script>
<!-- TO EDIT THE SCROLLER, EDIT THE iframe_content.htm PAGE -->
<!--End Scroller Script-->

</td>

<td width="12" class="boxMain-4"> </td>

</tr>
                                                                                <tr>

<td width="10" height="20" class="boxMain-7"> </td>

<td height="20" class="boxMain-6" align="right" style="font-size: 8pt; font-family:
Tahoma; font-variant: small-caps; color: #D7D9BB">

<font color="#D7D9BB">more&gt;</font></td>

<td width="12" height="20" class="boxMain-5"> </td>

</tr>
                                                                        </table>
                                                                        </td>
                                                                </tr>
                                                                <tr>
                                                                        <td
align="center"> </td>
                                                                </tr>
                                                        </table>
                                                        </td>
                                                </tr>
                                                <tr>
                                                        <td> </td>
                                                </tr>
                                        </table>
                                        </td>
                                </tr>
                                <tr>
                                        <td valign="top"> </td>
```

```
                                    <td width="200" valign="top">
                                     </td>
                            </tr>
                    </table>
                    </td>
        </tr>
      </table></td>
      <td width="50" valign="top" class="cbox4">
              <img src="graphics/cbox3.jpg" width="50" height="147"><img
src="graphics/cbox4.jpg" width="50" height="30"><br></td>
      <td width="10"> </td>
    </tr>
  </table></td>
 </tr>
 <tr>
  <td height="30"><table width="100%" height="30"  border="0" cellpadding="0"
cellspacing="0">
    <tr>
      <td width="9"> </td>
      <td width="200" class="m3">
<!--Start Favorites-->
<a href="javascript:bookmark()">
<img border="0" src="graphics/favorites.jpg" width="200" height="27"></a>
<!--End Favorites-->
      </td>
      <td width="20" class="cbox7"> </td>
      <td class="cbox6" align="center"> </td>
      <td width="50" class="cbox5"> </td>
      <td width="10"> </td>
    </tr>
  </table></td>
 </tr>
 <tr>
  <td height="80" valign="bottom"><table width="100%" height="80"  border="0"
cellpadding="0" cellspacing="0" class="b1">
    <tr>
      <td valign="bottom" class="b2" align="center">
              <object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000"
id="obj4"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="250" height="61">
                      <param name="movie" value="flash/icons.swf">
                      <param name="quality" value="High">
                      <param name="wmode" value="transparent">
                      <embed src="flash/icons.swf"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj4" width="250" height="61"
quality="High" wmode="transparent"></object>
              </td>
    </tr>
  </table></td>
 </tr>
</table>
<p align="center">
<!--Start Copyright-->
</p>
<div class='bottomLinks'>
<p align="center">
<!--webbot bot="Navigation" S-Orientation="horizontal" S-Rendering="html"
S-Bar="Bars" S-Btn-Nml="&lt;A HREF=&quot;#URL#&quot; TARGET=&quot;#TARGET#&quot;
STYLE=&quot;{text-decoration: none;}&quot;&gt;#LABEL#&lt;/A&gt;" S-Btn-Sel="#LABEL#"
S-Btn-Sep="&amp;nbsp;|&amp;nbsp;" S-Type="top" B-Include-Home="FALSE"
B-Include-Up="FALSE" startspan --><nobr><A HREF="home.htm" TARGET=""
```

```
STYLE="{text-decoration: none;}">Home</A></nobr> | <nobr><A
HREF="about_us.htm" TARGET="" STYLE="{text-decoration:
none;}">About Us</A></nobr> | <nobr><A HREF="Districts1.htm"
TARGET="" STYLE="{text-decoration: none;}">Districts</A></nobr> | <nobr><A
HREF="apprenticeship.htm" TARGET="" STYLE="{text-decoration:
none;}">Apprenticeship</A></nobr> | <nobr><A HREF="MOE.htm" TARGET=""
STYLE="{text-decoration: none;}">MOE</A></nobr> | <nobr><A
HREF="moe%20Credit%20union.htm" TARGET="" STYLE="{text-decoration:
none;}">MOE Credit Union</A></nobr> | <nobr><A
HREF="Districts.htm" TARGET="" STYLE="{text-decoration:
none;}">Links</A></nobr> | <nobr>How do I Join?</nobr> 
;| <nobr><A HREF="contact_us.htm" TARGET="" STYLE="{text-decoration:
none;}">Contact Us</A></nobr><!--webbot bot="Navigation" i-checksum="41648"
endspan --></p>
<p align="center">

<span class="copyright">Copyright &copy; 2006. Local 150. All rights
reserved.</span></div>
                                        </body>

<!-- #EndTemplate -->
</html>
```

```
<html xmlns:v="urn:schemas-microsoft-com:vml"
xmlns:o="urn:schemas-microsoft-com:office:office"
xmlns="http://www.w3.org/TR/REC-html40">
<!-- #BeginTemplate "template.dwt" -->
<head>
<!-- #BeginEditable "doctitle" -->
<title>How to Join</title>
<!-- #EndEditable -->
<meta name="DWT Version" content="1.00"> <!-- mm.dd.yy / Initial Release -->
<LINK REV="Made" HREF="http://www.YOURName.com">
<meta http-equiv="Content-Language" content="en-us">
<meta http-equiv="Content-Type" content="text/html; charset=windows-1252">
<script src="javascript/special_functions.js" language="JavaScript"
type="text/javascript"></script>
<script type="text/javascript" src="javascript/anylinkv.js"></script>
<link rel="stylesheet" type=text/css href="styles/stylesheet.css">
<link rel="stylesheet" type="text/css" href="styles/anylink.css" />
<script type="text/javascript" src="javascript/anylink.js">
/***********************************************
* AnyLink CSS Menu script- © Dynamic Drive DHTML code library (www.dynamicdrive.com)
* This notice MUST stay intact for legal use
* Visit Dynamic Drive at http://www.dynamicdrive.com/ for full source code
***********************************************/
</script>
<link rel="File-List" href="moe%20Credit%20union_files/filelist.xml">

<!--[if !mso]>
<style>
v\:*         { behavior: url(#default#VML) }
o\:*         { behavior: url(#default#VML) }
.shape       { behavior: url(#default#VML) }
</style>
<![endif]-->
<!--[if gte mso 9]>
<xml><o:shapedefaults v:ext="edit" spidmax="1027"/>
</xml><![endif]-->
<meta name="Microsoft Theme" content="none">
</head>

<body leftmargin="0" topmargin="0" rightmargin="0" bottommargin="0" marginwidth="0"
marginheight="0" class="bg">
<table width="100%"  border="0" cellspacing="0" cellpadding="0">
  <tr>
    <td height="84" valign="top"><table width="100%" height="84"  border="0"
cellpadding="0" cellspacing="0" class="t1">
      <tr>
        <td class="t2" align="center" valign="top">
                <object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000"
id="obj2"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="760" height="84">
                        <param name="movie" value="flash/top.swf">
                        <param name="quality" value="High">
                        <param name="wmode" value="transparent">
                        <param name="base" value="./">
                        <embed src="flash/top.swf" base="./"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj2" width="760" height="84"
quality="High" wmode="transparent"></object>
                </td>
      </tr>
    </table></td>
  </tr>
```

```
  <tr>
    <td height="22"><table width="100%" height="22"  border="0" cellpadding="0"
cellspacing="0" class="h1">
      <tr>
        <td valign="top">

         </td>
      </tr>
    </table></td>
  </tr>
  <tr>
    <td height="31">

     </td>
  </tr>
  <tr>
    <td height="400" valign="top"><table width="100%" height="400"  border="0"
cellpadding="0" cellspacing="0">
      <tr>
        <td width="9"> </td>
        <td width="200" valign="top" class="m2"><table width="200" border="0"
cellspacing="0" cellpadding="0">
          <tr>
            <td height="117" width="200" class="menu1">
                        <object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000"
id="obj3"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="200" height="117">
                                <param name="movie"
value="flash/template-images.swf">
                                <param name="quality" value="High">
                                <param name="wmode" value="transparent">
                                <param name="base" value="./">
                                <embed src="flash/template-images.swf" base="./"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj3" width="200" height="117"
quality="High" wmode="transparent"></object>
                        </td>
          </tr>
          <tr>
            <td></td>
          </tr>
          <tr>
            <td align="center"> </td>
          </tr>
          <tr>
            <td>
<!--Start Main Navigation-->
<span class="navigatetitle">Main Navigation</span>
<!--End Main Navigation-->
<p>
<!--webbot bot="Navigation" S-Orientation="vertical" S-Rendering="graphics"
S-Theme="nightvision 0010" S-Type="top" B-Include-Home="FALSE" B-Include-Up="FALSE"
startspan --><script language="JavaScript"><!--
MSFPhover =
  (((navigator.appName == "Netscape") &&
  (parseInt(navigator.appVersion) >= 3 )) ||
  ((navigator.appName == "Microsoft Internet Explorer") &&
  (parseInt(navigator.appVersion) >= 4 )));
function MSFPpreload(img)
{
  var a=new Image(); a.src=img; return a;
```

```
}
// --></script><script language="JavaScript"><!--
if(MSFPhover) {
MSFPnav1n=MSFPpreload("_derived/home.htm_cmp_nightvision010_vbtn.gif");
MSFPnav1h=MSFPpreload("_derived/home.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="home.htm" language="JavaScript" onmouseover="if(MSFPhover)
document['MSFPnav1'].src=MSFPnav1h.src" onmouseout="if(MSFPhover)
document['MSFPnav1'].src=MSFPnav1n.src"><img
src="_derived/home.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="Home" name="MSFPnav1"></a><br><script language="JavaScript"><!--
if(MSFPhover) {
MSFPnav2n=MSFPpreload("_derived/about_us.htm_cmp_nightvision010_vbtn.gif");
MSFPnav2h=MSFPpreload("_derived/about_us.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="about_us.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav2'].src=MSFPnav2h.src"
onmouseout="if(MSFPhover) document['MSFPnav2'].src=MSFPnav2n.src"><img
src="_derived/about_us.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="About Us" name="MSFPnav2"></a><br><script language="JavaScript"><!--
if(MSFPhover) {
MSFPnav3n=MSFPpreload("_derived/Districts1.htm_cmp_nightvision010_vbtn.gif");
MSFPnav3h=MSFPpreload("_derived/Districts1.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="Districts1.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav3'].src=MSFPnav3h.src"
onmouseout="if(MSFPhover) document['MSFPnav3'].src=MSFPnav3n.src"><img
src="_derived/Districts1.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="Districts" name="MSFPnav3"></a><br><script
language="JavaScript"><!--
if(MSFPhover) {
MSFPnav4n=MSFPpreload("_derived/apprenticeship.htm_cmp_nightvision010_vbtn.gif");
MSFPnav4h=MSFPpreload("_derived/apprenticeship.htm_cmp_nightvision010_vbtn_a.gif");
}
// --></script><a href="apprenticeship.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav4'].src=MSFPnav4h.src"
onmouseout="if(MSFPhover) document['MSFPnav4'].src=MSFPnav4n.src"><img
src="_derived/apprenticeship.htm_cmp_nightvision010_vbtn.gif" width="200"
height="30" border="0" alt="Apprenticeship" name="MSFPnav4"></a><br><script
language="JavaScript"><!--
if(MSFPhover) {
MSFPnav5n=MSFPpreload("_derived/MOE.htm_cmp_nightvision010_vbtn.gif");
MSFPnav5h=MSFPpreload("_derived/MOE.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="MOE.htm" language="JavaScript" onmouseover="if(MSFPhover)
document['MSFPnav5'].src=MSFPnav5h.src" onmouseout="if(MSFPhover)
document['MSFPnav5'].src=MSFPnav5n.src"><img
src="_derived/MOE.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="MOE" name="MSFPnav5"></a><br><img
src="_derived/moe%20Credit%20union.htm_cmp_nightvision010_vbtn_p.gif" width="200"
height="30" border="0" alt="MOE Credit Union"><br><script language="JavaScript"><!--
if(MSFPhover) {
MSFPnav6n=MSFPpreload("_derived/Districts.htm_cmp_nightvision010_vbtn.gif");
MSFPnav6h=MSFPpreload("_derived/Districts.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="Districts.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav6'].src=MSFPnav6h.src"
onmouseout="if(MSFPhover) document['MSFPnav6'].src=MSFPnav6n.src"><img
src="_derived/Districts.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="Links" name="MSFPnav6"></a><br><script language="JavaScript"><!--
if(MSFPhover) { MSFPnav7n=MSFPpreload("_derived/how do i
join.htm_cmp_nightvision010_vbtn.gif"); MSFPnav7h=MSFPpreload("_derived/how do i
join.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="how%20do%20i%20join.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav7'].src=MSFPnav7h.src"
onmouseout="if(MSFPhover) document['MSFPnav7'].src=MSFPnav7n.src"><img
src="_derived/how%20do%20i%20join.htm_cmp_nightvision010_vbtn.gif" width="200"
height="30" border="0" alt="How do I Join?" name="MSFPnav7"></a><br><script
```

```
language="JavaScript"><!--
if(MSFPhover) {
MSFPnav8n=MSFPpreload("_derived/contact_us.htm_cmp_nightvision010_vbtn.gif");
MSFPnav8h=MSFPpreload("_derived/contact_us.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="contact_us.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav8'].src=MSFPnav8h.src"
onmouseout="if(MSFPhover) document['MSFPnav8'].src=MSFPnav8n.src"><img
src="_derived/contact_us.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="Contact Us" name="MSFPnav8"></a><!--webbot bot="Navigation"
i-checksum="39510" endspan --><br></br>
</p>
<div align="center"><img src="graphics/m-divider.jpg" width="200" height="1"></div>
            </td>
          </tr>
          <tr>
            <td>

<!-- BEGIN VERTICAL MENU-->

            </td>
          </tr>
          <tr>
            <td align="center">

<!--Start Google Search-->
<table height=25 cellpadding=0 cellspacing=0 border=0 width=100>
<FORM target="_blank" name='searchForm' method=GET
action="http://www.google.com/search">
<!-- SiteSearch Google -->
<input type=hidden name=ie value=UTF-8>
<input type=hidden name=oe value=UTF-8>
<input type=hidden name=btnG VALUE="Google Search">
<input type=hidden name=domains value="www.yourweb.com">    <!-- change the value to
your domain name. example:  www.yourweb.com change to www.i3dthemes.com -->
<input type=hidden name=sitesearch value="www.yourweb.com"> <!-- change the value to
your domain name. example:  www.yourweb.com change to www.i3dthemes.com -->
<!-- SiteSearch Google -->
  <tr>
    <td width=151><INPUT class='search_input' TYPE=text name=q size=15 maxlength=255
value=""></td>
    <td width=74 align=center><input type=image src="graphics/search.jpg" width="60"
height="20"></td>
  </tr>
  </form>
</table>
<!--End Google Search--></td>
          </tr>
        </table>          </td>
        <td width="20" valign="top" class="cbox8">
                <img src="graphics/cbox1.jpg" width="20" height="147"></td>
        <td valign="top" class="cboxbg"><table width="100%" height="400"  border="0"
cellpadding="0" cellspacing="0" class="cbox2">
          <tr>
            <td valign="top">
                        <table border="0" style="border-collapse: collapse"
width="100%" id="table2" height="400" cellpadding="0">
                                <tr>
                                        <td valign="top">
                                        <table border="0" style="border-collapse:
collapse" width="100%" id="table7" cellpadding="0">
                                                <tr>
                                                        <td style="font-family:
Tahoma; font-size: 11pt; color: #D3CDAB">
```

```
                                                            <b>
                                                            <!--webbot bot="Navigation"
S-Type="banner" S-Orientation="horizontal" S-Rendering="text" startspan -->MOE
Credit Union<!--webbot bot="Navigation" i-checksum="52200" endspan
--></b> <p> </td>
                                                    </tr>
                                                    <tr>
                                                            <td>
                                                            <table width="100%"
height="235" border="0" cellpadding="0" cellspacing="0" id="table49">
                  <tr>
                    <td width="15"> </td>
                    <td valign="top">

<!-- #BeginEditable "body" -->

<table border="0" style="border-collapse: collapse" width="90%" id="table58"
cellpadding="0" height="100%">
        <tr>
                <td width="10" valign="top"> </td>
                <td valign="top" bgcolor="#3B3B3B" class="boxText3">
                <img border="0" src="Credit%20Union.png" width="445"
height="299"></td>
        </tr>
</table>

                                            <p><!--[if gte vml 1]><v:shapetype
id="_x0000_t202"
 coordsize="21600,21600" o:spt="202" path="m,l,21600r21600,l21600,xe">
 <v:stroke joinstyle="miter"/>
 <v:path gradientshapeok="t" o:connecttype="rect"/>
</v:shapetype><v:shape id="_x0000_s1027" type="#_x0000_t202" alt=""
style='position:absolute;
 left:189pt;top:402pt;width:339.75pt;height:51pt;z-index:1' filled="f">
 <v:textbox>
<table cellspacing="0" cellpadding="0" width="100%" height="100%">
        <tr>
                <td align="center"><b><font color="#FFCC00">
                <a href="http://www.moecu.com">The Midwest Operating Engineers
Credit
                Union is a great place for members to enhance their quality of life.

                Many great opportunities await. Click this link to find out
more.</a></font></b></td>
        </tr>
</table>
 </v:textbox>
</v:shape><![endif]--><![if !vml]><span style='mso-ignore:vglayout;position:
absolute;z-index:1;left:251px;top:535px;width:459px;height:74px'><img
width=459 height=74 src="moe%20Credit%20union_files/image001.gif"
v:shapes="_x0000_s1027"></span><![endif]><!-- #EndEditable --></td>
                    <td width="10"> </td>
                  </tr>
                </table></td>
                                                            </tr>
                                                    </table>
                                            </td>
                                            <td width="200" valign="top">
                                            <table border="0" style="border-collapse:
collapse" width="100%" id="table3" cellpadding="0">
                                                    <tr>
                                                            <td height="25"> </td>
                                                    </tr>
```

```
                                        <tr>
                                                <td height="30"
align="center" valign="top">
 </td>
                                        </tr>
                                        <tr>
                                                <td>
                                                <table border="0"
style="border-collapse: collapse" width="100%" id="table4" cellpadding="0">
                                                        <tr>
                                                                <td>
                                                                <table
border="0" style="border-collapse: collapse" width="100%" id="table5"
cellpadding="0">
                                                                        <tr>

<td width="10" height="10" class="boxMain-1">

<img border="0" src="graphics/boxmain-1.jpg" width="10" height="10"></td>

<td height="10" class="boxMain-2">

<img border="0" src="graphics/boxmain-2.jpg" width="10" height="10"></td>

<td width="12" height="10" class="boxMain-3">

<img border="0" src="graphics/boxmain-3.jpg" width="12" height="10"></td>

</tr>
                                                                        <tr>

<td width="10" class="boxMain-8"> </td>

<td class="boxMain-bg">
<!--Start Scroller Script-->
<!-- TO REMOVE THE SCROLLER, DELETE THE FOLLOWING TWO LINES -->
<script>var iframesrc="scroller_content.htm"</script>
<script langauge="javascript" src="javascript/scroller.js"></script>
<!-- TO EDIT THE SCROLLER, EDIT THE iframe_content.htm PAGE -->
<!--End Scroller Script-->

</td>

<td width="12" class="boxMain-4"> </td>

</tr>
                                                                        <tr>

<td width="10" height="20" class="boxMain-7"> </td>

<td height="20" class="boxMain-6" align="right" style="font-size: 8pt; font-family:
Tahoma; font-variant: small-caps; color: #D7D9BB">

<font color="#D7D9BB">more&gt;</font></td>

<td width="12" height="20" class="boxMain-5"> </td>

</tr>
                                                                </table>
                                                                </td>
                                                        </tr>
```

```
                                                                        <tr>
                                                                                <td
align="center"> </td>
                                                                        </tr>
                                                                </table>
                                                                </td>
                                                        </tr>
                                                        <tr>
                                                                <td> </td>
                                                        </tr>
                                                </table>
                                                </td>
                                        </tr>
                                        <tr>
                                                <td valign="top"> </td>
                                                <td width="200" valign="top">
                                                 </td>
                                        </tr>
                                </table>
                                </td>
                </tr>
        </table></td>
        <td width="50" valign="top" class="cbox4">
                <img src="graphics/cbox3.jpg" width="50" height="147"><img
src="graphics/cbox4.jpg" width="50" height="30"><br></td>
        <td width="10"> </td>
      </tr>
    </table></td>
  </tr>
  <tr>
    <td height="30"><table width="100%" height="30"  border="0" cellpadding="0"
cellspacing="0">
      <tr>
        <td width="9"> </td>
        <td width="200" class="m3">
<!--Start Favorites-->
<a href="javascript:bookmark()">
<img border="0" src="graphics/favorites.jpg" width="200" height="27"></a>
<!--End Favorites-->
        </td>
        <td width="20" class="cbox7"> </td>
        <td class="cbox6" align="center"> </td>
        <td width="50" class="cbox5"> </td>
        <td width="10"> </td>
      </tr>
    </table></td>
  </tr>
  <tr>
    <td height="80" valign="bottom"><table width="100%" height="80"  border="0"
cellpadding="0" cellspacing="0" class="b1">
      <tr>
        <td valign="bottom" class="b2" align="center">
                <object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000"
id="obj4"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="250" height="61">
                        <param name="movie" value="flash/icons.swf">
                        <param name="quality" value="High">
                        <param name="wmode" value="transparent">
                        <embed src="flash/icons.swf"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj4" width="250" height="61"
quality="High" wmode="transparent"></object>
```

```
            </td>
      </tr>
    </table></td>
  </tr>
</table>
<p align="center">
<!--Start Copyright-->
</p>
<div class='bottomLinks'>
<p align="center">
<!--webbot bot="Navigation" S-Orientation="horizontal" S-Rendering="html"
S-Bar="Bars" S-Btn-Nml="&lt;A HREF=&quot;#URL#&quot; TARGET=&quot;#TARGET#&quot;
STYLE=&quot;{text-decoration: none;}&quot;&gt;#LABEL#&lt;/A&gt;" S-Btn-Sel="#LABEL#"
S-Btn-Sep="&amp;nbsp;|&amp;nbsp;" S-Type="top" B-Include-Home="FALSE"
B-Include-Up="FALSE" startspan --><nobr><A HREF="home.htm" TARGET=""
STYLE="{text-decoration: none;}">Home</A></nobr> | <nobr><A
HREF="about_us.htm" TARGET="" STYLE="{text-decoration:
none;}">About Us</A></nobr> | <nobr><A HREF="Districts1.htm"
TARGET="" STYLE="{text-decoration: none;}">Districts</A></nobr> | <nobr><A
HREF="apprenticeship.htm" TARGET="" STYLE="{text-decoration:
none;}">Apprenticeship</A></nobr> | <nobr><A HREF="MOE.htm" TARGET=""
STYLE="{text-decoration:
none;}">MOE</A></nobr> | <nobr>MOE Credit Union</nobr> |&nb
sp;<nobr><A HREF="Districts.htm" TARGET="" STYLE="{text-decoration:
none;}">Links</A></nobr> | <nobr><A HREF="how%20do%20i%20join.htm"
TARGET="" STYLE="{text-decoration:
none;}">How do I Join?</A></nobr> | <nobr><A
HREF="contact_us.htm" TARGET="" STYLE="{text-decoration:
none;}">Contact Us</A></nobr><!--webbot bot="Navigation" i-checksum="45854"
endspan --></p>
<p align="center">

<span class="copyright">Copyright &copy; 2006. Local 150. All rights
reserved.</span></div>
                                        </body>
<!-- #EndTemplate -->
</html>
```

MOE.htm

```
<html>
<!-- #BeginTemplate "template.dwt" -->
<head>
<!-- #BeginEditable "doctitle" -->
<title>Apprenticeship</title>
<!-- #EndEditable -->
<meta name="DWT Version" content="1.00"> <!-- mm.dd.yy / Initial Release -->
<LINK REV="Made" HREF="http://www.YOURName.com">
<meta http-equiv="Content-Language" content="en-us">
<meta http-equiv="Content-Type" content="text/html; charset=windows-1252">
<script src="javascript/special_functions.js" language="JavaScript"
type="text/javascript"></script>
<script type="text/javascript" src="javascript/anylinkv.js"></script>
<link rel="stylesheet" type=text/css href="styles/stylesheet.css">
<link rel="stylesheet" type="text/css" href="styles/anylink.css" />
<script type="text/javascript" src="javascript/anylink.js">
/***********************************************
* AnyLink CSS Menu script- © Dynamic Drive DHTML code library (www.dynamicdrive.com)
* This notice MUST stay intact for legal use
* Visit Dynamic Drive at http://www.dynamicdrive.com/ for full source code
***********************************************/
</script>
<meta name="Microsoft Theme" content="none">
</head>

<body leftmargin="0" topmargin="0" rightmargin="0" bottommargin="0" marginwidth="0"
marginheight="0" class="bg">
<table width="100%"  border="0" cellspacing="0" cellpadding="0">
  <tr>
    <td height="84" valign="top"><table width="100%" height="84"  border="0"
cellpadding="0" cellspacing="0" class="t1">
      <tr>
        <td class="t2" align="center" valign="top">
                <object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000"
id="obj2"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="760" height="84">
                        <param name="movie" value="flash/top.swf">
                        <param name="quality" value="High">
                        <param name="wmode" value="transparent">
                        <param name="base" value="./">
                        <embed src="flash/top.swf" base="./"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj2" width="760" height="84"
quality="High" wmode="transparent"></object>
                </td>
      </tr>
    </table></td>
  </tr>
  <tr>
    <td height="22"><table width="100%" height="22"  border="0" cellpadding="0"
cellspacing="0" class="h1">
      <tr>
        <td valign="top">

         </td>
      </tr>
    </table></td>
  </tr>
  <tr>
    <td height="31">
```

```
     </td>
  </tr>
  <tr>
    <td height="400" valign="top"><table width="100%" height="400"  border="0"
cellpadding="0" cellspacing="0">
      <tr>
        <td width="9"> </td>
        <td width="200" valign="top" class="m2"><table width="200" border="0"
cellspacing="0" cellpadding="0">
          <tr>
            <td height="117" width="200" class="menu1">
                         <object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000"
id="obj3"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="200" height="117">
                                <param name="movie"
value="flash/template-images.swf">
                                <param name="quality" value="High">
                                <param name="wmode" value="transparent">
                                <param name="base" value="./">
                                <embed src="flash/template-images.swf" base="./"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj3" width="200" height="117"
quality="High" wmode="transparent"></object>
                         </td>
          </tr>
          <tr>
            <td></td>
          </tr>
          <tr>
            <td align="center"> </td>
          </tr>
          <tr>
            <td>
<!--Start Main Navigation-->
<span class="navigatetitle">Main Navigation</span>
<!--End Main Navigation-->
<p>
<!--webbot bot="Navigation" S-Orientation="vertical" S-Rendering="graphics"
S-Theme="nightvision 0010" S-Type="top" B-Include-Home="FALSE" B-Include-Up="FALSE"
startspan --><script language="JavaScript"><!--
MSFPhover =
  (((navigator.appName == "Netscape") &&
  (parseInt(navigator.appVersion) >= 3 )) ||
  ((navigator.appName == "Microsoft Internet Explorer") &&
  (parseInt(navigator.appVersion) >= 4 )));
function MSFPpreload(img)
{
  var a=new Image(); a.src=img; return a;
}
// --></script><script language="JavaScript"><!--
if(MSFPhover) {
MSFPnav1n=MSFPpreload("_derived/home.htm_cmp_nightvision010_vbtn.gif");
MSFPnav1h=MSFPpreload("_derived/home.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="home.htm" language="JavaScript" onmouseover="if(MSFPhover)
document['MSFPnav1'].src=MSFPnav1h.src" onmouseout="if(MSFPhover)
document['MSFPnav1'].src=MSFPnav1n.src"><img
src="_derived/home.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="Home" name="MSFPnav1"></a><br><script language="JavaScript"><!--
if(MSFPhover) {
MSFPnav2n=MSFPpreload("_derived/about_us.htm_cmp_nightvision010_vbtn.gif");
MSFPnav2h=MSFPpreload("_derived/about_us.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="about_us.htm" language="JavaScript"
```

```
onmouseover="if(MSFPhover) document['MSFPnav2'].src=MSFPnav2h.src"
onmouseout="if(MSFPhover) document['MSFPnav2'].src=MSFPnav2n.src"><img
src="_derived/about_us.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="About Us" name="MSFPnav2"></a><br><script language="JavaScript"><!--
if(MSFPhover) {
MSFPnav3n=MSFPpreload("_derived/Districts1.htm_cmp_nightvision010_vbtn.gif");
MSFPnav3h=MSFPpreload("_derived/Districts1.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="Districts1.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav3'].src=MSFPnav3h.src"
onmouseout="if(MSFPhover) document['MSFPnav3'].src=MSFPnav3n.src"><img
src="_derived/Districts1.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="Districts" name="MSFPnav3"></a><br><script
language="JavaScript"><!--
if(MSFPhover) {
MSFPnav4n=MSFPpreload("_derived/apprenticeship.htm_cmp_nightvision010_vbtn.gif");
MSFPnav4h=MSFPpreload("_derived/apprenticeship.htm_cmp_nightvision010_vbtn_a.gif");
}
// --></script><a href="apprenticeship.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav4'].src=MSFPnav4h.src"
onmouseout="if(MSFPhover) document['MSFPnav4'].src=MSFPnav4n.src"><img
src="_derived/apprenticeship.htm_cmp_nightvision010_vbtn.gif" width="200"
height="30" border="0" alt="Apprenticeship" name="MSFPnav4"></a><br><img
src="_derived/MOE.htm_cmp_nightvision010_vbtn_p.gif" width="200" height="30"
border="0" alt="MOE"><br><script language="JavaScript"><!--
if(MSFPhover) { MSFPnav5n=MSFPpreload("_derived/moe Credit
union.htm_cmp_nightvision010_vbtn.gif"); MSFPnav5h=MSFPpreload("_derived/moe Credit
union.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="moe%20Credit%20union.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav5'].src=MSFPnav5h.src"
onmouseout="if(MSFPhover) document['MSFPnav5'].src=MSFPnav5n.src"><img
src="_derived/moe%20Credit%20union.htm_cmp_nightvision010_vbtn.gif" width="200"
height="30" border="0" alt="MOE Credit Union" name="MSFPnav5"></a><br><script
language="JavaScript"><!--
if(MSFPhover) {
MSFPnav6n=MSFPpreload("_derived/Districts.htm_cmp_nightvision010_vbtn.gif");
MSFPnav6h=MSFPpreload("_derived/Districts.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="Districts.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav6'].src=MSFPnav6h.src"
onmouseout="if(MSFPhover) document['MSFPnav6'].src=MSFPnav6n.src"><img
src="_derived/Districts.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="Links" name="MSFPnav6"></a><br><script language="JavaScript"><!--
if(MSFPhover) { MSFPnav7n=MSFPpreload("_derived/how do i
join.htm_cmp_nightvision010_vbtn.gif"); MSFPnav7h=MSFPpreload("_derived/how do i
join.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="how%20do%20i%20join.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav7'].src=MSFPnav7h.src"
onmouseout="if(MSFPhover) document['MSFPnav7'].src=MSFPnav7n.src"><img
src="_derived/how%20do%20i%20join.htm_cmp_nightvision010_vbtn.gif" width="200"
height="30" border="0" alt="How do I Join?" name="MSFPnav7"></a><br><script
language="JavaScript"><!--
if(MSFPhover) {
MSFPnav8n=MSFPpreload("_derived/contact_us.htm_cmp_nightvision010_vbtn.gif");
MSFPnav8h=MSFPpreload("_derived/contact_us.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="contact_us.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav8'].src=MSFPnav8h.src"
onmouseout="if(MSFPhover) document['MSFPnav8'].src=MSFPnav8n.src"><img
src="_derived/contact_us.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="Contact Us" name="MSFPnav8"></a><!--webbot bot="Navigation"
i-checksum="2443" endspan --><br></br>
</p>
<div align="center"><img src="graphics/m-divider.jpg" width="200" height="1"></div>
            </td>
          </tr>
```

```
          <tr>
            <td>

<!-- BEGIN VERTICAL MENU-->

            </td>
          </tr>
          <tr>
            <td align="center">

<!--Start Google Search-->
<table height=25 cellpadding=0 cellspacing=0 border=0 width=100>
<FORM target="_blank" name='searchForm' method=GET
action="http://www.google.com/search">
<!-- SiteSearch Google -->
<input type=hidden name=ie value=UTF-8>
<input type=hidden name=oe value=UTF-8>
<input type=hidden name=btnG VALUE="Google Search">
<input type=hidden name=domains value="www.yourweb.com">    <!-- change the value to
your domain name. example:  www.yourweb.com change to www.i3dthemes.com -->
<input type=hidden name=sitesearch value="www.yourweb.com"> <!-- change the value to
your domain name. example:  www.yourweb.com change to www.i3dthemes.com -->
<!-- SiteSearch Google -->
  <tr>
    <td width=151><INPUT class='search_input' TYPE=text name=q size=15 maxlength=255
value=""></td>
    <td width=74 align=center><input type=image src="graphics/search.jpg" width="60"
height="20"></td>
  </tr>
  </form>
</table>
<!--End Google Search--></td>
          </tr>
        </table>          </td>
        <td width="20" valign="top" class="cbox8">
                <img src="graphics/cbox1.jpg" width="20" height="147"></td>
        <td valign="top" class="cboxbg"><table width="100%" height="400"  border="0"
cellpadding="0" cellspacing="0" class="cbox2">
          <tr>
            <td valign="top">
                        <table border="0" style="border-collapse: collapse"
width="100%" id="table2" height="400" cellpadding="0">
                                <tr>
                                        <td valign="top">
                                        <table border="0" style="border-collapse:
collapse" width="100%" id="table7" cellpadding="0">
                                                <tr>
                                                        <td style="font-family:
Tahoma; font-size: 11pt; color: #D3CDAB">
                                                        <b>
                                                        <!--webbot bot="Navigation"
S-Type="banner" S-Orientation="horizontal" S-Rendering="text" startspan
-->MOE<!--webbot bot="Navigation" i-checksum="511" endspan
--></b> <p> </td>
                                                </tr>
                                                <tr>
                                                        <td>
                                                        <table width="100%"
height="235" border="0" cellpadding="0" cellspacing="0" id="table49">
                    <tr>
                      <td width="15"> </td>
                      <td valign="top">
```

```
<!-- #BeginEditable "body" -->

<center>
<div class="Section1">
        <h1 style="TEXT-ALIGN: center" align="center">Fringe Benefits Office</h1>
        <p style="TEXT-ALIGN: center" align="center"><strong>David S.
Bodley</strong>,
        Administrator </p>
        <p style="TEXT-ALIGN: center" align="center">
        <img border="0" src="David%20Bodley.jpg" width="215" height="229"></p>
        <h2 style="TEXT-ALIGN: center" align="center">Health  &amp; Welfare,
Pension &amp;
        Vacation Savings</h2>
        <p style="TEXT-ALIGN: center" align="center"><strong>(708) 482-7300</strong>

        - Toll Free Number <strong>1(800) 323-3060</strong></p>
        <h2 style="TEXT-ALIGN: center" align="center">Pharmacy - <strong>(708)
        579-6610</strong></h2>
        <p style="TEXT-ALIGN: center" align="center">Claims Department - <strong>
        (708) 579-6600</strong></p>
        <p style="TEXT-ALIGN: center" align="center">Accounts Receivable - <strong>
        (708) 579-6620</strong></p>
        <p style="TEXT-ALIGN: center" align="center">Cobra<strong> - (708)
579-6635</strong>
        </p>
        <p style="TEXT-ALIGN: center" align="center">Pension Department - <strong>
        (708) 579-6640</strong> </p>
        <p style="TEXT-ALIGN: center" align="center">Delinquency Department -
        <strong>(708) 579-6660</strong> </div>
</center> <!-- #EndEditable --></td>
                    <td width="10"> </td>
                  </tr>
                </table></td>
                                        </tr>
                                </table>
                        </td>
                        <td width="200" valign="top">
                        <table border="0" style="border-collapse:
collapse" width="100%" id="table3" cellpadding="0">
                                <tr>
                                        <td height="25"> </td>
                                </tr>
                                <tr>
                                        <td height="30"
align="center" valign="top">
 </td>
                                </tr>
                                <tr>
                                        <td>
                                        <table border="0"
style="border-collapse: collapse" width="100%" id="table4" cellpadding="0">
                                                <tr>
                                                        <td>
                                                        <table
border="0" style="border-collapse: collapse" width="100%" id="table5"
cellpadding="0">
                                                                <tr>

<td width="10" height="10" class="boxMain-1">

<img border="0" src="graphics/boxmain-1.jpg" width="10" height="10"></td>

<td height="10" class="boxMain-2">
```

```
<img border="0" src="graphics/boxmain-2.jpg" width="10" height="10"></td>

<td width="12" height="10" class="boxMain-3">

<img border="0" src="graphics/boxmain-3.jpg" width="12" height="10"></td>

</tr>
                                                                                        <tr>

<td width="10" class="boxMain-8"> </td>

<td class="boxMain-bg">
<!--Start Scroller Script-->
<!-- TO REMOVE THE SCROLLER, DELETE THE FOLLOWING TWO LINES -->
<script>var iframesrc="scroller_content.htm"</script>
<script langauge="javascript" src="javascript/scroller.js"></script>
<!-- TO EDIT THE SCROLLER, EDIT THE iframe_content.htm PAGE -->
<!--End Scroller Script-->

</td>

<td width="12" class="boxMain-4"> </td>

</tr>
                                                                                        <tr>

<td width="10" height="20" class="boxMain-7"> </td>

<td height="20" class="boxMain-6" align="right" style="font-size: 8pt; font-family:
Tahoma; font-variant: small-caps; color: #D7D9BB">

<font color="#D7D9BB">more&gt;</font></td>

<td width="12" height="20" class="boxMain-5"> </td>

</tr>
                                                                                </table>
                                                                                </td>
                                                                        </tr>
                                                                        <tr>
                                                                                <td
align="center"> </td>
                                                                        </tr>
                                                                </table>
                                                                </td>
                                                        </tr>
                                                        <tr>
                                                                <td> </td>
                                                        </tr>
                                                </table>
                                                </td>
                                        </tr>
                                        <tr>
                                                <td valign="top"> </td>
                                                <td width="200" valign="top">
                                                 </td>
                                        </tr>
                                </table>
                                </td>
                </tr>
```