```
        </table></td>
        <td width="50" valign="top" class="cbox4">
                <img src="graphics/cbox3.jpg" width="50" height="147"><img
src="graphics/cbox4.jpg" width="50" height="30"><br></td>
        <td width="10"> </td>
      </tr>
    </table></td>
  </tr>
  <tr>
    <td height="30"><table width="100%" height="30"  border="0" cellpadding="0"
cellspacing="0">
      <tr>
        <td width="9"> </td>
        <td width="200" class="m3">
<!--Start Favorites-->
<a href="javascript:bookmark()">
<img border="0" src="graphics/favorites.jpg" width="200" height="27"></a>
<!--End Favorites-->
        </td>
        <td width="20" class="cbox7"> </td>
        <td class="cbox6" align="center"> </td>
        <td width="50" class="cbox5"> </td>
        <td width="10"> </td>
      </tr>
    </table></td>
  </tr>
  <tr>
    <td height="80" valign="bottom"><table width="100%" height="80"  border="0"
cellpadding="0" cellspacing="0" class="b1">
      <tr>
        <td valign="bottom" class="b2" align="center">
                <object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000"
id="obj4"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="250" height="61">
                        <param name="movie" value="flash/icons.swf">
                        <param name="quality" value="High">
                        <param name="wmode" value="transparent">
                        <embed src="flash/icons.swf"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj4" width="250" height="61"
quality="High" wmode="transparent"></object>
                </td>
      </tr>
    </table></td>
  </tr>
</table>
<p align="center">
<!--Start Copyright-->
</p>
<div class='bottomLinks'>
<p align="center">
<!--webbot bot="Navigation" S-Orientation="horizontal" S-Rendering="html"
S-Bar="Bars" S-Btn-Nml="&lt;A HREF=&quot;#URL#&quot; TARGET=&quot;#TARGET#&quot;
STYLE=&quot;{text-decoration: none;}&quot;&gt;#LABEL#&lt;/A&gt;" S-Btn-Sel="#LABEL#"
S-Btn-Sep="&amp;nbsp;|&amp;nbsp;" S-Type="top" B-Include-Home="FALSE"
B-Include-Up="FALSE" startspan --><nobr><A HREF="home.htm" TARGET=""
STYLE="{text-decoration: none;}">Home</A></nobr> | <nobr><A
HREF="about_us.htm" TARGET="" STYLE="{text-decoration:
none;}">About Us</A></nobr> | <nobr><A HREF="Districts1.htm"
TARGET="" STYLE="{text-decoration: none;}">Districts</A></nobr> | <nobr><A
HREF="apprenticeship.htm" TARGET="" STYLE="{text-decoration:
none;}">Apprenticeship</A></nobr> | <nobr>MOE</nobr> | <nobr><A
```

```
HREF="moe%20Credit%20union.htm" TARGET="" STYLE="{text-decoration:
none;}">MOE Credit Union</A></nobr> | <nobr><A
HREF="Districts.htm" TARGET="" STYLE="{text-decoration:
none;}">Links</A></nobr> | <nobr><A HREF="how%20do%20i%20join.htm"
TARGET="" STYLE="{text-decoration:
none;}">How do I Join?</A></nobr> | <nobr><A
HREF="contact_us.htm" TARGET="" STYLE="{text-decoration:
none;}">Contact Us</A></nobr><!--webbot bot="Navigation" i-checksum="12992"
endspan --></p>
<p align="center">

<span class="copyright">Copyright &copy; 2006. Local 150. All rights
reserved.</span></div>
                                        </body>
<!-- #EndTemplate -->
</html>
```

apprenticeship.htm

```
<html>
<!-- #BeginTemplate "template.dwt" -->
<head>
<!-- #BeginEditable "doctitle" -->
<title>Credit Union</title>
<!-- #EndEditable -->
<meta name="DWT Version" content="1.00"> <!-- mm.dd.yy / Initial Release -->
<LINK REV="Made" HREF="http://www.YOURName.com">
<meta http-equiv="Content-Language" content="en-us">
<meta http-equiv="Content-Type" content="text/html; charset=windows-1252">
<script src="javascript/special_functions.js" language="JavaScript"
type="text/javascript"></script>
<script type="text/javascript" src="javascript/anylinkv.js"></script>
<link rel="stylesheet" type=text/css href="styles/stylesheet.css">
<link rel="stylesheet" type="text/css" href="styles/anylink.css" />
<script type="text/javascript" src="javascript/anylink.js">
/***********************************************
* AnyLink CSS Menu script- © Dynamic Drive DHTML code library (www.dynamicdrive.com)
* This notice MUST stay intact for legal use
* Visit Dynamic Drive at http://www.dynamicdrive.com/ for full source code
***********************************************/
</script>
<meta name="Microsoft Theme" content="none">
</head>

<body leftmargin="0" topmargin="0" rightmargin="0" bottommargin="0" marginwidth="0"
marginheight="0" class="bg">
<table width="100%"  border="0" cellspacing="0" cellpadding="0">
  <tr>
    <td height="84" valign="top"><table width="100%" height="84"  border="0"
cellpadding="0" cellspacing="0" class="t1">
      <tr>
        <td class="t2" align="center" valign="top">
                <object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000"
id="obj2"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="760" height="84">
                        <param name="movie" value="flash/top.swf">
                        <param name="quality" value="High">
                        <param name="wmode" value="transparent">
                        <param name="base" value="./">
                        <embed src="flash/top.swf" base="./"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj2" width="760" height="84"
quality="High" wmode="transparent"></object>
                </td>
      </tr>
    </table></td>
  </tr>
  <tr>
    <td height="22"><table width="100%" height="22"  border="0" cellpadding="0"
cellspacing="0" class="h1">
      <tr>
        <td valign="top">

         </td>
      </tr>
    </table></td>
  </tr>
  <tr>
    <td height="31">
```

```
     </td>
  </tr>
  <tr>
    <td height="400" valign="top"><table width="100%" height="400"  border="0"
cellpadding="0" cellspacing="0">
      <tr>
        <td width="9"> </td>
        <td width="200" valign="top" class="m2"><table width="200" border="0"
cellspacing="0" cellpadding="0">
          <tr>
            <td height="117" width="200" class="menu1">
                         <object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000"
id="obj3"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="200" height="117">
                                <param name="movie"
value="flash/template-images.swf">
                                <param name="quality" value="High">
                                <param name="wmode" value="transparent">
                                <param name="base" value="./">
                                <embed src="flash/template-images.swf" base="./"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj3" width="200" height="117"
quality="High" wmode="transparent"></object>
                         </td>
          </tr>
          <tr>
            <td></td>
          </tr>
          <tr>
            <td align="center"> </td>
          </tr>
          <tr>
            <td>
<!--Start Main Navigation-->
<span class="navigatetitle">Main Navigation</span>
<!--End Main Navigation-->
<p>
<!--webbot bot="Navigation" S-Orientation="vertical" S-Rendering="graphics"
S-Theme="nightvision 0010" S-Type="top" B-Include-Home="FALSE" B-Include-Up="FALSE"
startspan --><script language="JavaScript"><!--
MSFPhover =
  (((navigator.appName == "Netscape") &&
  (parseInt(navigator.appVersion) >= 3 )) ||
  ((navigator.appName == "Microsoft Internet Explorer") &&
  (parseInt(navigator.appVersion) >= 4 )));
function MSFPpreload(img)
{
  var a=new Image(); a.src=img; return a;
}
// --></script><script language="JavaScript"><!--
if(MSFPhover) {
MSFPnav1n=MSFPpreload("_derived/home.htm_cmp_nightvision010_vbtn.gif");
MSFPnav1h=MSFPpreload("_derived/home.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="home.htm" language="JavaScript" onmouseover="if(MSFPhover)
document['MSFPnav1'].src=MSFPnav1h.src" onmouseout="if(MSFPhover)
document['MSFPnav1'].src=MSFPnav1n.src"><img
src="_derived/home.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="Home" name="MSFPnav1"></a><br><script language="JavaScript"><!--
if(MSFPhover) {
MSFPnav2n=MSFPpreload("_derived/about_us.htm_cmp_nightvision010_vbtn.gif");
MSFPnav2h=MSFPpreload("_derived/about_us.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="about_us.htm" language="JavaScript"
```

```
onmouseover="if(MSFPhover) document['MSFPnav2'].src=MSFPnav2h.src"
onmouseout="if(MSFPhover) document['MSFPnav2'].src=MSFPnav2n.src"><img
src="_derived/about_us.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="About Us" name="MSFPnav2"></a><br><script language="JavaScript"><!--
if(MSFPhover) {
MSFPnav3n=MSFPpreload("_derived/Districts1.htm_cmp_nightvision010_vbtn.gif");
MSFPnav3h=MSFPpreload("_derived/Districts1.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="Districts1.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav3'].src=MSFPnav3h.src"
onmouseout="if(MSFPhover) document['MSFPnav3'].src=MSFPnav3n.src"><img
src="_derived/Districts1.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="Districts" name="MSFPnav3"></a><br><img
src="_derived/apprenticeship.htm_cmp_nightvision010_vbtn_p.gif" width="200"
height="30" border="0" alt="Apprenticeship"><br><script language="JavaScript"><!--
if(MSFPhover) {
MSFPnav4n=MSFPpreload("_derived/MOE.htm_cmp_nightvision010_vbtn.gif");
MSFPnav4h=MSFPpreload("_derived/MOE.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="MOE.htm" language="JavaScript" onmouseover="if(MSFPhover)
document['MSFPnav4'].src=MSFPnav4h.src" onmouseout="if(MSFPhover)
document['MSFPnav4'].src=MSFPnav4n.src"><img
src="_derived/MOE.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="MOE" name="MSFPnav4"></a><br><script language="JavaScript"><!--
if(MSFPhover) { MSFPnav5n=MSFPpreload("_derived/moe Credit
union.htm_cmp_nightvision010_vbtn.gif"); MSFPnav5h=MSFPpreload("_derived/moe Credit
union.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="moe%20Credit%20union.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav5'].src=MSFPnav5h.src"
onmouseout="if(MSFPhover) document['MSFPnav5'].src=MSFPnav5n.src"><img
src="_derived/moe%20Credit%20union.htm_cmp_nightvision010_vbtn.gif" width="200"
height="30" border="0" alt="MOE Credit Union" name="MSFPnav5"></a><br><script
language="JavaScript"><!--
if(MSFPhover) {
MSFPnav6n=MSFPpreload("_derived/Districts.htm_cmp_nightvision010_vbtn.gif");
MSFPnav6h=MSFPpreload("_derived/Districts.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="Districts.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav6'].src=MSFPnav6h.src"
onmouseout="if(MSFPhover) document['MSFPnav6'].src=MSFPnav6n.src"><img
src="_derived/Districts.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="Links" name="MSFPnav6"></a><br><script language="JavaScript"><!--
if(MSFPhover) { MSFPnav7n=MSFPpreload("_derived/how do i
join.htm_cmp_nightvision010_vbtn.gif"); MSFPnav7h=MSFPpreload("_derived/how do i
join.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="how%20do%20i%20join.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav7'].src=MSFPnav7h.src"
onmouseout="if(MSFPhover) document['MSFPnav7'].src=MSFPnav7n.src"><img
src="_derived/how%20do%20i%20join.htm_cmp_nightvision010_vbtn.gif" width="200"
height="30" border="0" alt="How do I Join?" name="MSFPnav7"></a><br><script
language="JavaScript"><!--
if(MSFPhover) {
MSFPnav8n=MSFPpreload("_derived/contact_us.htm_cmp_nightvision010_vbtn.gif");
MSFPnav8h=MSFPpreload("_derived/contact_us.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="contact_us.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav8'].src=MSFPnav8h.src"
onmouseout="if(MSFPhover) document['MSFPnav8'].src=MSFPnav8n.src"><img
src="_derived/contact_us.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="Contact Us" name="MSFPnav8"></a><!--webbot bot="Navigation"
i-checksum="32927" endspan --><br></br>
</p>
<div align="center"><img src="graphics/m-divider.jpg" width="200" height="1"></div>
          </td>
        </tr>
        <tr>
          <td>
```

```
<!-- BEGIN VERTICAL MENU-->

          </td>
        </tr>
        <tr>
          <td align="center">

<!--Start Google Search-->
<table height=25 cellpadding=0 cellspacing=0 border=0 width=100>
<FORM target="_blank" name='searchForm' method=GET
action="http://www.google.com/search">
<!-- SiteSearch Google -->
<input type=hidden name=ie value=UTF-8>
<input type=hidden name=oe value=UTF-8>
<input type=hidden name=btnG VALUE="Google Search">
<input type=hidden name=domains value="www.yourweb.com">    <!-- change the value to
your domain name. example:  www.yourweb.com change to www.i3dthemes.com -->
<input type=hidden name=sitesearch value="www.yourweb.com"> <!-- change the value to
your domain name. example:  www.yourweb.com change to www.i3dthemes.com -->
<!-- SiteSearch Google -->
  <tr>
    <td width=151><INPUT class='search_input' TYPE=text name=q size=15 maxlength=255
value=""></td>
    <td width=74 align=center><input type=image src="graphics/search.jpg" width="60"
height="20"></td>
  </tr>
  </form>
</table>
<!--End Google Search--></td>
          </tr>
        </table>          </td>
        <td width="20" valign="top" class="cbox8">
                <img src="graphics/cbox1.jpg" width="20" height="147"></td>
        <td valign="top" class="cboxbg"><table width="100%" height="400"  border="0"
cellpadding="0" cellspacing="0" class="cbox2">
          <tr>
            <td valign="top">
                        <table border="0" style="border-collapse: collapse"
width="100%" id="table2" height="400" cellpadding="0">
                                <tr>
                                        <td valign="top">
                                        <table border="0" style="border-collapse:
collapse" width="100%" id="table7" cellpadding="0">
                                                <tr>
                                                        <td style="font-family:
Tahoma; font-size: 11pt; color: #D3CDAB">
                                                        <b>
                                                        <!--webbot bot="Navigation"
S-Type="banner" S-Orientation="horizontal" S-Rendering="text" startspan
-->Apprenticeship<!--webbot bot="Navigation" i-checksum="34506" endspan
--></b> <p> </td>
                                                </tr>
                                                <tr>
                                                        <td>
                                                        <table width="100%"
height="235" border="0" cellpadding="0" cellspacing="0" id="table49">
                  <tr>
                    <td width="15"> </td>
                    <td valign="top">

<!-- #BeginEditable "body" -->
```

```
<center><img height="56" src="Training%20Site.gif" width="406" border="0"><br>
<img border="0" src="Roger%20Allen%20(Small).jpg" width="105" height="125"><img
src="training_site.jpg" width="298" border="0" height="126">
</center>
<p
align="left">            
;
Roger Allen-Apprenticeship Coordinator</p>

<center>
<p>The Plainfield training site is a state of the art facility that is centrally
located in Local 150's territory. Our training site has over 100 pieces of
equipment available on for use by the members. Our program is designed to
provide journeypersons and apprentices with the necessary skills to acquire and
maintain jobs in our industry. Our site is open on a year round basis and has
full time instructors available to the members six days a week, Monday through
Saturday. </p>
<table cellSpacing="0" cellPadding="3" border="0" id="table50">
	<tr>
		<td align="right">
		<a href="http://www.asiplocal150.org/Training%20_Site.htm">Training
Site</a></td>
		<td width="10%"> </td>
		<td><a href="http://www.asiplocal150.org/training_site_hours.htm">
		Training Site Hours</a></td>
	</tr>
	<tr>
		<td align="right">
		<a
href="http://www.asiplocal150.org/Training_and_Classroom_Information.htm">
		Training and Class Information</a></td>
		<td width="10%"> </td>
		<td>
		<a
href="http://www.asiplocal150.org/Equipment_at_the_Training_Site.htm">
		Equipment at the Training Site</a></td>
	</tr>
	<tr>
		<td align="right">
		<a href="http://www.asiplocal150.org/Equipment_Certification.htm">
		Certification</a></td>
		<td width="10%"> </td>
		<td>
		<a
href="http://www.asiplocal150.org/Training_Site_Schedule_and_Registration.htm">
		Training Site Schedule and Registration</a></td>
	</tr>
	<tr>
		<td align="right">
		<a
href="http://www.asiplocal150.org/look_inside_the_cabs__and_see_wh.htm">
		Inside the cabs and equipment numbers</a></td>
		<td width="10%"> </td>
		<td>
		<a
href="http://www.asiplocal150.org/Local_150_Jurisdiction_Map.htm">
		Local 150 Jurisdiction Map</a></td>
	</tr>
	<tr>
		<td align="right">
		<a
href="http://www.mapquest.com/directions/main.adp?2a=20959+Lockport+Rd&2c=Plainfield
&2s=IL&2z=60544&2y=US&cid=lfddlink">
```

```
                Directions To This Location</a> </td>
                <td width="10%"> </td>
                <td><a href="http://www.asiplocal150.org/weather_at_the_site.htm">
                Weather at the Site</a></td>
        </tr>
</table>
</center> <!-- #EndEditable --></td>
                    <td width="10"> </td>
                  </tr>
                </table></td>
                                                                </tr>
                                                        </table>
                                                </td>
                                                <td width="200" valign="top">
                                                <table border="0" style="border-collapse:
collapse" width="100%" id="table3" cellpadding="0">
                                                        <tr>
                                                                <td height="25"> </td>
                                                        </tr>
                                                        <tr>
                                                                <td height="30"
align="center" valign="top">
 </td>
                                                        </tr>
                                                        <tr>
                                                                <td>
                                                                <table border="0"
style="border-collapse: collapse" width="100%" id="table4" cellpadding="0">
                                                                        <tr>
                                                                                <td>
                                                                                <table
border="0" style="border-collapse: collapse" width="100%" id="table5"
cellpadding="0">
                                                                                        <tr>

<td width="10" height="10" class="boxMain-1">

<img border="0" src="graphics/boxmain-1.jpg" width="10" height="10"></td>

<td height="10" class="boxMain-2">

<img border="0" src="graphics/boxmain-2.jpg" width="10" height="10"></td>

<td width="12" height="10" class="boxMain-3">

<img border="0" src="graphics/boxmain-3.jpg" width="12" height="10"></td>

</tr>
                                                                                        <tr>

<td width="10" class="boxMain-8"> </td>

<td class="boxMain-bg">
<!--Start Scroller Script-->
<!-- TO REMOVE THE SCROLLER, DELETE THE FOLLOWING TWO LINES -->
<script>var iframesrc="scroller_content.htm"</script>
<script langauge="javascript" src="javascript/scroller.js"></script>
<!-- TO EDIT THE SCROLLER, EDIT THE iframe_content.htm PAGE -->
<!--End Scroller Script-->

</td>
```

```
<td width="12" class="boxMain-4"> </td>

</tr>
                                                                                        <tr>

<td width="10" height="20" class="boxMain-7"> </td>

<td height="20" class="boxMain-6" align="right" style="font-size: 8pt; font-family:
Tahoma; font-variant: small-caps; color: #D7D9BB">

<font color="#D7D9BB">more&gt;</font></td>

<td width="12" height="20" class="boxMain-5"> </td>

</tr>
                                                                        </table>
                                                                        </td>
                                                                </tr>
                                                                <tr>
                                                                        <td
align="center"> </td>
                                                                </tr>
                                                        </table>
                                                        </td>
                                                </tr>
                                                <tr>
                                                        <td> </td>
                                                </tr>
                                        </table>
                                        </td>
                                </tr>
                                <tr>
                                        <td valign="top"> </td>
                                        <td width="200" valign="top">
                                         </td>
                                </tr>
                        </table>
                        </td>
             </tr>
          </table></td>
          <td width="50" valign="top" class="cbox4">
                <img src="graphics/cbox3.jpg" width="50" height="147"><img
src="graphics/cbox4.jpg" width="50" height="30"><br></td>
          <td width="10"> </td>
        </tr>
      </table></td>
    </tr>
    <tr>
      <td height="30"><table width="100%" height="30"  border="0" cellpadding="0"
cellspacing="0">
        <tr>
          <td width="9"> </td>
          <td width="200" class="m3">
<!--Start Favorites-->
<a href="javascript:bookmark()">
<img border="0" src="graphics/favorites.jpg" width="200" height="27"></a>
<!--End Favorites-->
          </td>
          <td width="20" class="cbox7"> </td>
          <td class="cbox6" align="center"> </td>
          <td width="50" class="cbox5"> </td>
          <td width="10"> </td>
```

```
      </tr>
    </table></td>
  </tr>
  <tr>
    <td height="80" valign="bottom"><table width="100%" height="80"  border="0"
cellpadding="0" cellspacing="0" class="b1">
      <tr>
        <td valign="bottom" class="b2" align="center">
                <object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000"
id="obj4"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="250" height="61">
                        <param name="movie" value="flash/icons.swf">
                        <param name="quality" value="High">
                        <param name="wmode" value="transparent">
                        <embed src="flash/icons.swf"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj4" width="250" height="61"
quality="High" wmode="transparent"></object>
                </td>
      </tr>
    </table></td>
  </tr>
</table>
<p align="center">
<!--Start Copyright-->
</p>
<div class='bottomLinks'>
<p align="center">
<!--webbot bot="Navigation" S-Orientation="horizontal" S-Rendering="html"
S-Bar="Bars" S-Btn-Nml="&lt;A HREF=&quot;#URL#&quot; TARGET=&quot;#TARGET#&quot;
STYLE=&quot;{text-decoration: none;}&quot;&gt;#LABEL#&lt;/A&gt;" S-Btn-Sel="#LABEL#"
S-Btn-Sep="&amp;nbsp;|&amp;nbsp;" S-Type="top" B-Include-Home="FALSE"
B-Include-Up="FALSE" startspan --><nobr><A HREF="home.htm" TARGET=""
STYLE="{text-decoration: none;}">Home</A></nobr> | <nobr><A
HREF="about_us.htm" TARGET="" STYLE="{text-decoration:
none;}">About Us</A></nobr> | <nobr><A HREF="Districts1.htm"
TARGET="" STYLE="{text-decoration:
none;}">Districts</A></nobr> | <nobr>Apprenticeship</nobr> | <no
br><A HREF="MOE.htm" TARGET="" STYLE="{text-decoration:
none;}">MOE</A></nobr> | <nobr><A HREF="moe%20Credit%20union.htm"
TARGET="" STYLE="{text-decoration:
none;}">MOE Credit Union</A></nobr> | <nobr><A
HREF="Districts.htm" TARGET="" STYLE="{text-decoration:
none;}">Links</A></nobr> | <nobr><A HREF="how%20do%20i%20join.htm"
TARGET="" STYLE="{text-decoration:
none;}">How do I Join?</A></nobr> | <nobr><A
HREF="contact_us.htm" TARGET="" STYLE="{text-decoration:
none;}">Contact Us</A></nobr><!--webbot bot="Navigation" i-checksum="11382"
endspan --></p>
<p align="center">

<span class="copyright">Copyright &copy; 2006. Local 150. All rights
reserved.</span></div>
                                        </body>
<!-- #EndTemplate -->
</html>
```

```
<html xmlns:v="urn:schemas-microsoft-com:vml"
xmlns:o="urn:schemas-microsoft-com:office:office"
xmlns="http://www.w3.org/TR/REC-html40">
<!-- #BeginTemplate "template.dwt" -->
<head>
<!-- #BeginEditable "doctitle" -->
<title>How to Join</title>
<!-- #EndEditable -->
<meta name="DWT Version" content="1.00"> <!-- mm.dd.yy / Initial Release -->
<LINK REV="Made" HREF="http://www.YOURName.com">
<meta http-equiv="Content-Language" content="en-us">
<meta http-equiv="Content-Type" content="text/html; charset=windows-1252">
<script src="javascript/special_functions.js" language="JavaScript"
type="text/javascript"></script>
<script type="text/javascript" src="javascript/anylinkv.js"></script>
<link rel="stylesheet" type=text/css href="styles/stylesheet.css">
<link rel="stylesheet" type="text/css" href="styles/anylink.css" />
<script type="text/javascript" src="javascript/anylink.js">
/***********************************************
* AnyLink CSS Menu script- © Dynamic Drive DHTML code library (www.dynamicdrive.com)
* This notice MUST stay intact for legal use
* Visit Dynamic Drive at http://www.dynamicdrive.com/ for full source code
***********************************************/
</script>
<link rel="File-List" href="moe%20Credit%20union_files/filelist.xml">

<!--[if !mso]>
<style>
v\:*         { behavior: url(#default#VML) }
o\:*         { behavior: url(#default#VML) }
.shape       { behavior: url(#default#VML) }
</style>
<![endif]-->
<!--[if gte mso 9]>
<xml><o:shapedefaults v:ext="edit" spidmax="1027"/>
</xml><![endif]-->
<meta name="Microsoft Theme" content="none">
</head>

<body leftmargin="0" topmargin="0" rightmargin="0" bottommargin="0" marginwidth="0"
marginheight="0" class="bg">
<table width="100%"  border="0" cellspacing="0" cellpadding="0">
  <tr>
    <td height="84" valign="top"><table width="100%" height="84"  border="0"
cellpadding="0" cellspacing="0" class="t1">
      <tr>
        <td class="t2" align="center" valign="top">
                <object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000"
id="obj2"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="760" height="84">
                        <param name="movie" value="flash/top.swf">
                        <param name="quality" value="High">
                        <param name="wmode" value="transparent">
                        <param name="base" value="./">
                        <embed src="flash/top.swf" base="./"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj2" width="760" height="84"
quality="High" wmode="transparent"></object>
                </td>
      </tr>
    </table></td>
  </tr>
```

```
  <tr>
    <td height="22"><table width="100%" height="22"  border="0" cellpadding="0"
cellspacing="0" class="h1">
      <tr>
        <td valign="top">

         </td>
      </tr>
    </table></td>
  </tr>
  <tr>
    <td height="31">

     </td>
  </tr>
  <tr>
    <td height="400" valign="top"><table width="100%" height="400"  border="0"
cellpadding="0" cellspacing="0">
      <tr>
        <td width="9"> </td>
        <td width="200" valign="top" class="m2"><table width="200" border="0"
cellspacing="0" cellpadding="0">
          <tr>
            <td height="117" width="200" class="menu1">
                        <object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000"
id="obj3"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="200" height="117">
                                <param name="movie"
value="flash/template-images.swf">
                                <param name="quality" value="High">
                                <param name="wmode" value="transparent">
                                <param name="base" value="./">
                                <embed src="flash/template-images.swf" base="./"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj3" width="200" height="117"
quality="High" wmode="transparent"></object>
                        </td>
          </tr>
          <tr>
            <td></td>
          </tr>
          <tr>
            <td align="center"> </td>
          </tr>
          <tr>
            <td>
<!--Start Main Navigation-->
<span class="navigatetitle">Main Navigation</span>
<!--End Main Navigation-->
<p>
<!--webbot bot="Navigation" S-Orientation="vertical" S-Rendering="graphics"
S-Theme="nightvision 0010" S-Type="top" B-Include-Home="FALSE" B-Include-Up="FALSE"
startspan --><script language="JavaScript"><!--
MSFPhover =
  (((navigator.appName == "Netscape") &&
  (parseInt(navigator.appVersion) >= 3 )) ||
  ((navigator.appName == "Microsoft Internet Explorer") &&
  (parseInt(navigator.appVersion) >= 4 )));
function MSFPpreload(img)
{
  var a=new Image(); a.src=img; return a;
```

```
}
// --></script><script language="JavaScript"><!--
if(MSFPhover) {
MSFPnav1n=MSFPpreload("_derived/home.htm_cmp_nightvision010_vbtn.gif");
MSFPnav1h=MSFPpreload("_derived/home.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="home.htm" language="JavaScript" onmouseover="if(MSFPhover)
document['MSFPnav1'].src=MSFPnav1h.src" onmouseout="if(MSFPhover)
document['MSFPnav1'].src=MSFPnav1n.src"><img
src="_derived/home.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="Home" name="MSFPnav1"></a><br><script language="JavaScript"><!--
if(MSFPhover) {
MSFPnav2n=MSFPpreload("_derived/about_us.htm_cmp_nightvision010_vbtn.gif");
MSFPnav2h=MSFPpreload("_derived/about_us.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="about_us.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav2'].src=MSFPnav2h.src"
onmouseout="if(MSFPhover) document['MSFPnav2'].src=MSFPnav2n.src"><img
src="_derived/about_us.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="About Us" name="MSFPnav2"></a><br><script language="JavaScript"><!--
if(MSFPhover) {
MSFPnav3n=MSFPpreload("_derived/Districts1.htm_cmp_nightvision010_vbtn.gif");
MSFPnav3h=MSFPpreload("_derived/Districts1.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="Districts1.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav3'].src=MSFPnav3h.src"
onmouseout="if(MSFPhover) document['MSFPnav3'].src=MSFPnav3n.src"><img
src="_derived/Districts1.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="Districts" name="MSFPnav3"></a><br><script
language="JavaScript"><!--
if(MSFPhover) {
MSFPnav4n=MSFPpreload("_derived/apprenticeship.htm_cmp_nightvision010_vbtn.gif");
MSFPnav4h=MSFPpreload("_derived/apprenticeship.htm_cmp_nightvision010_vbtn_a.gif");
}
// --></script><a href="apprenticeship.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav4'].src=MSFPnav4h.src"
onmouseout="if(MSFPhover) document['MSFPnav4'].src=MSFPnav4n.src"><img
src="_derived/apprenticeship.htm_cmp_nightvision010_vbtn.gif" width="200"
height="30" border="0" alt="Apprenticeship" name="MSFPnav4"></a><br><script
language="JavaScript"><!--
if(MSFPhover) {
MSFPnav5n=MSFPpreload("_derived/MOE.htm_cmp_nightvision010_vbtn.gif");
MSFPnav5h=MSFPpreload("_derived/MOE.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="MOE.htm" language="JavaScript" onmouseover="if(MSFPhover)
document['MSFPnav5'].src=MSFPnav5h.src" onmouseout="if(MSFPhover)
document['MSFPnav5'].src=MSFPnav5n.src"><img
src="_derived/MOE.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="MOE" name="MSFPnav5"></a><br><img
src="_derived/moe%20Credit%20union.htm_cmp_nightvision010_vbtn_p.gif" width="200"
height="30" border="0" alt="MOE Credit Union"><br><script language="JavaScript"><!--
if(MSFPhover) {
MSFPnav6n=MSFPpreload("_derived/Districts.htm_cmp_nightvision010_vbtn.gif");
MSFPnav6h=MSFPpreload("_derived/Districts.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="Districts.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav6'].src=MSFPnav6h.src"
onmouseout="if(MSFPhover) document['MSFPnav6'].src=MSFPnav6n.src"><img
src="_derived/Districts.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="Links" name="MSFPnav6"></a><br><script language="JavaScript"><!--
if(MSFPhover) { MSFPnav7n=MSFPpreload("_derived/how do i
join.htm_cmp_nightvision010_vbtn.gif"); MSFPnav7h=MSFPpreload("_derived/how do i
join.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="how%20do%20i%20join.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav7'].src=MSFPnav7h.src"
onmouseout="if(MSFPhover) document['MSFPnav7'].src=MSFPnav7n.src"><img
src="_derived/how%20do%20i%20join.htm_cmp_nightvision010_vbtn.gif" width="200"
height="30" border="0" alt="How do I Join?" name="MSFPnav7"></a><br><script
```

```
language="JavaScript"><!--
if(MSFPhover) {
MSFPnav8n=MSFPpreload("_derived/contact_us.htm_cmp_nightvision010_vbtn.gif");
MSFPnav8h=MSFPpreload("_derived/contact_us.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="contact_us.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav8'].src=MSFPnav8h.src"
onmouseout="if(MSFPhover) document['MSFPnav8'].src=MSFPnav8n.src"><img
src="_derived/contact_us.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="Contact Us" name="MSFPnav8"></a><!--webbot bot="Navigation"
i-checksum="39510" endspan --><br></br>
</p>
<div align="center"><img src="graphics/m-divider.jpg" width="200" height="1"></div>
            </td>
          </tr>
          <tr>
            <td>

<!-- BEGIN VERTICAL MENU-->

            </td>
          </tr>
          <tr>
            <td align="center">

<!--Start Google Search-->
<table height=25 cellpadding=0 cellspacing=0 border=0 width=100>
<FORM target="_blank" name='searchForm' method=GET
action="http://www.google.com/search">
<!-- SiteSearch Google -->
<input type=hidden name=ie value=UTF-8>
<input type=hidden name=oe value=UTF-8>
<input type=hidden name=btnG VALUE="Google Search">
<input type=hidden name=domains value="www.yourweb.com">    <!-- change the value to
your domain name. example:  www.yourweb.com change to www.i3dthemes.com -->
<input type=hidden name=sitesearch value="www.yourweb.com"> <!-- change the value to
your domain name. example:  www.yourweb.com change to www.i3dthemes.com -->
<!-- SiteSearch Google -->
  <tr>
    <td width=151><INPUT class='search_input' TYPE=text name=q size=15 maxlength=255
value=""></td>
    <td width=74 align=center><input type=image src="graphics/search.jpg" width="60"
height="20"></td>
  </tr>
  </form>
</table>
<!--End Google Search--></td>
          </tr>
        </table>         </td>
        <td width="20" valign="top" class="cbox8">
                <img src="graphics/cbox1.jpg" width="20" height="147"></td>
        <td valign="top" class="cboxbg"><table width="100%" height="400"  border="0"
cellpadding="0" cellspacing="0" class="cbox2">
          <tr>
            <td valign="top">
                        <table border="0" style="border-collapse: collapse"
width="100%" id="table2" height="400" cellpadding="0">
                                <tr>
                                        <td valign="top">
                                        <table border="0" style="border-collapse:
collapse" width="100%" id="table7" cellpadding="0">
                                                <tr>
                                                        <td style="font-family:
Tahoma; font-size: 11pt; color: #D3CDAB">
```

```
                                                              <b>
                                                              <!--webbot bot="Navigation"
S-Type="banner" S-Orientation="horizontal" S-Rendering="text" startspan -->MOE
Credit Union<!--webbot bot="Navigation" i-checksum="52200" endspan
--></b> <p> </td>
                                                      </tr>
                                                      <tr>
                                                              <td>
                                                              <table width="100%"
height="235" border="0" cellpadding="0" cellspacing="0" id="table49">
                  <tr>
                    <td width="15"> </td>
                    <td valign="top">

<!-- #BeginEditable "body" -->

<table border="0" style="border-collapse: collapse" width="90%" id="table58"
cellpadding="0" height="100%">
        <tr>
                <td width="10" valign="top"> </td>
                <td valign="top" bgcolor="#3B3B3B" class="boxText3">
                <img border="0" src="Credit%20Union.png" width="445"
height="299"></td>
        </tr>
</table>

                                              <p><!--[if gte vml 1]><v:shapetype
id="_x0000_t202"
 coordsize="21600,21600" o:spt="202" path="m,l,21600r21600,l21600,xe">
 <v:stroke joinstyle="miter"/>
 <v:path gradientshapeok="t" o:connecttype="rect"/>
</v:shapetype><v:shape id="_x0000_s1027" type="#_x0000_t202" alt=""
style='position:absolute;
 left:189pt;top:402pt;width:339.75pt;height:51pt;z-index:1' filled="f">
 <v:textbox>
<table cellspacing="0" cellpadding="0" width="100%" height="100%">
        <tr>
                <td align="center"><b><font color="#FFCC00">
                <a href="http://www.moecu.com">The Midwest Operating Engineers
Credit
                Union is a great place for members to enhance their quality of life.

                Many great opportunities await. Click this link to find out
more.</a></font></b></td>
        </tr>
</table>
 </v:textbox>
</v:shape><![endif]--><![if !vml]><span style='mso-ignore:vglayout;position:
absolute;z-index:1;left:251px;top:535px;width:459px;height:74px'><img
width=459 height=74 src="moe%20Credit%20union_files/image001.gif"
v:shapes="_x0000_s1027"></span><![endif]><!-- #EndEditable --></td>
                    <td width="10"> </td>
                  </tr>
                </table></td>
                                                              </tr>
                                                      </table>
                                              </td>
                                              <td width="200" valign="top">
                                              <table border="0" style="border-collapse:
collapse" width="100%" id="table3" cellpadding="0">
                                                      <tr>
                                                              <td height="25"> </td>
                                                      </tr>
```

```
<tr>
<td height="30"
align="center" valign="top">
 </td>
</tr>
<tr>
<td>
<table border="0"
style="border-collapse: collapse" width="100%" id="table4" cellpadding="0">
<tr>
<td>
<table
border="0" style="border-collapse: collapse" width="100%" id="table5"
cellpadding="0">
<tr>

<td width="10" height="10" class="boxMain-1">

<img border="0" src="graphics/boxmain-1.jpg" width="10" height="10"></td>

<td height="10" class="boxMain-2">

<img border="0" src="graphics/boxmain-2.jpg" width="10" height="10"></td>

<td width="12" height="10" class="boxMain-3">

<img border="0" src="graphics/boxmain-3.jpg" width="12" height="10"></td>

</tr>
<tr>

<td width="10" class="boxMain-8"> </td>

<td class="boxMain-bg">
<!--Start Scroller Script-->
<!-- TO REMOVE THE SCROLLER, DELETE THE FOLLOWING TWO LINES -->
<script>var iframesrc="scroller_content.htm"</script>
<script langauge="javascript" src="javascript/scroller.js"></script>
<!-- TO EDIT THE SCROLLER, EDIT THE iframe_content.htm PAGE -->
<!--End Scroller Script-->

</td>

<td width="12" class="boxMain-4"> </td>

</tr>
<tr>

<td width="10" height="20" class="boxMain-7"> </td>

<td height="20" class="boxMain-6" align="right" style="font-size: 8pt; font-family:
Tahoma; font-variant: small-caps; color: #D7D9BB">

<font color="#D7D9BB">more&gt;</font></td>

<td width="12" height="20" class="boxMain-5"> </td>

</tr>
</table>
</td>
</tr>
```

```
        </table></td>
        <td width="50" valign="top" class="cbox4">
                <img src="graphics/cbox3.jpg" width="50" height="147"><img
src="graphics/cbox4.jpg" width="50" height="30"><br></td>
        <td width="10"> </td>
      </tr>
    </table></td>
  </tr>
  <tr>
    <td height="30"><table width="100%" height="30"  border="0" cellpadding="0"
cellspacing="0">
      <tr>
        <td width="9"> </td>
        <td width="200" class="m3">
<!--Start Favorites-->
<a href="javascript:bookmark()">
<img border="0" src="graphics/favorites.jpg" width="200" height="27"></a>
<!--End Favorites-->
        </td>
        <td width="20" class="cbox7"> </td>
        <td class="cbox6" align="center"> </td>
        <td width="50" class="cbox5"> </td>
        <td width="10"> </td>
      </tr>
    </table></td>
  </tr>
  <tr>
    <td height="80" valign="bottom"><table width="100%" height="80"  border="0"
cellpadding="0" cellspacing="0" class="b1">
      <tr>
        <td valign="bottom" class="b2" align="center">
                <object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000"
id="obj4"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="250" height="61">
                        <param name="movie" value="flash/icons.swf">
                        <param name="quality" value="High">
                        <param name="wmode" value="transparent">
                        <embed src="flash/icons.swf"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj4" width="250" height="61"
quality="High" wmode="transparent"></object>
                </td>
      </tr>
    </table></td>
  </tr>
</table>
<p align="center">
<!--Start Copyright-->
</p>
<div class='bottomLinks'>
<p align="center">
<!--webbot bot="Navigation" S-Orientation="horizontal" S-Rendering="html"
S-Bar="Bars" S-Btn-Nml="&lt;A HREF=&quot;#URL#&quot; TARGET=&quot;#TARGET#&quot;
STYLE=&quot;{text-decoration: none;}&quot;&gt;#LABEL#&lt;/A&gt;" S-Btn-Sel="#LABEL#"
S-Btn-Sep="&amp;nbsp;|&amp;nbsp;" S-Type="top" B-Include-Home="FALSE"
B-Include-Up="FALSE" startspan --><nobr><A HREF="home.htm" TARGET=""
STYLE="{text-decoration: none;}">Home</A></nobr> | <nobr><A
HREF="about_us.htm" TARGET="" STYLE="{text-decoration:
none;}">About Us</A></nobr> | <nobr><A HREF="Districts1.htm"
TARGET="" STYLE="{text-decoration: none;}">Districts</A></nobr> | <nobr><A
HREF="apprenticeship.htm" TARGET="" STYLE="{text-decoration:
none;}">Apprenticeship</A></nobr> | <nobr>MOE</nobr> | <nobr><A
```

```
HREF="moe%20Credit%20union.htm" TARGET="" STYLE="{text-decoration:
none;}">MOE Credit Union</A></nobr> | <nobr><A
HREF="Districts.htm" TARGET="" STYLE="{text-decoration:
none;}">Links</A></nobr> | <nobr><A HREF="how%20do%20i%20join.htm"
TARGET="" STYLE="{text-decoration:
none;}">How do I Join?</A></nobr> | <nobr><A
HREF="contact_us.htm" TARGET="" STYLE="{text-decoration:
none;}">Contact Us</A></nobr><!--webbot bot="Navigation" i-checksum="12992"
endspan --></p>
<p align="center">

<span class="copyright">Copyright &copy; 2006. Local 150. All rights
reserved.</span></div>
                                        </body>
<!-- #EndTemplate -->
</html>
```

```
<html xmlns:v="urn:schemas-microsoft-com:vml"
xmlns:o="urn:schemas-microsoft-com:office:office"
xmlns="http://www.w3.org/TR/REC-html40">
<!-- #BeginTemplate "template.dwt" -->
<head>
<!-- #BeginEditable "doctitle" -->
<title>Home</title>
<!-- #EndEditable -->
<meta name="DWT Version" content="1.00"> <!-- mm.dd.yy / Initial Release -->
<LINK REV="Made" HREF="http://www.YOURName.com">
<meta http-equiv="Content-Language" content="en-us">
<meta http-equiv="Content-Type" content="text/html; charset=windows-1252">
<script src="javascript/special_functions.js" language="JavaScript"
type="text/javascript"></script>
<script type="text/javascript" src="javascript/anylinkv.js"></script>
<link rel="stylesheet" type=text/css href="styles/stylesheet.css">
<link rel="stylesheet" type="text/css" href="styles/anylink.css" />
<script type="text/javascript" src="javascript/anylink.js">
/***********************************************
* AnyLink CSS Menu script- © Dynamic Drive DHTML code library (www.dynamicdrive.com)
* This notice MUST stay intact for legal use
* Visit Dynamic Drive at http://www.dynamicdrive.com/ for full source code
***********************************************/
</script>
<link rel="File-List" href="home_files/filelist.xml">

<!--[if !mso]>
<style>
v\:*         { behavior: url(#default#VML) }
o\:*         { behavior: url(#default#VML) }
.shape       { behavior: url(#default#VML) }
</style>
<![endif]-->
<!--[if gte mso 9]>
<xml><o:shapedefaults v:ext="edit" spidmax="1027"/>
</xml><![endif]-->
<meta name="Microsoft Theme" content="none">
</head>

<body leftmargin="0" topmargin="0" rightmargin="0" bottommargin="0" marginwidth="0"
marginheight="0" class="bg">
<table width="100%"  border="0" cellspacing="0" cellpadding="0">
  <tr>
    <td height="84" valign="top"><table width="100%" height="84"  border="0"
cellpadding="0" cellspacing="0" class="t1">
      <tr>
        <td class="t2" align="center" valign="top">
                <object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000"
id="obj2"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="760" height="84">
                        <param name="movie" value="flash/top.swf">
                        <param name="quality" value="High">
                        <param name="wmode" value="transparent">
                        <param name="base" value="./">
                        <embed src="flash/top.swf" base="./"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj2" width="760" height="84"
quality="High" wmode="transparent"></object>
                </td>
      </tr>
    </table></td>
  </tr>
```

```
  <tr>
    <td height="22"><table width="100%" height="22"  border="0" cellpadding="0"
cellspacing="0" class="h1">
      <tr>
        <td valign="top">

         </td>
      </tr>
    </table></td>
  </tr>
  <tr>
    <td height="31">

     </td>
  </tr>
  <tr>
    <td height="400" valign="top"><table width="100%" height="400"  border="0"
cellpadding="0" cellspacing="0">
      <tr>
        <td width="9"> </td>
        <td width="200" valign="top" class="m2"><table width="200" border="0"
cellspacing="0" cellpadding="0">
          <tr>
            <td height="117" width="200" class="menu1">
                        <object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000"
id="obj3"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="200" height="117">
                                <param name="movie"
value="flash/template-images.swf">
                                <param name="quality" value="High">
                                <param name="wmode" value="transparent">
                                <param name="base" value="./">
                                <embed src="flash/template-images.swf" base="./"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj3" width="200" height="117"
quality="High" wmode="transparent"></object>
                        </td>
          </tr>
          <tr>
            <td></td>
          </tr>
          <tr>
            <td align="center"> </td>
          </tr>
          <tr>
            <td>
<!--Start Main Navigation-->
<span class="navigatetitle">Main Navigation</span>
<!--End Main Navigation-->
<p>
<!--webbot bot="Navigation" S-Orientation="vertical" S-Rendering="graphics"
S-Theme="nightvision 0010" S-Type="top" B-Include-Home="FALSE" B-Include-Up="FALSE"
startspan --><img src="_derived/home.htm_cmp_nightvision010_vbtn_p.gif" width="200"
height="30" border="0" alt="Home"><br><script language="JavaScript"><!--
MSFPhover =
  (((navigator.appName == "Netscape") &&
  (parseInt(navigator.appVersion) >= 3 )) ||
  ((navigator.appName == "Microsoft Internet Explorer") &&
  (parseInt(navigator.appVersion) >= 4 )));
function MSFPpreload(img)
{
```

```
  var a=new Image(); a.src=img; return a;
}
// --></script><script language="JavaScript"><!--
if(MSFPhover) {
MSFPnav1n=MSFPpreload("_derived/about_us.htm_cmp_nightvision010_vbtn.gif");
MSFPnav1h=MSFPpreload("_derived/about_us.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="about_us.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav1'].src=MSFPnav1h.src"
onmouseout="if(MSFPhover) document['MSFPnav1'].src=MSFPnav1n.src"><img
src="_derived/about_us.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="About Us" name="MSFPnav1"></a><br><script language="JavaScript"><!--
if(MSFPhover) {
MSFPnav2n=MSFPpreload("_derived/Districts1.htm_cmp_nightvision010_vbtn.gif");
MSFPnav2h=MSFPpreload("_derived/Districts1.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="Districts1.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav2'].src=MSFPnav2h.src"
onmouseout="if(MSFPhover) document['MSFPnav2'].src=MSFPnav2n.src"><img
src="_derived/Districts1.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="Districts" name="MSFPnav2"></a><br><script
language="JavaScript"><!--
if(MSFPhover) {
MSFPnav3n=MSFPpreload("_derived/apprenticeship.htm_cmp_nightvision010_vbtn.gif");
MSFPnav3h=MSFPpreload("_derived/apprenticeship.htm_cmp_nightvision010_vbtn_a.gif");
}
// --></script><a href="apprenticeship.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav3'].src=MSFPnav3h.src"
onmouseout="if(MSFPhover) document['MSFPnav3'].src=MSFPnav3n.src"><img
src="_derived/apprenticeship.htm_cmp_nightvision010_vbtn.gif" width="200"
height="30" border="0" alt="Apprenticeship" name="MSFPnav3"></a><br><script
language="JavaScript"><!--
if(MSFPhover) {
MSFPnav4n=MSFPpreload("_derived/MOE.htm_cmp_nightvision010_vbtn.gif");
MSFPnav4h=MSFPpreload("_derived/MOE.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="MOE.htm" language="JavaScript" onmouseover="if(MSFPhover)
document['MSFPnav4'].src=MSFPnav4h.src" onmouseout="if(MSFPhover)
document['MSFPnav4'].src=MSFPnav4n.src"><img
src="_derived/MOE.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="MOE" name="MSFPnav4"></a><br><script language="JavaScript"><!--
if(MSFPhover) { MSFPnav5n=MSFPpreload("_derived/moe Credit
union.htm_cmp_nightvision010_vbtn.gif"); MSFPnav5h=MSFPpreload("_derived/moe Credit
union.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="moe%20Credit%20union.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav5'].src=MSFPnav5h.src"
onmouseout="if(MSFPhover) document['MSFPnav5'].src=MSFPnav5n.src"><img
src="_derived/moe%20Credit%20union.htm_cmp_nightvision010_vbtn.gif" width="200"
height="30" border="0" alt="MOE Credit Union" name="MSFPnav5"></a><br><script
language="JavaScript"><!--
if(MSFPhover) {
MSFPnav6n=MSFPpreload("_derived/Districts.htm_cmp_nightvision010_vbtn.gif");
MSFPnav6h=MSFPpreload("_derived/Districts.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="Districts.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav6'].src=MSFPnav6h.src"
onmouseout="if(MSFPhover) document['MSFPnav6'].src=MSFPnav6n.src"><img
src="_derived/Districts.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="Links" name="MSFPnav6"></a><br><script language="JavaScript"><!--
if(MSFPhover) { MSFPnav7n=MSFPpreload("_derived/how do i
join.htm_cmp_nightvision010_vbtn.gif"); MSFPnav7h=MSFPpreload("_derived/how do i
join.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="how%20do%20i%20join.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav7'].src=MSFPnav7h.src"
onmouseout="if(MSFPhover) document['MSFPnav7'].src=MSFPnav7n.src"><img
src="_derived/how%20do%20i%20join.htm_cmp_nightvision010_vbtn.gif" width="200"
height="30" border="0" alt="How do I Join?" name="MSFPnav7"></a><br><script
```

```
language="JavaScript"><!--
if(MSFPhover) {
MSFPnav8n=MSFPpreload("_derived/contact_us.htm_cmp_nightvision010_vbtn.gif");
MSFPnav8h=MSFPpreload("_derived/contact_us.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="contact_us.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav8'].src=MSFPnav8h.src"
onmouseout="if(MSFPhover) document['MSFPnav8'].src=MSFPnav8n.src"><img
src="_derived/contact_us.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="Contact Us" name="MSFPnav8"></a><!--webbot bot="Navigation"
i-checksum="18262" endspan --><br></br>
</p>
<div align="center"><img src="graphics/m-divider.jpg" width="200" height="1"></div>
            </td>
          </tr>
          <tr>
            <td>

<!-- BEGIN VERTICAL MENU-->

            </td>
          </tr>
          <tr>
            <td align="center">

<!--Start Google Search-->
<table height=25 cellpadding=0 cellspacing=0 border=0 width=100>
<FORM target="_blank" name='searchForm' method=GET
action="http://www.google.com/search">
<!-- SiteSearch Google -->
<input type=hidden name=ie value=UTF-8>
<input type=hidden name=oe value=UTF-8>
<input type=hidden name=btnG VALUE="Google Search">
<input type=hidden name=domains value="www.yourweb.com">    <!-- change the value to
your domain name. example:  www.yourweb.com change to www.i3dthemes.com -->
<input type=hidden name=sitesearch value="www.yourweb.com"> <!-- change the value to
your domain name. example:  www.yourweb.com change to www.i3dthemes.com -->
<!-- SiteSearch Google -->
  <tr>
    <td width=151><INPUT class='search_input' TYPE=text name=q size=15 maxlength=255
value=""></td>
    <td width=74 align=center><input type=image src="graphics/search.jpg" width="60"
height="20"></td>
  </tr>
  </form>
</table>
<!--End Google Search--></td>
          </tr>
        </table>          </td>
        <td width="20" valign="top" class="cbox8">
                <img src="graphics/cbox1.jpg" width="20" height="147"></td>
        <td valign="top" class="cboxbg"><table width="100%" height="400"  border="0"
cellpadding="0" cellspacing="0" class="cbox2">
          <tr>
            <td valign="top">
                        <table border="0" style="border-collapse: collapse"
width="100%" id="table2" height="400" cellpadding="0">
                                <tr>
                                        <td valign="top">
                                        <table border="0" style="border-collapse:
collapse" width="100%" id="table7" cellpadding="0">
                                                <tr>
                                                        <td style="font-family:
Tahoma; font-size: 11pt; color: #D3CDAB">
```

```
                                                            <b>
                                                            <!--webbot bot="Navigation"
S-Type="banner" S-Orientation="horizontal" S-Rendering="text" startspan
-->Home<!--webbot bot="Navigation" i-checksum="1538" endspan
--></b> <p> </td>
                                                    </tr>
                                                    <tr>
                                                            <td>
                                                            <table width="100%"
height="235" border="0" cellpadding="0" cellspacing="0" id="table49">
                  <tr>
                    <td width="15"> </td>
                    <td valign="top">

<!-- #BeginEditable "body" -->

 <p><font
size="5">            &nb
sp;
</font><b><font size="6">Meet Your Officers</font></b></p>
<p>             &nb
sp;       <img border="0"
src="Bill%20Dugan%20(Small).jpg" width="154"
height="201">            
;   </p>
<p align="left"><b><font
size="3">            &nb
sp;      William E. Dugan </font></b></p>
<p align="left"><b><font size="3">        
President, Business Manager</font></b></p>
<p> </p>
<p><b><font size="3">       James M. Sweeney -
Vice President
</font></b></p>
<p><font size="3"><b>      </b></font><b>
<font size="3">(no picture available at this time)</font></b></p>
<p> </p>
<p>             &nb
sp;  <img border="0" src="Steve%20Cisco%20(Small).jpg" width="165"
height="195">          <img
border="0" src="Joe%20Ward%20(Small).jpg" width="169"
height="194">        </p>
<p><!--[if gte vml 1]><v:shapetype id="_x0000_t202"
 coordsize="21600,21600" o:spt="202" path="m,l,21600r21600,l21600,xe">
 <v:stroke joinstyle="miter"/>
 <v:path gradientshapeok="t" o:connecttype="rect"/>
</v:shapetype><v:shape id="_x0000_s1034" type="#_x0000_t202" alt=""
style='position:absolute;
 left:228pt;top:700.5pt;width:127.5pt;height:50.25pt;z-index:1' filled="f"
 fillcolor="black" stroked="f">
 <v:textbox>
<table cellspacing="0" cellpadding="0" width="100%" height="100%">
        <tr>
                <td align="center" bordercolor="#000000">
                <p style="margin-top: 0; margin-bottom: 0"><font
color="#FFCC00">Steve
                Cisco</font></p>
                <p style="margin-top: 0; margin-bottom: 0"><font color="#FFCC00">
                Recording Corresponding Sect.</font></td>
        </tr>
</table>
 </v:textbox>
</v:shape><![endif]--><![if !vml]><span style='mso-ignore:vglayout;position:
```

```
absolute;z-index:1;left:304px;top:934px;width:174px;height:71px'><img
width=174 height=71 src="home_files/image001.gif"
v:shapes="_x0000_s1034"></span><![endif]><b><font size="3"> </font></b></p>
<p><!--[if gte vml 1]><v:shape
 id="_x0000_s1035" type="#_x0000_t202" alt="" style='position:absolute;left:390pt;
 top:702pt;width:114.75pt;height:38.25pt;z-index:1' filled="f" stroked="f">
 <v:textbox>
<table cellspacing="0" cellpadding="0" width="100%" height="95%">
        <tr>
                <td align="center">
                <p style="margin-top: 0; margin-bottom: 0"><font color="#FFCC00">Joe

                Ward </font></p>
                <p style="margin-top: 0; margin-bottom: 0"><font color="#FFCC00">
                Treasurer</font></td>
        </tr>
</table>
 </v:textbox>
</v:shape><![endif]--><![if !vml]><span style='mso-ignore:vglayout;position:
absolute;z-index:1;left:520px;top:936px;width:157px;height:55px'><img
width=157 height=55 src="home_files/image002.gif"
v:shapes="_x0000_s1035"></span><![endif]></p>
<p> </p>
<p> </p>
<p> </p>
<p><b><font size="2">  </font></b>
<img border="0" src="Dave%20Fagan%20(Small).jpg" width="163" height="196"></p>
<p><b><font size="2">David Fagan - Financial Secretary</font></b></p>
<p><!--[if gte vml 1]><v:line
 id="_x0000_s1026" alt="" style='position:absolute;left:0;text-align:left;
 top:0;z-index:1' from="188.25pt,771pt" to="428.25pt,772.5pt" strokecolor="#fc0"
 strokeweight="3pt"/><![endif]--><![if !vml]><span style='mso-ignore:vglayout;
position:absolute;z-index:1;left:249px;top:1026px;width:324px;height:6px'><img
width=324 height=6 src="home_files/image003.gif"
v:shapes="_x0000_s1026"></span><![endif]></p>
<p>             &nb
sp;             &nb
sp;       
</p>
<p><b><font size="3">  </font></b><img border="0"
src="Jim%20Miller%20(Small).jpg" width="159" height="184"><b><font
size="3">   </font></b><b><font
size="3">       </font></b></p>
<p>             
<b><font
size="2">            
James Miller </font></b></p>
<p><b><font
size="2">            &nb
sp;      Assistant to the President</font></b><!--[if gte
vml 1]><v:line
 id="_x0000_s1032" alt="" style='position:absolute;left:0;text-align:left;
 top:0;flip:y;z-index:1' from="198pt,429pt" to="404.25pt,429.75pt"
 strokecolor="#fc0" strokeweight="3pt"/><![endif]--><![if !vml]><span
style='mso-ignore:vglayout;position:absolute;z-index:1;left:262px;top:570px;
width:279px;height:5px'><img width=279 height=5 src="home_files/image004.gif"
v:shapes="_x0000_s1032"></span><![endif]></p>
<p> </p>
<p>             &nb
sp;             &nb
sp;       
</p>
<p><b><font
```

```
size="3">             &nb
sp;    </font></b></p>
<p><font size="3"><b>  </b></font></p>
<p>             &nb
sp;             &nb
sp;       
</p>
<p>   </p>
<p><!--[if gte vml 1]><v:line id="_x0000_s1030"
 alt="" style='position:absolute;left:0;text-align:left;top:0;z-index:1'
 from="207pt,1694.25pt" to="551.25pt,1694.25pt" strokecolor="#fc0"
 strokeweight="3pt"/><![endif]--><![if !vml]><span style='mso-ignore:vglayout;
position:absolute;z-index:1;left:274px;top:2257px;width:463px;height:4px'><img
width=463 height=4 src="home_files/image005.gif"
v:shapes="_x0000_s1030"></span><![endif]></p>
<p> <!-- #EndEditable --></td>
                    <td width="10"> </td>
                  </tr>
                </table></td>
                                                            </tr>
                                                    </table>
                                            </td>
                                            <td width="200" valign="top">
                                            <table border="0" style="border-collapse:
collapse" width="100%" id="table3" cellpadding="0">
                                                    <tr>
                                                            <td height="25"> </td>
                                                    </tr>
                                                    <tr>
                                                            <td height="30"
align="center" valign="top">
 </td>
                                                    </tr>
                                                    <tr>
                                                            <td>
                                                            <table border="0"
style="border-collapse: collapse" width="100%" id="table4" cellpadding="0">
                                                                    <tr>
                                                                            <td>
                                                                            <table
border="0" style="border-collapse: collapse" width="100%" id="table5"
cellpadding="0">
                                                                                    <tr>

<td width="10" height="10" class="boxMain-1">

<img border="0" src="graphics/boxmain-1.jpg" width="10" height="10"></td>

<td height="10" class="boxMain-2">

<img border="0" src="graphics/boxmain-2.jpg" width="10" height="10"></td>

<td width="12" height="10" class="boxMain-3">

<img border="0" src="graphics/boxmain-3.jpg" width="12" height="10"></td>

</tr>
                                                                                    <tr>

<td width="10" class="boxMain-8"> </td>

<td class="boxMain-bg">
<!--Start Scroller Script-->
```

```
<!-- TO REMOVE THE SCROLLER, DELETE THE FOLLOWING TWO LINES -->
<script>var iframesrc="scroller_content.htm"</script>
<script langauge="javascript" src="javascript/scroller.js"></script>
<!-- TO EDIT THE SCROLLER, EDIT THE iframe_content.htm PAGE -->
<!--End Scroller Script-->

</td>

<td width="12" class="boxMain-4"> </td>

</tr>
                                                                                        <tr>

<td width="10" height="20" class="boxMain-7"> </td>

<td height="20" class="boxMain-6" align="right" style="font-size: 8pt; font-family:
Tahoma; font-variant: small-caps; color: #D7D9BB">

<font color="#D7D9BB">more&gt;</font></td>

<td width="12" height="20" class="boxMain-5"> </td>

</tr>
                                                                                </table>
                                                                                </td>
                                                                        </tr>
                                                                        <tr>
                                                                                <td
align="center"> </td>
                                                                        </tr>
                                                                </table>
                                                                </td>
                                                        </tr>
                                                        <tr>
                                                                <td> </td>
                                                        </tr>
                                                </table>
                                                </td>
                                        </tr>
                                        <tr>
                                                <td valign="top"> </td>
                                                <td width="200" valign="top">
                                                 </td>
                                        </tr>
                                </table>
                                </td>
                </tr>
        </table></td>
        <td width="50" valign="top" class="cbox4">
                <img src="graphics/cbox3.jpg" width="50" height="147"><img
src="graphics/cbox4.jpg" width="50" height="30"><br></td>
        <td width="10"> </td>
      </tr>
    </table></td>
  </tr>
  <tr>
    <td height="30"><table width="100%" height="30"  border="0" cellpadding="0"
cellspacing="0">
      <tr>
        <td width="9"> </td>
        <td width="200" class="m3">
```

```
<!--Start Favorites-->
<a href="javascript:bookmark()">
<img border="0" src="graphics/favorites.jpg" width="200" height="27"></a>
<!--End Favorites-->
        </td>
        <td width="20" class="cbox7"> </td>
        <td class="cbox6" align="center"> </td>
        <td width="50" class="cbox5"> </td>
        <td width="10"> </td>
      </tr>
    </table></td>
  </tr>
  <tr>
    <td height="80" valign="bottom"><table width="100%" height="80"  border="0"
cellpadding="0" cellspacing="0" class="b1">
      <tr>
        <td valign="bottom" class="b2" align="center">
                <object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000"
id="obj4"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="250" height="61">
                    <param name="movie" value="flash/icons.swf">
                    <param name="quality" value="High">
                    <param name="wmode" value="transparent">
                    <embed src="flash/icons.swf"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj4" width="250" height="61"
quality="High" wmode="transparent"></object>
                </td>
      </tr>
    </table></td>
  </tr>
</table>
<p align="center">
<!--Start Copyright-->
</p>
<div class='bottomLinks'>
<p align="center">
<!--webbot bot="Navigation" S-Orientation="horizontal" S-Rendering="html"
S-Bar="Bars" S-Btn-Nml="&lt;A HREF=&quot;#URL#&quot; TARGET=&quot;#TARGET#&quot;
STYLE=&quot;{text-decoration: none;}&quot;&gt;#LABEL#&lt;/A&gt;" S-Btn-Sel="#LABEL#"
S-Btn-Sep="&amp;nbsp;|&amp;nbsp;" S-Type="top" B-Include-Home="FALSE"
B-Include-Up="FALSE" startspan --><nobr>Home</nobr> | <nobr><A
HREF="about_us.htm" TARGET="" STYLE="{text-decoration:
none;}">About Us</A></nobr> | <nobr><A HREF="Districts1.htm"
TARGET="" STYLE="{text-decoration: none;}">Districts</A></nobr> | <nobr><A
HREF="apprenticeship.htm" TARGET="" STYLE="{text-decoration:
none;}">Apprenticeship</A></nobr> | <nobr><A HREF="MOE.htm" TARGET=""
STYLE="{text-decoration: none;}">MOE</A></nobr> | <nobr><A
HREF="moe%20Credit%20union.htm" TARGET="" STYLE="{text-decoration:
none;}">MOE Credit Union</A></nobr> | <nobr><A
HREF="Districts.htm" TARGET="" STYLE="{text-decoration:
none;}">Links</A></nobr> | <nobr><A HREF="how%20do%20i%20join.htm"
TARGET="" STYLE="{text-decoration:
none;}">How do I Join?</A></nobr> | <nobr><A
HREF="contact_us.htm" TARGET="" STYLE="{text-decoration:
none;}">Contact Us</A></nobr><!--webbot bot="Navigation" i-checksum="41134"
endspan --></p>
<p align="center">

<span class="copyright">Copyright &copy; 2006. Local 150. All rights
reserved.</span></div>
                                                  </body>
```

home.htm

```
<!-- #EndTemplate -->
</html>
```

Page 10

```
<html>
<head>
<link rel="stylesheet" type="text/css" href="styles/stylesheet.css">
</head>
<body topmargin=0 leftmargin=0 rightmargin=0 bottommargin=0 style="background-color:
#EADD93">

<div id="datacontainer" style="position:absolute;left:1px;top:10px;width:100%"
onMouseover="scrollspeed=0" onMouseout="scrollspeed=cache">

<!-- ADD YOUR SCROLLER CONTENT INSIDE HERE -->
<table border="0" cellpadding="2" cellspacing="2" style="border-collapse: collapse"
width="220" >
        <tr>
                <td style="font-size: 8pt; font-family: Tahoma; color:#E1E2CD">

<p style="margin-top: 0; margin-bottom: 0"><font color="#000000" size="2">
Welcome to Local 150. </font></p>
<p style="margin-top: 0; margin-bottom: 0"><font color="#000000" size="2">
Please
check </font><font color="#000000">this
information</font></p>
<p style="margin-top: 0; margin-bottom: 0"><font color="#000000">bar often to see
what is </font></p>
<p style="margin-top: 0; margin-bottom: 0"><font color="#000000">happening in your
local union</font></p>
<p style="margin-top: 0; margin-bottom: 0"><font color="#000000">and
District.</font></p>
                <hr width="80%" size="1">

<p style="margin-top: 0; margin-bottom: 0">

<b><font color="#000000" size="2">Members  overwhelmingly approve dues
increase to ensure future of local 150.</font></b></p>
<p style="margin-top: 0; margin-bottom: 0"><b><font color="#000000" size="2"> A
state of the art training facility
will provide training </font></b></p>
<p style="margin-top: 0; margin-bottom: 0"><b><font color="#000000" size="2">for
future generations of operating engineers. </font></b></p>
<p style="margin-top: 0; margin-bottom: 0"><b><font color="#000000"
size="2">Thanks to
all who share </font></b></p>
<p style="margin-top: 0; margin-bottom: 0"><b><font color="#000000" size="2">this
vision. </font></b></p>
                <hr width="80%" size="1">

<p style="margin-top: 0; margin-bottom: 0"> </p>
<p style="margin-top: 0; margin-bottom: 0"><font color="#000000"><b>Don't forget
your District meetings begin
February. </b></font></p>
<p style="margin-top: 0; margin-bottom: 0"><font color="#000000"><b>Check your 150
paper
or </b></font></p>
<p style="margin-top: 0; margin-bottom: 0"><font color="#000000"><b>click the
District link for </b></font></p>
<p style="margin-top: 0; margin-bottom: 0"><font color="#000000"><b>date and
times.</b></font></p>
                <hr width="80%" size="1">
```

```
<p><font color="#000000">The MOE Credit Union now </font></p>
<p><font color="#000000">has great rates for your </font></p>
<p><font color="#000000">every financial need. </font></p>
<p><font color="#000000">Check it out today!</font></p>
<p> </td>
        </tr>
</table>
<!-- END SCROLLER CONTENT -->

</div>

<script type="text/javascript">

/***********************************************
* IFRAME Scroller script- © Dynamic Drive DHTML code library (www.dynamicdrive.com)
* This notice MUST stay intact for legal use
* Visit Dynamic Drive at http://www.dynamicdrive.com/ for full source code
***********************************************/

//Specify speed of scroll. Larger=faster (ie: 5)
var scrollspeed=cache=1

//Specify intial delay before scroller starts scrolling (in miliseconds):
var initialdelay=1500

function initializeScroller(){
dataobj=document.all? document.all.datacontainer :
document.getElementById("datacontainer")
dataobj.style.top="5px"
setTimeout("getdataheight()", initialdelay)
}

function getdataheight(){
thelength=dataobj.offsetHeight
if (thelength==0)
setTimeout("getdataheight()",10)
else
scrollDiv()
}

function scrollDiv(){
dataobj.style.top=parseInt(dataobj.style.top)-scrollspeed+"px"
if (parseInt(dataobj.style.top)<thelength*(-1))
dataobj.style.top="5px"
setTimeout("scrollDiv()",40)
}

if (window.addEventListener)
window.addEventListener("load", initializeScroller, false)
else if (window.attachEvent)
window.attachEvent("onload", initializeScroller)
else
window.onload=initializeScroller

</script>

</body>
</html>
```

Districts.htm

```
<html>
<!-- #BeginTemplate "template.dwt" -->
<head>
<!-- #BeginEditable "doctitle" -->
<title>Districts</title>
<!-- #EndEditable -->
<meta name="DWT Version" content="1.00"> <!-- mm.dd.yy / Initial Release -->
<LINK REV="Made" HREF="http://www.YOURName.com">
<meta http-equiv="Content-Language" content="en-us">
<meta http-equiv="Content-Type" content="text/html; charset=windows-1252">
<script src="javascript/special_functions.js" language="JavaScript"
type="text/javascript"></script>
<script type="text/javascript" src="javascript/anylinkv.js"></script>
<link rel="stylesheet" type=text/css href="styles/stylesheet.css">
<link rel="stylesheet" type="text/css" href="styles/anylink.css" />
<script type="text/javascript" src="javascript/anylink.js">
/***********************************************
* AnyLink CSS Menu script- © Dynamic Drive DHTML code library (www.dynamicdrive.com)
* This notice MUST stay intact for legal use
* Visit Dynamic Drive at http://www.dynamicdrive.com/ for full source code
***********************************************/
</script>
<meta name="Microsoft Theme" content="none">
</head>

<body leftmargin="0" topmargin="0" rightmargin="0" bottommargin="0" marginwidth="0"
marginheight="0" class="bg">
<table width="100%"  border="0" cellspacing="0" cellpadding="0">
  <tr>
    <td height="84" valign="top"><table width="100%" height="84"  border="0"
cellpadding="0" cellspacing="0" class="t1">
      <tr>
        <td class="t2" align="center" valign="top">
                <object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000"
id="obj2"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="760" height="84">
                        <param name="movie" value="flash/top.swf">
                        <param name="quality" value="High">
                        <param name="wmode" value="transparent">
                        <param name="base" value="./">
                        <embed src="flash/top.swf" base="./"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj2" width="760" height="84"
quality="High" wmode="transparent"></object>
                </td>
      </tr>
    </table></td>
  </tr>
  <tr>
    <td height="22"><table width="100%" height="22"  border="0" cellpadding="0"
cellspacing="0" class="h1">
      <tr>
        <td valign="top">

         </td>
      </tr>
    </table></td>
  </tr>
  <tr>
    <td height="31">
```

```
     </td>
  </tr>
  <tr>
    <td height="400" valign="top"><table width="100%" height="400"  border="0"
cellpadding="0" cellspacing="0">
      <tr>
        <td width="9"> </td>
        <td width="200" valign="top" class="m2"><table width="200" border="0"
cellspacing="0" cellpadding="0">
          <tr>
            <td height="117" width="200" class="menu1">
                        <object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000"
id="obj3"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="200" height="117">
                                <param name="movie"
value="flash/template-images.swf">
                                <param name="quality" value="High">
                                <param name="wmode" value="transparent">
                                <param name="base" value="./">
                                <embed src="flash/template-images.swf" base="./"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj3" width="200" height="117"
quality="High" wmode="transparent"></object>
                        </td>
          </tr>
          <tr>
            <td></td>
          </tr>
          <tr>
            <td align="center"> </td>
          </tr>
          <tr>
            <td>
<!--Start Main Navigation-->
<span class="navigatetitle">Main Navigation</span>
<!--End Main Navigation-->
<p>
<!--webbot bot="Navigation" S-Orientation="vertical" S-Rendering="graphics"
S-Theme="nightvision 0010" S-Type="top" B-Include-Home="FALSE" B-Include-Up="FALSE"
startspan --><script language="JavaScript"><!--
MSFPhover =
  (((navigator.appName == "Netscape") &&
  (parseInt(navigator.appVersion) >= 3 )) ||
  ((navigator.appName == "Microsoft Internet Explorer") &&
  (parseInt(navigator.appVersion) >= 4 )));
function MSFPpreload(img)
{
  var a=new Image(); a.src=img; return a;
}
// --></script><script language="JavaScript"><!--
if(MSFPhover) {
MSFPnav1n=MSFPpreload("_derived/home.htm_cmp_nightvision010_vbtn.gif");
MSFPnav1h=MSFPpreload("_derived/home.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="home.htm" language="JavaScript" onmouseover="if(MSFPhover)
document['MSFPnav1'].src=MSFPnav1h.src" onmouseout="if(MSFPhover)
document['MSFPnav1'].src=MSFPnav1n.src"><img
src="_derived/home.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="Home" name="MSFPnav1"></a><br><script language="JavaScript"><!--
if(MSFPhover) {
MSFPnav2n=MSFPpreload("_derived/about_us.htm_cmp_nightvision010_vbtn.gif");
MSFPnav2h=MSFPpreload("_derived/about_us.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="about_us.htm" language="JavaScript"
```

```
onmouseover="if(MSFPhover) document['MSFPnav2'].src=MSFPnav2h.src"
onmouseout="if(MSFPhover) document['MSFPnav2'].src=MSFPnav2n.src"><img
src="_derived/about_us.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="About Us" name="MSFPnav2"></a><br><script language="JavaScript"><!--
if(MSFPhover) {
MSFPnav3n=MSFPpreload("_derived/Districts1.htm_cmp_nightvision010_vbtn.gif");
MSFPnav3h=MSFPpreload("_derived/Districts1.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="Districts1.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav3'].src=MSFPnav3h.src"
onmouseout="if(MSFPhover) document['MSFPnav3'].src=MSFPnav3n.src"><img
src="_derived/Districts1.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="Districts" name="MSFPnav3"></a><br><script
language="JavaScript"><!--
if(MSFPhover) {
MSFPnav4n=MSFPpreload("_derived/apprenticeship.htm_cmp_nightvision010_vbtn.gif");
MSFPnav4h=MSFPpreload("_derived/apprenticeship.htm_cmp_nightvision010_vbtn_a.gif");
}
// --></script><a href="apprenticeship.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav4'].src=MSFPnav4h.src"
onmouseout="if(MSFPhover) document['MSFPnav4'].src=MSFPnav4n.src"><img
src="_derived/apprenticeship.htm_cmp_nightvision010_vbtn.gif" width="200"
height="30" border="0" alt="Apprenticeship" name="MSFPnav4"></a><br><script
language="JavaScript"><!--
if(MSFPhover) {
MSFPnav5n=MSFPpreload("_derived/MOE.htm_cmp_nightvision010_vbtn.gif");
MSFPnav5h=MSFPpreload("_derived/MOE.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="MOE.htm" language="JavaScript" onmouseover="if(MSFPhover)
document['MSFPnav5'].src=MSFPnav5h.src" onmouseout="if(MSFPhover)
document['MSFPnav5'].src=MSFPnav5n.src"><img
src="_derived/MOE.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="MOE" name="MSFPnav5"></a><br><script language="JavaScript"><!--
if(MSFPhover) { MSFPnav6n=MSFPpreload("_derived/moe Credit
union.htm_cmp_nightvision010_vbtn.gif"); MSFPnav6h=MSFPpreload("_derived/moe Credit
union.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="moe%20Credit%20union.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav6'].src=MSFPnav6h.src"
onmouseout="if(MSFPhover) document['MSFPnav6'].src=MSFPnav6n.src"><img
src="_derived/moe%20Credit%20union.htm_cmp_nightvision010_vbtn.gif" width="200"
height="30" border="0" alt="MOE Credit Union" name="MSFPnav6"></a><br><img
src="_derived/Districts.htm_cmp_nightvision010_vbtn_p.gif" width="200" height="30"
border="0" alt="Links"><br><script language="JavaScript"><!--
if(MSFPhover) { MSFPnav7n=MSFPpreload("_derived/how do i
join.htm_cmp_nightvision010_vbtn.gif"); MSFPnav7h=MSFPpreload("_derived/how do i
join.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="how%20do%20i%20join.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav7'].src=MSFPnav7h.src"
onmouseout="if(MSFPhover) document['MSFPnav7'].src=MSFPnav7n.src"><img
src="_derived/how%20do%20i%20join.htm_cmp_nightvision010_vbtn.gif" width="200"
height="30" border="0" alt="How do I Join?" name="MSFPnav7"></a><br><script
language="JavaScript"><!--
if(MSFPhover) {
MSFPnav8n=MSFPpreload("_derived/contact_us.htm_cmp_nightvision010_vbtn.gif");
MSFPnav8h=MSFPpreload("_derived/contact_us.htm_cmp_nightvision010_vbtn_a.gif"); }
// --></script><a href="contact_us.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav8'].src=MSFPnav8h.src"
onmouseout="if(MSFPhover) document['MSFPnav8'].src=MSFPnav8n.src"><img
src="_derived/contact_us.htm_cmp_nightvision010_vbtn.gif" width="200" height="30"
border="0" alt="Contact Us" name="MSFPnav8"></a><!--webbot bot="Navigation"
i-checksum="25941" endspan --><br></br>
</p>
<div align="center"><img src="graphics/m-divider.jpg" width="200" height="1"></div>
        </td>
      </tr>
```

```
          <tr>
            <td>

<!-- BEGIN VERTICAL MENU-->

            </td>
          </tr>
          <tr>
            <td align="center">

<!--Start Google Search-->
<table height=25 cellpadding=0 cellspacing=0 border=0 width=100>
<FORM target="_blank" name='searchForm' method=GET
action="http://www.google.com/search">
<!-- SiteSearch Google -->
<input type=hidden name=ie value=UTF-8>
<input type=hidden name=oe value=UTF-8>
<input type=hidden name=btnG VALUE="Google Search">
<input type=hidden name=domains value="www.yourweb.com">    <!-- change the value to
your domain name. example:  www.yourweb.com change to www.i3dthemes.com -->
<input type=hidden name=sitesearch value="www.yourweb.com"> <!-- change the value to
your domain name. example:  www.yourweb.com change to www.i3dthemes.com -->
<!-- SiteSearch Google -->
  <tr>
    <td width=151><INPUT class='search_input' TYPE=text name=q size=15 maxlength=255
value=""></td>
    <td width=74 align=center><input type=image src="graphics/search.jpg" width="60"
height="20"></td>
  </tr>
  </form>
</table>
<!--End Google Search--></td>
          </tr>
        </table>          </td>
        <td width="20" valign="top" class="cbox8">
                <img src="graphics/cbox1.jpg" width="20" height="147"></td>
        <td valign="top" class="cboxbg"><table width="100%" height="400"  border="0"
cellpadding="0" cellspacing="0" class="cbox2">
          <tr>
            <td valign="top">
                        <table border="0" style="border-collapse: collapse"
width="100%" id="table2" height="400" cellpadding="0">
                                <tr>
                                        <td valign="top">
                                        <table border="0" style="border-collapse:
collapse" width="100%" id="table7" cellpadding="0">
                                                <tr>
                                                        <td style="font-family:
Tahoma; font-size: 11pt; color: #D3CDAB">
                                                        <b>
                                                        <!--webbot bot="Navigation"
S-Type="banner" S-Orientation="horizontal" S-Rendering="text" startspan
-->Links<!--webbot bot="Navigation" i-checksum="3422" endspan
--></b> <p> </td>
                                                </tr>
                                                <tr>
                                                        <td>
                                                        <table width="100%"
height="235" border="0" cellpadding="0" cellspacing="0" id="table49">
                  <tr>
                    <td width="15"> </td>
                    <td valign="top">
```

```
<!-- #BeginEditable "body" -->

<div class="Section1">
	<p style="line-height: 150%; margin-top: 0; margin-bottom: 0"> </div>
<table cellSpacing="0" cellPadding="0" width="100%" border="0" id="table50">
	<tr>
		<td vAlign="top">
		<div align="left">
			<p style="margin-top: 0; margin-bottom: 0"><b><span
class="link">
			<font face="Arial,Helvetica" size="3">
			<a href="http://www.iuoe.org/index.asp"><font
color="#FFCC00">
			International Union Of Operating
Engineers</font></a></font></span></b></p>
			<p style="margin-top: 0; margin-bottom: 0"> </p>
			<p style="margin-top: 0; margin-bottom: 0"> </p>
			<p style="margin-top: 0; margin-bottom: 0"><b>
			<font face="Arial,Helvetica" size="3"><span class="link">
			<a target="_blank" href="http://www.buildingtrades.org">
			<font color="#FFCC00">Building and Construction Trades
Department</font></a><font color="#FFCC00"><br>
 </font></span></font></b></p>
			<p style="margin-top: 0; margin-bottom: 0"> </p>
			<p style="margin-top: 0; margin-bottom: 0"><b>
			<font face="Arial,Helvetica" size="3">
			<a target="_blank" href="http://www.CPWR.com"><span
class="link">
			<font color="#FFCC00">Center to Protect Workers
Rights</font></span></a></font></b></p>
			<p style="margin-top: 0; margin-bottom: 0"> </p>
			<p style="margin-top: 0; margin-bottom: 0"> </p>
			<p style="margin-top: 0; margin-bottom: 0"><span
class="link"><b>
			<font face="Arial,Helvetica" size="3" color="#FFCC00">
			<a target="_blank" href="http://www.iiiffc.org">
			<font color="#FFCC00">Indiana, Illinois, Iowa Foundation For
Fair
			Contracting</font></a></font></b></span><b><font
face="Arial,Helvetica" size="3"><span class="link"><font color="#FFCC00"><a
target="_blank" href="http://www.csc-ca.org/"><br>
 </a></font></span></font></b></p>
			<p style="margin-top: 0; margin-bottom: 0"> </p>
			<p style="margin-top: 0; margin-bottom: 0"><b>
			<font face="Arial,Helvetica" size="3">
			<a target="_blank" href="http://www.Dadsday.org"><span
class="link">
			<font color="#FFCC00">Dollars Against
Diabetes</font></span></a></font></b></p>
			<p style="margin-top: 0; margin-bottom: 0"><b>
			<font face="Arial,Helvetica" size="3">
			<a target="_blank" href="http://www.drinet.org"><span
class="link">
			<font color="#FFCC00"><br>
 </font></span></a></font></b></p>
			<p style="margin-top: 0; margin-bottom: 0"><b>
			<font face="Arial,Helvetica" size="3">
			<a target="_blank" href="http://www.helmetstohardhats.com/">
			<span class="link"><font color="#FFCC00">Helmets to
Hardhats<br>
			<br>
 </font></span></a></font></b></p>
			<p style="margin-top: 0; margin-bottom: 0"><b>
```

```
                         <font face="Arial,Helvetica" size="3">
                         <a target="_blank" href="http://www.nccmp.org"><span
class="link">
                         <font color="#FFCC00">National Coordinating Committee for
                         Multiemployer Plans<br>
                         <br>
 </font></span></a></font></b></p>
                         <p style="margin-top: 0; margin-bottom: 0"><b>
                         <font face="Arial,Helvetica" size="3">
                         <a target="_blank"
href="http://www.nationalcontractors.org">
                         <span class="link"><font color="#FFCC00">North American
Contractors
                         Association<br>
                         <br>
 </font></span></a></font></b></p>
                         <p style="margin-top: 0; margin-bottom: 0"><b>
                         <a target="_blank" href="http://www.unionlabel.org">
                         <span class="link"><font size="3" color="#FFCC00">Union
Label<br>
                         <br>
 </font></span></a></b></p>
                         <p style="margin-top: 0; margin-bottom: 0"><b>
                         <a target="_blank" href="http://www.utilimo.com/">
                         <span class="link"><font size="3" color="#FFCC00">Union
                         Transportation</font></span></a></b></div>
                </td>
        </tr>
</table>
 <!-- #EndEditable --></td>
                     <td width="10"> </td>
                   </tr>
                 </table></td>
                                                                 </tr>
                                                         </table>
                                                 </td>
                                                 <td width="200" valign="top">
                                                 <table border="0" style="border-collapse:
collapse" width="100%" id="table3" cellpadding="0">
                                                         <tr>
                                                                 <td height="25"> </td>
                                                         </tr>
                                                         <tr>
                                                                 <td height="30"
align="center" valign="top">
 </td>
                                                         </tr>
                                                         <tr>
                                                                 <td>
                                                                 <table border="0"
style="border-collapse: collapse" width="100%" id="table4" cellpadding="0">
                                                                         <tr>
                                                                                 <td>
                                                                                 <table
border="0" style="border-collapse: collapse" width="100%" id="table5"
cellpadding="0">
                                                                                         <tr>

<td width="10" height="10" class="boxMain-1">

<img border="0" src="graphics/boxmain-1.jpg" width="10" height="10"></td>

<td height="10" class="boxMain-2">
```

```
        </table></td>
        <td width="50" valign="top" class="cbox4">
                <img src="graphics/cbox3.jpg" width="50" height="147"><img
src="graphics/cbox4.jpg" width="50" height="30"><br></td>
        <td width="10"> </td>
      </tr>
    </table></td>
  </tr>
  <tr>
    <td height="30"><table width="100%" height="30"  border="0" cellpadding="0"
cellspacing="0">
      <tr>
        <td width="9"> </td>
        <td width="200" class="m3">
<!--Start Favorites-->
<a href="javascript:bookmark()">
<img border="0" src="graphics/favorites.jpg" width="200" height="27"></a>
<!--End Favorites-->
        </td>
        <td width="20" class="cbox7"> </td>
        <td class="cbox6" align="center"> </td>
        <td width="50" class="cbox5"> </td>
        <td width="10"> </td>
      </tr>
    </table></td>
  </tr>
  <tr>
    <td height="80" valign="bottom"><table width="100%" height="80"  border="0"
cellpadding="0" cellspacing="0" class="b1">
      <tr>
        <td valign="bottom" class="b2" align="center">
                <object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000"
id="obj4"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="250" height="61">
                        <param name="movie" value="flash/icons.swf">
                        <param name="quality" value="High">
                        <param name="wmode" value="transparent">
                        <embed src="flash/icons.swf"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj4" width="250" height="61"
quality="High" wmode="transparent"></object>
                </td>
      </tr>
    </table></td>
  </tr>
</table>
<p align="center">
<!--Start Copyright-->
</p>
<div class='bottomLinks'>
<p align="center">
<!--webbot bot="Navigation" S-Orientation="horizontal" S-Rendering="html"
S-Bar="Bars" S-Btn-Nml="&lt;A HREF=&quot;#URL#&quot; TARGET=&quot;#TARGET#&quot;
STYLE=&quot;{text-decoration: none;}&quot;&gt;#LABEL#&lt;/A&gt;" S-Btn-Sel="#LABEL#"
S-Btn-Sep="&amp;nbsp;|&amp;nbsp;" S-Type="top" B-Include-Home="FALSE"
B-Include-Up="FALSE" startspan --><nobr><A HREF="home.htm" TARGET=""
STYLE="{text-decoration: none;}">Home</A></nobr> | <nobr><A
HREF="about_us.htm" TARGET="" STYLE="{text-decoration:
none;}">About Us</A></nobr> | <nobr><A HREF="Districts1.htm"
TARGET="" STYLE="{text-decoration: none;}">Districts</A></nobr> | <nobr><A
HREF="apprenticeship.htm" TARGET="" STYLE="{text-decoration:
none;}">Apprenticeship</A></nobr> | <nobr><A HREF="MOE.htm" TARGET=""
```

```
STYLE="{text-decoration: none;}">MOE</A></nobr> | <nobr><A
HREF="moe%20Credit%20union.htm" TARGET="" STYLE="{text-decoration:
none;}">MOE Credit Union</A></nobr> | <nobr>Links</nobr> |&
nbsp;<nobr><A HREF="how%20do%20i%20join.htm" TARGET="" STYLE="{text-decoration:
none;}">How do I Join?</A></nobr> | <nobr><A
HREF="contact_us.htm" TARGET="" STYLE="{text-decoration:
none;}">Contact Us</A></nobr><!--webbot bot="Navigation" i-checksum="58041"
endspan --></p>
<p align="center">

<span class="copyright">Copyright &copy; 2006. Local 150. All rights
reserved.</span></div>
                                        </body>
<!-- #EndTemplate -->
</html>
```