contact_us[1]

```
<html>
<!-- #BeginTemplate "template.dwt" -->
<head>
<!-- #BeginEditable "doctitle" -->
<title>Contact Us</title>
<!-- #EndEditable -->
<meta name="DWT Version" content="1.00"> <!-- mm.dd.yy / Initial Release -->
<LINK REV="Made" HREF="http://www.YOURName.com">
<meta http-equiv="Content-Language" content="en-us">
<meta http-equiv="Content-Type" content="text/html; charset=windows-1252">
<script src="javascript/special_functions.js" language="JavaScript"
type="text/javascript"></script>
<script type="text/javascript" src="javascript/anylinkv.js"></script>
<link rel="stylesheet" type=text/css href="styles/stylesheet.css">
<link rel="stylesheet" type="text/css" href="styles/anylink.css" />
<script type="text/javascript" src="javascript/anylink.js">
/***********************************************
* AnyLink CSS Menu script- © Dynamic Drive DHTML code library (www.dynamicdrive.com)
* This notice MUST stay intact for legal use
* Visit Dynamic Drive at http://www.dynamicdrive.com/ for full source code
***********************************************/
</script>
<meta name="Microsoft Theme" content="none">
</head>

<body leftmargin="0" topmargin="0" rightmargin="0" bottommargin="0" marginwidth="0"
marginheight="0" class="bg">
<table width="100%"  border="0" cellspacing="0" cellpadding="0">
  <tr>
    <td height="84" valign="top"><table width="100%" height="84"  border="0"
cellpadding="0" cellspacing="0" class="t1">
      <tr>
        <td class="t2" align="center" valign="top">
                <object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000"
id="obj2"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="760" height="84">
                        <param name="movie" value="flash/top.swf">
                        <param name="quality" value="High">
                        <param name="wmode" value="transparent">
                        <param name="base" value="./">
                        <embed src="flash/top.swf" base="./"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj2" width="760" height="84"
quality="High" wmode="transparent"></object>
                </td>
      </tr>
    </table></td>
  </tr>
  <tr>
    <td height="22"><table width="100%" height="22"  border="0" cellpadding="0"
cellspacing="0" class="h1">
      <tr>
        <td valign="top">

         </td>
      </tr>
    </table></td>
  </tr>
  <tr>
    <td height="31">
```

EXHIBIT B 2

```
    <p align="center"> </td>
  </tr>
  <tr>
    <td height="400" valign="top"><table width="100%" height="400"  border="0"
cellpadding="0" cellspacing="0">
      <tr>
        <td width="9"> </td>
        <td width="200" valign="top" class="m2"><table width="200" border="0"
cellspacing="0" cellpadding="0">
          <tr>
            <td height="117" width="200" class="menu1">
                        <object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000"
id="obj3"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="200" height="117">
                                <param name="movie"
value="flash/template-images.swf">
                                <param name="quality" value="High">
                                <param name="wmode" value="transparent">
                                <param name="base" value="./">
                                <embed src="flash/template-images.swf" base="./"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj3" width="200" height="117"
quality="High" wmode="transparent"></object>
                        </td>
          </tr>
          <tr>
            <td></td>
          </tr>
          <tr>
            <td align="center"> </td>
          </tr>
          <tr>
            <td>
<!--Start Main Navigation-->
<span class="navigatetitle">Main Navigation</span>
<!--End Main Navigation-->
<p>
<!--webbot bot="Navigation" S-Orientation="vertical" S-Rendering="graphics"
S-Theme="nightvisionpatriotic 0010" S-Type="top" B-Include-Home="FALSE"
B-Include-Up="FALSE" startspan --><script language="JavaScript"><!--
MSFPhover =
  (((navigator.appName == "Netscape") &&
  (parseInt(navigator.appVersion) >= 3 )) ||
  ((navigator.appName == "Microsoft Internet Explorer") &&
  (parseInt(navigator.appVersion) >= 4 )));
function MSFPpreload(img)
{
  var a=new Image(); a.src=img; return a;
}
// --></script><script language="JavaScript"><!--
if(MSFPhover) {
MSFPnav1n=MSFPpreload("_derived/welcome.htm_cmp_nightvisionpatriotic010_vbtn.gif");
MSFPnav1h=MSFPpreload("_derived/welcome.htm_cmp_nightvisionpatriotic010_vbtn_a.gif")
; }
// --></script><a href="welcome.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav1'].src=MSFPnav1h.src"
onmouseout="if(MSFPhover) document['MSFPnav1'].src=MSFPnav1n.src"><img
src="_derived/welcome.htm_cmp_nightvisionpatriotic010_vbtn.gif" width="200"
height="30" border="0" alt="Welcome" name="MSFPnav1"></a><br><script
language="JavaScript"><!--
if(MSFPhover) {
MSFPnav2n=MSFPpreload("_derived/about_team150.htm_cmp_nightvisionpatriotic010_vbtn.g
```

```
if");
MSFPnav2h=MSFPpreload("_derived/about_team150.htm_cmp_nightvisionpatriotic010_vbtn_a
.gif"); }
// --></script><a href="about_team150.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav2'].src=MSFPnav2h.src"
onmouseout="if(MSFPhover) document['MSFPnav2'].src=MSFPnav2n.src"><img
src="_derived/about_team150.htm_cmp_nightvisionpatriotic010_vbtn.gif" width="200"
height="30" border="0" alt="About TEAM 150" name="MSFPnav2"></a><br><script
language="JavaScript"><!--
if(MSFPhover) { MSFPnav3n=MSFPpreload("_derived/districts
reports.htm_cmp_nightvisionpatriotic010_vbtn.gif");
MSFPnav3h=MSFPpreload("_derived/districts
reports.htm_cmp_nightvisionpatriotic010_vbtn_a.gif"); }
// --></script><a href="districts%20reports.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav3'].src=MSFPnav3h.src"
onmouseout="if(MSFPhover) document['MSFPnav3'].src=MSFPnav3n.src"><img
src="_derived/districts%20reports.htm_cmp_nightvisionpatriotic010_vbtn.gif"
width="200" height="30" border="0" alt="District Reports"
name="MSFPnav3"></a><br><script language="JavaScript"><!--
if(MSFPhover) { MSFPnav4n=MSFPpreload("_derived/TEAM
FAQ's.htm_cmp_nightvisionpatriotic010_vbtn.gif");
MSFPnav4h=MSFPpreload("_derived/TEAM
FAQ's.htm_cmp_nightvisionpatriotic010_vbtn_a.gif"); }
// --></script><a href="TEAM%20FAQ's.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav4'].src=MSFPnav4h.src"
onmouseout="if(MSFPhover) document['MSFPnav4'].src=MSFPnav4n.src"><img
src="_derived/TEAM%20FAQ's.htm_cmp_nightvisionpatriotic010_vbtn.gif" width="200"
height="30" border="0" alt="TEAM FAQ's" name="MSFPnav4"></a><br><script
language="JavaScript"><!--
if(MSFPhover) {
MSFPnav5n=MSFPpreload("_derived/photo_gallery.htm_cmp_nightvisionpatriotic010_vbtn.g
if");
MSFPnav5h=MSFPpreload("_derived/photo_gallery.htm_cmp_nightvisionpatriotic010_vbtn_a
.gif"); }
// --></script><a href="photo_gallery.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav5'].src=MSFPnav5h.src"
onmouseout="if(MSFPhover) document['MSFPnav5'].src=MSFPnav5n.src"><img
src="_derived/photo_gallery.htm_cmp_nightvisionpatriotic010_vbtn.gif" width="200"
height="30" border="0" alt="Photo Gallery" name="MSFPnav5"></a><br><script
language="JavaScript"><!--
if(MSFPhover) { MSFPnav6n=MSFPpreload("_derived/support TEAM
150.htm_cmp_nightvisionpatriotic010_vbtn.gif");
MSFPnav6h=MSFPpreload("_derived/support TEAM
150.htm_cmp_nightvisionpatriotic010_vbtn_a.gif"); }
// --></script><a href="support%20TEAM%20150.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav6'].src=MSFPnav6h.src"
onmouseout="if(MSFPhover) document['MSFPnav6'].src=MSFPnav6n.src"><img
src="_derived/support%20TEAM%20150.htm_cmp_nightvisionpatriotic010_vbtn.gif"
width="200" height="30" border="0" alt="Support TEAM 150"
name="MSFPnav6"></a><br><script language="JavaScript"><!--
if(MSFPhover) {
MSFPnav7n=MSFPpreload("_derived/links.htm_cmp_nightvisionpatriotic010_vbtn.gif");
MSFPnav7h=MSFPpreload("_derived/links.htm_cmp_nightvisionpatriotic010_vbtn_a.gif");
}
// --></script><a href="links.htm" language="JavaScript" onmouseover="if(MSFPhover)
document['MSFPnav7'].src=MSFPnav7h.src" onmouseout="if(MSFPhover)
document['MSFPnav7'].src=MSFPnav7n.src"><img
src="_derived/links.htm_cmp_nightvisionpatriotic010_vbtn.gif" width="200"
height="30" border="0" alt="TEAM Links" name="MSFPnav7"></a><br><script
language="JavaScript"><!--
if(MSFPhover) { MSFPnav8n=MSFPpreload("_derived/TEAM
Calender.htm_cmp_nightvisionpatriotic010_vbtn.gif");
MSFPnav8h=MSFPpreload("_derived/TEAM
```

```
Calender.htm_cmp_nightvisionpatriotic010_vbtn_a.gif"); }
// --></script><a href="TEAM%20Calender.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav8'].src=MSFPnav8h.src"
onmouseout="if(MSFPhover) document['MSFPnav8'].src=MSFPnav8n.src"><img
src="_derived/TEAM%20Calender.htm_cmp_nightvisionpatriotic010_vbtn.gif" width="200"
height="30" border="0" alt="TEAM Calendar" name="MSFPnav8"></a><br><script
language="JavaScript"><!--
if(MSFPhover) { MSFPnav9n=MSFPpreload("_derived/TEAM
News.htm_cmp_nightvisionpatriotic010_vbtn.gif");
MSFPnav9h=MSFPpreload("_derived/TEAM
News.htm_cmp_nightvisionpatriotic010_vbtn_a.gif"); }
// --></script><a href="TEAM%20News.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav9'].src=MSFPnav9h.src"
onmouseout="if(MSFPhover) document['MSFPnav9'].src=MSFPnav9n.src"><img
src="_derived/TEAM%20News.htm_cmp_nightvisionpatriotic010_vbtn.gif" width="200"
height="30" border="0" alt="TEAM News" name="MSFPnav9"></a><br><img
src="_derived/contact_us.htm_cmp_nightvisionpatriotic010_vbtn_p.gif" width="200"
height="30" border="0" alt="Contact Us"><!--webbot bot="Navigation"
i-checksum="30014" endspan --><br></br>
</p>
<div align="center"><img src="graphics/m-divider.jpg" width="200" height="1"></div>
            </td>
          </tr>
          <tr>
            <td>

<!-- BEGIN VERTICAL MENU-->

            </td>
          </tr>
          <tr>
            <td align="center">

<!--Start Google Search-->
<table height=25 cellpadding=0 cellspacing=0 border=0 width=100>
<FORM target="_blank" name='searchForm' method=GET
action="http://www.google.com/search">
<!-- SiteSearch Google -->
<input type=hidden name=ie value=UTF-8>
<input type=hidden name=oe value=UTF-8>
<input type=hidden name=btnG VALUE="Google Search">
<input type=hidden name=domains value="www.yourweb.com">    <!-- change the value to
your domain name. example:  www.yourweb.com change to www.i3dthemes.com -->
<input type=hidden name=sitesearch value="www.yourweb.com"> <!-- change the value to
your domain name. example:  www.yourweb.com change to www.i3dthemes.com -->
<!-- SiteSearch Google -->
  <tr>
    <td width=151><INPUT class='search_input' TYPE=text name=q size=15 maxlength=255
value=""></td>
    <td width=74 align=center><input type=image src="graphics/search.jpg" width="60"
height="20"></td>
  </tr>
  </form>
</table>
<!--End Google Search--></td>
          </tr>
        </table>          </td>
        <td width="20" valign="top" class="cbox8">
                <img src="graphics/cbox1.jpg" width="20" height="147"></td>
        <td valign="top" class="cboxbg"><table width="100%" height="400"  border="0"
cellpadding="0" cellspacing="0" class="cbox2">
          <tr>
            <td valign="top">
```

```
                         <table border="0" style="border-collapse: collapse"
width="100%" id="table2" height="400" cellpadding="0">
                                 <tr>
                                         <td valign="top">
                                         <table border="0" style="border-collapse:
collapse" width="100%" id="table7" cellpadding="0">
                                                 <tr>
                                                         <td style="font-family:
Tahoma; font-size: 11pt; color: #D3CDAB">
                                                          <p> </td>
                                                 </tr>
                                                 <tr>
                                                         <td>
                                                         <table width="100%"
height="235" border="0" cellpadding="0" cellspacing="0" id="table49">
                <tr>
                  <td width="15"> </td>
                  <td valign="top">

<!-- #BeginEditable "body" -->

<table border="0" style="border-collapse: collapse" width="100%" id="table58"
cellpadding="0" height="100%">
        <tr>
                <td width="10" valign="top"> </td>
                <td valign="top"  class="boxText3">
                <p style="MARGIN-TOP: 0px; MARGIN-BOTTOM: 0px" align="center">
                <font face="Arial Black" color="#0000ff" size="5">CONTACT </font>
                <font face="Arial Black" color="#ff0000" size="5">TEAM
150</font></p>
                <p style="MARGIN-TOP: 0px; MARGIN-BOTTOM: 0px" align="center">
                <font face="Arial Black" size="6" color="#0000FF">
                <a style="color: #0000FF; text-decoration:underline"
href="mailto:TEAM150@verizon.net?subject=TEAM 150 Web Site">
                TEAM150@VERIZON.NET</a></font><br>
                <font color="#0000FF">No strings attached.  If you would just
like to be
                added to our electronic mailings regarding campaign issues and or
future
                events in your area, just click on the </font>
                <a style="color: blue; text-decoration: underline; text-underline:
single" href="mailto:team150@verizon.net">
                team150@verizon.net</a><font color="#0000FF"> email link and click
                send.  A blank email is all that is required.</font></p>
                <p style="MARGIN-TOP: 0px; MARGIN-BOTTOM: 0px" align="center">
                <font face="Arial Black" size="5" color="#FF0000">or at</font><font
face="Arial Black" size="6" color="#FF0000"> </font>
                <img height="80" src="bs01783_.jpg" width="80" border="0"><font
face="Arial Black" size="6" color="#FF0000">
                </font></p>
                <p style="MARGIN-TOP: 0px; MARGIN-BOTTOM: 0px" align="center">
                <font size="5" color="#0000FF">Team 150 Party</font></p>
                <p style="MARGIN-TOP: 0px; MARGIN-BOTTOM: 0px" align="center">
                <font size="5" color="#0000FF">PO Box 5038</font></p>
                <p style="MARGIN-TOP: 0px; MARGIN-BOTTOM: 0px" align="center">
                <font size="5" color="#0000FF">   Woodridge, IL
60517-9998</font></p>
                <p style="MARGIN-TOP: 0px; MARGIN-BOTTOM: 0px" align="center">
                <object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000"
id="obj7"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="332" height="183"><script type="text/javascript"
src="ieupdate.js"></script><script type="text/javascript"
```

```
src="ieupdate.js"></script>
                        <param name="movie" value="TEAM 150 Flag.swf">
                        <param name="quality" value="High">
                        <embed src="TEAM%20150%20Flag.swf"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj7" width="332"
height="183"></object><script type="text/javascript" src="ieupdate.js"></script>

                </p>
                <p style="MARGIN-TOP: 0px; MARGIN-BOTTOM: 0px" align="center">
                 </p>
                <p style="MARGIN-TOP: 0px; MARGIN-BOTTOM: 0px" align="center">
                <i><u><b>
                <font color="#FF0000" size="4"><a href="HelpForm.htm"><u>
                <font color="#FF0000">TEAM 150 Volunteers Click
Here</font></u></a></font></b></u></i></p>
                <p style="MARGIN-TOP: 0px; MARGIN-BOTTOM: 0px" align="center">
                 </p>
                <p align="center" style="margin-top: 0; margin-bottom: 0"><font
face="Arial Black" color="#0000ff">Thank you for
                taking the time to visit this website. <br>
                Questions or comments regarding it's contents can be directed
to: 
                <a href="mailto:questions@150election.com"><font color="#FF0000">
                questions@150election.com</font></a></font></p>
                <p align="center" style="margin-top: 0; margin-bottom: 0">
                <font face="Arial Black" color="#0000FF">or call us at
1-815-729-9504 
                FAX 815-730-9501</font></p>
                <p align="center" style="margin-top: 0; margin-bottom: 0">
                 </p>
                <p align="center" style="margin-top: 0; margin-bottom: 0">
                <img border="0" src="starbar.gif" width="447" height="17"></p>
                <p align="center" style="margin-top: 0; margin-bottom: 0">
                 </p>
                <p align="center" style="margin-top: 0; margin-bottom: 0">
                <font face="Arial Black" color="#0000FF">If you would like to be put
on
                a TEAM 150 email alert  list please fill out our </font><u>
                <font face="Arial Black" color="#FF0000"><a href="HelpForm.htm">
                <font color="#FF0000"><u>TEAM 150
Volunteers</u></font></a></font></u><font face="Arial Black" color="#0000FF">
                form and we will email you whenever the site changes or important
                updates arise.</font></p>
                <p style="MARGIN-TOP: 0px; MARGIN-BOTTOM: 0px"
align="center"> </td>
        </tr>
</table>

                                        <!-- #EndEditable --></td>
                    <td width="10"> </td>
                  </tr>
                </table></td>
                                                        </tr>
                                                </table>
                                        </td>
                                        <td width="200" valign="top">
                                        <table border="0" style="border-collapse:
collapse" width="100%" id="table3" cellpadding="0">
                                                <tr>
                                                        <td height="25">
                                                        <p
```

```
align="center"> </td>
                                    </tr>
                                    <tr>
                                          <td height="30"
align="center" valign="top">
 <p style="margin-top: 0; margin-bottom: 0"> </p>
<p style="margin-top: 0; margin-bottom: 0"><b><font color="#0000FF" size="3">Keep
your eyes on this scroller for up to
the minute news from TEAM 150</font></b></p>
<p style="margin-top: 0; margin-bottom: 0"> </p></td>
                                    </tr>
                                    <tr>
                                          <td>
                                          <table border="0"
style="border-collapse: collapse" width="100%" id="table4" cellpadding="0">
                                                <tr>
                                                      <td>
                                                      <table
border="0" style="border-collapse: collapse" width="100%" id="table5"
cellpadding="0">
                                                            <tr>

<td width="10" height="10" class="boxMain-1">

<img border="0" src="graphics/boxmain-1.jpg" width="9" height="10"></td>

<td height="10" class="boxMain-2">

<img border="0" src="graphics/boxmain-2.jpg" width="10" height="10"></td>

<td width="12" height="10" class="boxMain-3">

<img border="0" src="boxmain-3.jpg" width="12" height="10"></td>

</tr>
                                                            <tr>

<td width="10" class="boxMain-8"> </td>

<td class="boxMain-bg">
<!--Start Scroller Script-->
<!-- TO REMOVE THE SCROLLER, DELETE THE FOLLOWING TWO LINES -->
<script>var iframesrc="scroller_content.htm"</script>
<script langauge="javascript" src="javascript/scroller.js"></script>
<!-- TO EDIT THE SCROLLER, EDIT THE iframe_content.htm PAGE -->
<!--End Scroller Script-->

</td>

<td width="12" class="boxMain-4"> </td>

</tr>
                                                            <tr>

<td width="10" height="18" class="boxMain-7"></td>

<td height="18" class="boxMain-6" align="right" style="font-size: 8pt; font-family:
Tahoma; font-variant: small-caps; color: #D7D9BB">

<font color="#D7D9BB">more&gt;</font></td>
```

```
<td width="12" height="18" class="boxMain-5"></td>

</tr>
                                                                        </table>
                                                                        </td>
                                                                </tr>
                                                                <tr>
                                                                        <td
align="center"> </td>
                                                                </tr>
                                                        </table>
                                                        </td>
                                                </tr>
                                                <tr>
                                                        <td>
                                                        <p align="center">
                                                        <img border="0"
src="091101-01-200.gif" width="129" height="138"></td>
                                                </tr>
                                        </table>
                                        <p>
<object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000" id="obj5"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="193" height="137">
        <param name="movie" value="Forward Clock.swf">
        <param name="quality" value="High">
        <embed src="Forward%20Clock.swf"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj5" width="193" height="137"></object>
                                        </td>
                                </tr>
                                <tr>
                                        <td valign="top"> </td>
                                        <td width="200" valign="top">
                                         <p style="margin-top: 0;
margin-bottom: 0" align="center">
                                         </p>
                                        <p style="margin-top: 0; margin-bottom: 0"
align="center">
                                         </p>
                                        <p style="margin-top: 0; margin-bottom: 0"
align="center">
                                         </p>
                                        <p style="margin-top: 0; margin-bottom: 0"
align="center">
                                         </p>
                                        <p style="margin-top: 0; margin-bottom: 0"
align="center">
                                         </p>
                                        <p style="margin-top: 0; margin-bottom: 0"
align="center">
                                         </p>
                                        <p style="margin-top: 0; margin-bottom: 0"
align="center">
                                         </p>
                                        <p style="margin-top: 0; margin-bottom: 0"
align="center">
                                         </p>
                                        <p style="margin-top: 0; margin-bottom: 0"
align="center">
```

```
                                         </p>
                                        <p style="margin-top: 0; margin-bottom: 0"
align="center">
                                        <b><font size="3" color="#0000FF">You may
now call TEAM 150
                                        at</font></b></p>
                                        <p style="margin-top: 0; margin-bottom: 0"
align="center">
                                        <b><font size="3"
color="#0000FF">815-729-9504</font></b><p style="margin-top: 0; margin-bottom: 0"
align="center">
                                        <font size="3" color="#0000FF"><b>FAX
815-730-9501</b></font></td>
                                </tr>
                        </table>
                        </td>
          </tr>
        </table></td>
        <td width="50" valign="top" class="cbox4">
                <img src="graphics/cbox3.jpg" width="50" height="147"><img
src="graphics/cbox4.jpg" width="50" height="30"><br></td>
        <td width="10"> </td>
      </tr>
    </table></td>
  </tr>
  <tr>
    <td height="30"><table width="100%" height="30"  border="0" cellpadding="0"
cellspacing="0">
      <tr>
        <td width="9"> </td>
        <td width="200" class="m3">
<!--Start Favorites-->
<a href="javascript:bookmark()">
<img border="0" src="graphics/favorites.jpg" width="200" height="27"></a>
<!--End Favorites-->
        </td>
        <td width="20" class="cbox7"> </td>
        <td class="cbox6" align="center"> </td>
        <td width="50" class="cbox5"> </td>
        <td width="10"> </td>
      </tr>
    </table></td>
  </tr>
  <tr>
    <td height="80" valign="bottom"><table width="100%" height="80"  border="0"
cellpadding="0" cellspacing="0" class="b1">
      <tr>
        <td valign="bottom" class="b2" align="center">
                <object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000"
id="obj4"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="250" height="61">
                        <param name="movie" value="flash/icons.swf">
                        <param name="quality" value="High">
                        <param name="wmode" value="transparent">
                        <embed src="flash/icons.swf"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj4" width="250" height="61"
quality="High" wmode="transparent"></object>
                </td>
      </tr>
    </table></td>
  </tr>
```

```
</table>
<p align="center">
<!--Start Copyright-->
</p>
<div class='bottomLinks'>
<p align="center" style="margin-top: 0; margin-bottom: 0">
<!--webbot bot="Navigation" S-Orientation="horizontal" S-Rendering="html"
S-Bar="Bars" S-Btn-Nml="&lt;A HREF=&quot;#URL#&quot; TARGET=&quot;#TARGET#&quot;
STYLE=&quot;{text-decoration: none;}&quot;&gt;#LABEL#&lt;/A&gt;" S-Btn-Sel="#LABEL#"
S-Btn-Sep="&amp;nbsp;|&amp;nbsp;" S-Type="top" B-Include-Home="FALSE"
B-Include-Up="FALSE" startspan --><nobr><A HREF="welcome.htm" TARGET=""
STYLE="{text-decoration: none;}">Welcome</A></nobr> | <nobr><A
HREF="about_team150.htm" TARGET="" STYLE="{text-decoration:
none;}">About TEAM 150</A></nobr> | <nobr><A
HREF="districts%20reports.htm" TARGET="" STYLE="{text-decoration:
none;}">District Reports</A></nobr> | <nobr><A
HREF="TEAM%20FAQ%27s.htm" TARGET="" STYLE="{text-decoration:
none;}">TEAM FAQ&#39;s</A></nobr> | <nobr><A HREF="photo_gallery.htm"
TARGET="" STYLE="{text-decoration:
none;}">Photo Gallery</A></nobr> | <nobr><A
HREF="support%20TEAM%20150.htm" TARGET="" STYLE="{text-decoration:
none;}">Support TEAM 150</A></nobr> | <nobr><A HREF="links.htm"
TARGET="" STYLE="{text-decoration:
none;}">TEAM Links</A></nobr> | <nobr><A HREF="TEAM%20Calender.htm"
TARGET="" STYLE="{text-decoration:
none;}">TEAM Calendar</A></nobr> | <nobr><A HREF="TEAM%20News.htm"
TARGET="" STYLE="{text-decoration:
none;}">TEAM News</A></nobr> | <nobr>Contact Us</nobr><!--webbot
bot="Navigation" i-checksum="43543" endspan --></p>
<p align="center" style="margin-top: 0; margin-bottom: 0">
<font color="#FFFFFF" size="1">This website is Operated and managed by dues
paying local 150 operating engineers</font></p>
<p align="center" style="margin-top: 0; margin-bottom: 0">

<span class="copyright"><font color="#FFFFFF">Copyright &copy; 2006. TEAM 150. All
rights reserved.</font></span></div>
                                              </body>
<!-- #EndTemplate -->
</html>
```

```
<html>
<!-- #BeginTemplate "template.dwt" -->
<head>
<!-- #BeginEditable "doctitle" -->
<title>District Reports</title>
<!-- #EndEditable -->
<meta name="DWT Version" content="1.00"> <!-- mm.dd.yy / Initial Release -->
<LINK REV="Made" HREF="http://www.YOURName.com">
<meta http-equiv="Content-Language" content="en-us">
<meta http-equiv="Content-Type" content="text/html; charset=windows-1252">
<script src="javascript/special_functions.js" language="JavaScript"
type="text/javascript"></script>
<script type="text/javascript" src="javascript/anylinkv.js"></script>
<link rel="stylesheet" type=text/css href="styles/stylesheet.css">
<link rel="stylesheet" type="text/css" href="styles/anylink.css" />
<script type="text/javascript" src="javascript/anylink.js">
/***********************************************
* AnyLink CSS Menu script- © Dynamic Drive DHTML code library (www.dynamicdrive.com)
* This notice MUST stay intact for legal use
* Visit Dynamic Drive at http://www.dynamicdrive.com/ for full source code
***********************************************/
</script>
<meta name="Microsoft Theme" content="none">
</head>

<body leftmargin="0" topmargin="0" rightmargin="0" bottommargin="0" marginwidth="0"
marginheight="0" class="bg">
<table width="100%"  border="0" cellspacing="0" cellpadding="0">
  <tr>
    <td height="84" valign="top"><table width="100%" height="84"  border="0"
cellpadding="0" cellspacing="0" class="t1">
      <tr>
        <td class="t2" align="center" valign="top">
                <object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000"
id="obj2"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="760" height="84">
                        <param name="movie" value="flash/top.swf">
                        <param name="quality" value="High">
                        <param name="wmode" value="transparent">
                        <param name="base" value="./">
                        <embed src="flash/top.swf" base="./"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj2" width="760" height="84"
quality="High" wmode="transparent"></object>
                </td>
      </tr>
    </table></td>
  </tr>
  <tr>
    <td height="22"><table width="100%" height="22"  border="0" cellpadding="0"
cellspacing="0" class="h1">
      <tr>
        <td valign="top">

         </td>
      </tr>
    </table></td>
  </tr>
  <tr>
    <td height="31">
```

```
    <p align="center"> </td>
  </tr>
  <tr>
    <td height="400" valign="top"><table width="100%" height="400"  border="0"
cellpadding="0" cellspacing="0">
      <tr>
        <td width="9"> </td>
        <td width="200" valign="top" class="m2"><table width="200" border="0"
cellspacing="0" cellpadding="0">
          <tr>
            <td height="117" width="200" class="menu1">
                        <object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000"
id="obj3"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="200" height="117">
                                <param name="movie"
value="flash/template-images.swf">
                                <param name="quality" value="High">
                                <param name="wmode" value="transparent">
                                <param name="base" value="./">
                                <embed src="flash/template-images.swf" base="./"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj3" width="200" height="117"
quality="High" wmode="transparent"></object>
                        </td>
          </tr>
          <tr>
            <td></td>
          </tr>
          <tr>
            <td align="center"> </td>
          </tr>
          <tr>
            <td>
<!--Start Main Navigation-->
<span class="navigatetitle">Main Navigation</span>
<!--End Main Navigation-->
<p>
<!--webbot bot="Navigation" S-Orientation="vertical" S-Rendering="graphics"
S-Theme="nightvisionpatriotic 0010" S-Type="top" B-Include-Home="FALSE"
B-Include-Up="FALSE" startspan --><script language="JavaScript"><!--
MSFPhover =
  (((navigator.appName == "Netscape") &&
  (parseInt(navigator.appVersion) >= 3 )) ||
  ((navigator.appName == "Microsoft Internet Explorer") &&
  (parseInt(navigator.appVersion) >= 4 )));
function MSFPpreload(img)
{
  var a=new Image(); a.src=img; return a;
}
// --></script><script language="JavaScript"><!--
if(MSFPhover) {
MSFPnav1n=MSFPpreload("_derived/welcome.htm_cmp_nightvisionpatriotic010_vbtn.gif");
MSFPnav1h=MSFPpreload("_derived/welcome.htm_cmp_nightvisionpatriotic010_vbtn_a.gif")
; }
// --></script><a href="welcome.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav1'].src=MSFPnav1h.src"
onmouseout="if(MSFPhover) document['MSFPnav1'].src=MSFPnav1n.src"><img
src="_derived/welcome.htm_cmp_nightvisionpatriotic010_vbtn.gif" width="200"
height="30" border="0" alt="Welcome" name="MSFPnav1"></a><br><script
language="JavaScript"><!--
if(MSFPhover) {
MSFPnav2n=MSFPpreload("_derived/about_team150.htm_cmp_nightvisionpatriotic010_vbtn.g
```

```
if");
MSFPnav2h=MSFPpreload("_derived/about_team150.htm_cmp_nightvisionpatriotic010_vbtn_a
.gif"); }
// --></script><a href="about_team150.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav2'].src=MSFPnav2h.src"
onmouseout="if(MSFPhover) document['MSFPnav2'].src=MSFPnav2n.src"><img
src="_derived/about_team150.htm_cmp_nightvisionpatriotic010_vbtn.gif" width="200"
height="30" border="0" alt="About TEAM 150" name="MSFPnav2"></a><br><img
src="_derived/districts%20reports.htm_cmp_nightvisionpatriotic010_vbtn_p.gif"
width="200" height="30" border="0" alt="District Reports"><br><script
language="JavaScript"><!--
if(MSFPhover) { MSFPnav3n=MSFPpreload("_derived/TEAM
FAQ's.htm_cmp_nightvisionpatriotic010_vbtn.gif");
MSFPnav3h=MSFPpreload("_derived/TEAM
FAQ's.htm_cmp_nightvisionpatriotic010_vbtn_a.gif"); }
// --></script><a href="TEAM%20FAQ's.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav3'].src=MSFPnav3h.src"
onmouseout="if(MSFPhover) document['MSFPnav3'].src=MSFPnav3n.src"><img
src="_derived/TEAM%20FAQ's.htm_cmp_nightvisionpatriotic010_vbtn.gif" width="200"
height="30" border="0" alt="TEAM FAQ's" name="MSFPnav3"></a><br><script
language="JavaScript"><!--
if(MSFPhover) {
MSFPnav4n=MSFPpreload("_derived/photo_gallery.htm_cmp_nightvisionpatriotic010_vbtn.g
if");
MSFPnav4h=MSFPpreload("_derived/photo_gallery.htm_cmp_nightvisionpatriotic010_vbtn_a
.gif"); }
// --></script><a href="photo_gallery.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav4'].src=MSFPnav4h.src"
onmouseout="if(MSFPhover) document['MSFPnav4'].src=MSFPnav4n.src"><img
src="_derived/photo_gallery.htm_cmp_nightvisionpatriotic010_vbtn.gif" width="200"
height="30" border="0" alt="Photo Gallery" name="MSFPnav4"></a><br><script
language="JavaScript"><!--
if(MSFPhover) { MSFPnav5n=MSFPpreload("_derived/support TEAM
150.htm_cmp_nightvisionpatriotic010_vbtn.gif");
MSFPnav5h=MSFPpreload("_derived/support TEAM
150.htm_cmp_nightvisionpatriotic010_vbtn_a.gif"); }
// --></script><a href="support%20TEAM%20150.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav5'].src=MSFPnav5h.src"
onmouseout="if(MSFPhover) document['MSFPnav5'].src=MSFPnav5n.src"><img
src="_derived/support%20TEAM%20150.htm_cmp_nightvisionpatriotic010_vbtn.gif"
width="200" height="30" border="0" alt="Support TEAM 150"
name="MSFPnav5"></a><br><script language="JavaScript"><!--
if(MSFPhover) {
MSFPnav6n=MSFPpreload("_derived/links.htm_cmp_nightvisionpatriotic010_vbtn.gif");
MSFPnav6h=MSFPpreload("_derived/links.htm_cmp_nightvisionpatriotic010_vbtn_a.gif");
}
// --></script><a href="links.htm" language="JavaScript" onmouseover="if(MSFPhover)
document['MSFPnav6'].src=MSFPnav6h.src" onmouseout="if(MSFPhover)
document['MSFPnav6'].src=MSFPnav6n.src"><img
src="_derived/links.htm_cmp_nightvisionpatriotic010_vbtn.gif" width="200"
height="30" border="0" alt="TEAM Links" name="MSFPnav6"></a><br><script
language="JavaScript"><!--
if(MSFPhover) { MSFPnav7n=MSFPpreload("_derived/TEAM
Calender.htm_cmp_nightvisionpatriotic010_vbtn.gif");
MSFPnav7h=MSFPpreload("_derived/TEAM
Calender.htm_cmp_nightvisionpatriotic010_vbtn_a.gif"); }
// --></script><a href="TEAM%20Calender.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav7'].src=MSFPnav7h.src"
onmouseout="if(MSFPhover) document['MSFPnav7'].src=MSFPnav7n.src"><img
src="_derived/TEAM%20Calender.htm_cmp_nightvisionpatriotic010_vbtn.gif" width="200"
height="30" border="0" alt="TEAM Calendar" name="MSFPnav7"></a><br><script
language="JavaScript"><!--
if(MSFPhover) { MSFPnav8n=MSFPpreload("_derived/TEAM
```

```
News.htm_cmp_nightvisionpatriotic010_vbtn.gif");
MSFPnav8h=MSFPpreload("_derived/TEAM
News.htm_cmp_nightvisionpatriotic010_vbtn_a.gif"); }
// --></script><a href="TEAM%20News.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav8'].src=MSFPnav8h.src"
onmouseout="if(MSFPhover) document['MSFPnav8'].src=MSFPnav8n.src"><img
src="_derived/TEAM%20News.htm_cmp_nightvisionpatriotic010_vbtn.gif" width="200"
height="30" border="0" alt="TEAM News" name="MSFPnav8"></a><br><script
language="JavaScript"><!--
if(MSFPhover) {
MSFPnav9n=MSFPpreload("_derived/contact_us.htm_cmp_nightvisionpatriotic010_vbtn.gif"
);
MSFPnav9h=MSFPpreload("_derived/contact_us.htm_cmp_nightvisionpatriotic010_vbtn_a.gi
f"); }
// --></script><a href="contact_us.htm" language="JavaScript"
onmouseover="if(MSFPhover) document['MSFPnav9'].src=MSFPnav9h.src"
onmouseout="if(MSFPhover) document['MSFPnav9'].src=MSFPnav9n.src"><img
src="_derived/contact_us.htm_cmp_nightvisionpatriotic010_vbtn.gif" width="200"
height="30" border="0" alt="Contact Us" name="MSFPnav9"></a><!--webbot
bot="Navigation" i-checksum="27316" endspan --><br></br>
</p>
<div align="center"><img src="graphics/m-divider.jpg" width="200" height="1"></div>
          </td>
        </tr>
        <tr>
          <td>

<!-- BEGIN VERTICAL MENU-->

          </td>
        </tr>
        <tr>
          <td align="center">

<!--Start Google Search-->
<table height=25 cellpadding=0 cellspacing=0 border=0 width=100>
<FORM target="_blank" name='searchForm' method=GET
action="http://www.google.com/search">
<!-- SiteSearch Google -->
<input type=hidden name=ie value=UTF-8>
<input type=hidden name=oe value=UTF-8>
<input type=hidden name=btnG VALUE="Google Search">
<input type=hidden name=domains value="www.yourweb.com">    <!-- change the value to
your domain name. example:  www.yourweb.com change to www.i3dthemes.com -->
<input type=hidden name=sitesearch value="www.yourweb.com"> <!-- change the value to
your domain name. example:  www.yourweb.com change to www.i3dthemes.com -->
<!-- SiteSearch Google -->
  <tr>
    <td width=151><INPUT class='search_input' TYPE=text name=q size=15 maxlength=255
value=""></td>
    <td width=74 align=center><input type=image src="graphics/search.jpg" width="60"
height="20"></td>
  </tr>
  </form>
</table>
<!--End Google Search--></td>
        </tr>
      </table>          </td>
      <td width="20" valign="top" class="cbox8">
              <img src="graphics/cbox1.jpg" width="20" height="147"></td>
      <td valign="top" class="cboxbg"><table width="100%" height="400"  border="0"
cellpadding="0" cellspacing="0" class="cbox2">
        <tr>
```

```
            <td valign="top">
                        <table border="0" style="border-collapse: collapse"
width="100%" id="table2" height="400" cellpadding="0">
                                <tr>
                                        <td valign="top">
                                        <table border="0" style="border-collapse:
collapse" width="100%" id="table7" cellpadding="0">
                                                <tr>
                                                        <td style="font-family:
Tahoma; font-size: 11pt; color: #D3CDAB">
                                                         <p> </td>
                                                </tr>
                                                <tr>
                                                        <td>
                                                        <table width="100%"
height="235" border="0" cellpadding="0" cellspacing="0" id="table49">
                    <tr>
                      <td width="15"> </td>
                      <td valign="top">

<!-- #BeginEditable "body" -->

<table border="0" style="border-collapse: collapse" width="100%" id="table58"
cellpadding="0" height="100%">
        <tr>
                <td width="220" valign="top" bgcolor="#D2BE59">
                <table border="0" style="border-collapse: collapse" width="100%"
id="table59" cellpadding="2" cellspacing="2">
                        <tr>
                                <td bgcolor="#ff0000">
                                                <p align="center" style="margin-top:
0; margin-bottom: 0">
                                                 </p>
                                                <p align="center" style="margin-top:
0; margin-bottom: 0">
                                                <span
class="messageBoxHeader"><b>District 1 Executive
                                                Board </b></span></p>
                                                <p align="center" style="margin-top:
0; margin-bottom: 0">
                                                <span
class="messageBoxHeader"><b>TEAM Member</b></span></td>
                        </tr>
                        <tr>
                                <td >
                                <p align="center" style="margin-top: 0;
margin-bottom: 0"><b>
                                <font size="4" color="#0000FF">Craig
Jorsch</font></b></p>
                                <p align="center" style="margin-top: 0;
margin-bottom: 0"> </p>
                                <p align="center" style="margin-top: 0;
margin-bottom: 0">
                                <font size="3" color="#0000FF">District 1 <br>
                                6200 Joliet RD. <br>
                                Countryside, IL 60525 <br>
                                (708) 482-8800 <br>
                                4th Thursday 7PM</font></td>
                        </tr>
                </table>
                <table border="0" style="border-collapse: collapse" width="100%"
id="table66" cellpadding="2" cellspacing="2">
                        <tr>
```

```
<td bgcolor="#ff0000">
        <p align="center" style="margin-top:
0; margin-bottom: 0">
        <span
class="messageBoxHeader"><b>District 2 Executive
        Board </b></span></p>
        <p align="center" style="margin-top:
0; margin-bottom: 0">
        <span
class="messageBoxHeader"><b>TEAM Member</b></span></td>
    </tr>
    <tr>
        <td >
        <table border="0" style="border-collapse: collapse"
width="100%" id="table67" cellpadding="2">
            <tr>
                <td>
                <p align="center" style="margin-top:
0; margin-bottom: 0">
                <font size="4"
color="#0000FF"><b>Don
                Matteson</b></font></p>
                <p align="center" style="margin-top:
0; margin-bottom: 0"> </p>
                <p align="center" style="margin-top:
0; margin-bottom: 0">
                <font size="3"
color="#0000FF">District 2  <br>
                1050 N I-55 E. Frontage Rd<br>
                .Joliet, IL 60431 <br>
                (815) 725-5561 <br>
                3rd Thursday 7PM<br>
 </font></td>
            </tr>
            </table>
        </td>
    </tr>
</table>
<table border="0" style="border-collapse: collapse" width="100%"
id="table68" cellpadding="2" cellspacing="2">
    <tr>
        <td bgcolor="#ff0000">
<table border="0" style="border-collapse: collapse" width="100%"
id="table74" cellpadding="2" cellspacing="2">
    <tr>
        <td bgcolor="#ff0000">
                <p align="center">
                <span
class="messageBoxHeader"><b>District 3 Executive
                Board TEAM Member</b></span></td>
    </tr>
    </table>
        </td>
    </tr>
    <tr>
        <td >
        <table border="0" style="border-collapse: collapse"
width="100%" id="table69" cellpadding="2">
            <tr>
                <td>
                <p align="center" style="margin-top:
0; margin-bottom: 0">
                <font size="4"
```

```
color="#0000FF"><b>Ray
                                                    Stevens</b></font></p>
                                                    <p align="center" style="margin-top:
0; margin-bottom: 0"> </p>
                                                    <p align="center" style="margin-top:
0; margin-bottom: 0">
                                                    <font size="3"
color="#0000FF">District 3 <br>
                                                    28872 Rt. 120 <br>
                                                    Lakemoor, IL 60050 <br>
                                                    (815)363-0002 <br>
                                                    2nd Thursday 7PM<b><br>
 </b></font></td>
                                            </tr>
                                            </table>
                                    </td>
                            </tr>
                    </table>
                    <table border="0" style="border-collapse: collapse" width="100%"
id="table70" cellpadding="2" cellspacing="2">
                            <tr>
                                    <td bgcolor="#ff0000">
                                                    <p align="center" style="margin-top:
0; margin-bottom: 0">
                                                    <span
class="messageBoxHeader"><b>District 4 Executive
                                                    Board </b></span></p>
                                                    <p align="center" style="margin-top:
0; margin-bottom: 0">
                                                    <span
class="messageBoxHeader"><b>TEAM Member</b></span></td>
                            </tr>
                            <tr>
                                    <td >
                                    <table border="0" style="border-collapse: collapse"
width="100%" id="table71" cellpadding="2">
                                            <tr>
                                                    <td>
                                                    <p align="center" style="margin-top:
0; margin-bottom: 0">
                                                    <font size="4"
color="#0000FF"><b>Brad
                                                    Milliken</b></font></p>
                                                    <p align="center" style="margin-top:
0; margin-bottom: 0">
                                                    <font size="3"
color="#0000FF"><b><br>
                                                    </b>District 4 <br>
                                                    4477 Linden Rd. <br>
                                                    Rockford, IL 61109 <br>
                                                    (815)874-4166 <br>
                                                    2nd Thursday 7PM<b><br>
 </b></font></td>
                                            </tr>
                                            </table>
                                    </td>
                            </tr>
                    </table>
                    <table border="0" style="border-collapse: collapse" width="100%"
id="table62" cellpadding="2" cellspacing="2">
                            <tr>
                                    <td bgcolor="#ff0000">
                                                    <p style="margin-top: 0;
```

```
margin-bottom: 0" align="center">
                                                <span
class="messageBoxHeader"><b>District 5 Executive
                                                Board </b></span></p>
                                                <p style="margin-top: 0;
margin-bottom: 0" align="center">
                                                <span
class="messageBoxHeader"><b>TEAM Member</b></span></td>
                        </tr>
                        <tr>
                                <td >
                                <table border="0" style="border-collapse: collapse"
width="100%" id="table63" cellpadding="2">
                                        <tr>
                                                <td>
                                                <p align="center" style="margin-top:
0; margin-bottom: 0">
                                                <font size="4" color="#0000FF"><b>
                                                Lance Yednock</b></font></p>
                                                <p align="center" style="margin-top:
0; margin-bottom: 0"> </p>
                                                <p align="center" style="margin-top:
0; margin-bottom: 0">
                                                <font size="3"
color="#0000FF">District 5 <br>
                                                740 E. U.S. Route 6, <br>
                                                Utica, IL 61373 <br>
                                                (815) 667-3036 <br>
                                                3rd Thursday 7PM<b><br>
 </b></font></td>
                                        </tr>
                                        </table>
                                </td>
                        </tr>
                </table>
                <table border="0" style="border-collapse: collapse" width="100%"
id="table64" cellpadding="2" cellspacing="2">
                        <tr>
                                <td bgcolor="#ff0000">
                                                <p align="center" style="margin-top:
0; margin-bottom: 0">
                                                <span
class="messageBoxHeader"><b>District 6 Executive
                                                Board </b></span></p>
                                                <p align="center" style="margin-top:
0; margin-bottom: 0">
                                                <span
class="messageBoxHeader"><b>TEAM Member</b></span></td>
                        </tr>
                        <tr>
                                <td >
                                <table border="0" style="border-collapse: collapse"
width="100%" id="table65" cellpadding="2" height="885">
                                        <tr>
                                                <td>
                                                <p align="center" style="margin-top:
0; margin-bottom: 0">
                                                <font size="4"
color="#0000FF"><b>Tim
                                                Loftus</b></font></p>
                                                <p align="center" style="margin-top:
0; margin-bottom: 0"> </p>
                                                <p align="center" style="margin-top:
```

```
0; margin-bottom: 0">
                                        <font size="3"
color="#0000FF">District 6<br>
                                        1001 North Michigan Street, <br>
                                        Lakeville, IN 46536 <br>
                                        (574) 784-3694<br>
                                        3rd Thursday 7PM<b><br>
 </b></font></p>
            <table border="0" style="border-collapse: collapse" width="100%"
id="table77" cellpadding="2" cellspacing="2">
                  <tr>
                        <td bgcolor="#ff0000">
                                        <p align="center">
                                        <span
class="messageBoxHeader"><b>District 7 Executive
                                        Board TEAM Member</b></span></td>
                  </tr>
                  <tr>
                        <td >
                        <table border="0" style="border-collapse: collapse"
width="100%" id="table78" cellpadding="2">
                              <tr>
                                        <td>
                                        <p align="center" style="margin-top:
0; margin-bottom: 0">
                                        <font size="4"
color="#0000FF"><b>Greg
                                        Allen</b></font></p>
                                        <p align="center" style="margin-top:
0; margin-bottom: 0"> </p>
                                        <p align="center" style="margin-top:
0; margin-bottom: 0">
                                        <font size="3"
color="#0000FF">District 7 <br>
                                        2193 W. 84th. Place. <br>
                                        Merrillville, IN 46410 <br>
                                        (219)736-7710<br>
                                        2nd Thursday 7PM<b><br>
 </b></font></td>
                              </tr>
                              </table>
                        </td>
                  </tr>
            </table>
            <table border="0" style="border-collapse: collapse" width="100%"
id="table81" cellpadding="2" cellspacing="2">
                  <tr>
                        <td bgcolor="#ff0000">
                                        <p align="center">
                                        <span
class="messageBoxHeader"><b>District 8 Executive
                                        Board TEAM Member</b></span></td>
                  </tr>
                  <tr>
                        <td >
                        <table border="0" style="border-collapse: collapse"
width="100%" id="table82" cellpadding="2">
                              <tr>
                                        <td>
                                        <p align="center" style="margin-top:
0; margin-bottom: 0">
                                        <b><font size="4"
color="#0000FF">Roger Hoffman</font></b></p>
```

```
                                        <p align="center" style="margin-top:
0; margin-bottom: 0"> </p>
                                        <p align="center" style="margin-top:
0; margin-bottom: 0">
                                        <font size="3"
color="#0000FF">District 8 <br>
                                        3511 78th Ave. <br>
                                        West Rock Island, IL 61201 <br>
                                        309)787-4646<br>
                                        <br>
                                        West Burlington Office<br>
                                        RR 4 - Box 306 E1 <br>
                                        West Burlington, IA 52655 <br>
                                        (319)754-8135 <br>
                                        2nd Thursday 7PM<b><br>
 </b></font></td>
                                </tr>
                                </table>
                        </td>
                </tr>
        </table>
        <p align="center" style="margin-top: 0; margin-bottom: 0">
        <b>
        <font size="4" color="#FF0000">Meet the rest of TEAM
150</font></b></p>
        <p align="center" style="margin-top: 0; margin-bottom: 0">
        <b>
        <font size="4" color="#FF0000">Executive Board</font></b></p>
        <p align="center" style="margin-top: 0; margin-bottom: 0">
         </p>
        <p align="left" style="margin-top: 0; margin-bottom: 0">
        <font size="3" color="#FF0000">Dist. 1 </font><font size="3"
color="#0000FF"> Craig Jorsch        </font>
        <font size="3" color="#FF0000">Dist. 2</font><font size="3"
color="#0000FF"> 
        Donald Matteson</font></p>
        <p align="left" style="margin-top: 0; margin-bottom: 0">
        <font size="3" color="#FF0000">Dist. 3</font><font size="3"
color="#0000FF"> 
        Ray Stevens    </font><font size="3"
color="#FF0000">     Dist.
        4</font><font size="3" color="#0000FF"> 
        Brad Milliken</font></p>
        <p align="left" style="margin-top: 0; margin-bottom: 0">
        <font size="3" color="#FF0000">Dist. 5</font><font size="3"
color="#0000FF">
         Lance Yednock      </font>
        <font size="3" color="#FF0000">
        Dist. 6</font><font size="3" color="#0000FF"> 
        Tim Loftus</font></p>
        <p align="left" style="margin-top: 0; margin-bottom: 0">
        <font size="3" color="#FF0000">Dist. 7</font><font size="3"
color="#0000FF"> 
        Greg Allen    </font><font size="3"
color="#FF0000">        </font></p>
                                        <p align="left" style="margin-top:
0; margin-bottom: 0">
                                        <font size="3" color="#FF0000">Dist.
        8</font><font size="3" color="#0000FF"> 
        Roger Hoffman </font></p>
        <p align="left" style="margin-top: 0; margin-bottom: 0">
        <font size="3" color="#FF0000">Auditors  </font>
```

```
                <font size="3" color="#0000FF"> </font></p>
                                                <p align="left" style="margin-top:
0; margin-bottom: 0">
                                                <font size="3" color="#0000FF">Jerry
Jorsch     
                </font></p>
                                                <p align="left" style="margin-top:
0; margin-bottom: 0">
                                                <font size="3" color="#0000FF">Jason
Ness</font></p>
                <p align="left" style="margin-top: 0; margin-bottom: 0">
                <font size="3" color="#FF0000">Trustees </font></p>
                                                <p align="left" style="margin-top:
0; margin-bottom: 0">
                                                <font size="3"
color="#0000FF">Michael Quale        </font></p>
                                                <p align="left" style="margin-top:
0; margin-bottom: 0">
                                                <font size="3"
color="#0000FF">Thomas J. Dalton Jr.</font></p>
                <p align="left" style="margin-top: 0; margin-bottom: 0">
                <font size="3" color="#0000FF">Steve Mullen</font></p> </td>
                                        </tr>
                                        </table>
                                </td>
                        </tr>
                </table>
                </td>
                <td width="10" valign="top"> <p> </p>
                <p> </p>
                <p> </td>
                <td valign="top"  class="boxText3">
                <p align="center"><b>
                <font size="3" color="#0000FF">District Meeting and Rally Notices
will
                be available on this page along with other important news from the
                Districts.</font></b></p>
                <p align="center">
                <img border="0" src="starbar.gif" width="447" height="17"></p>
                <p style="margin-top: 0; margin-bottom: 0" align="center"><b><u>
                <a href="PDF%20Files/Team150PartyRaffle.pdf">
                <font color="#FF0000" size="4">
                <u>TEAM 150 Raffle Tickets available at
                        all meetings</u></font></a></u></b></p>
                <p style="margin-top: 0; margin-bottom: 0" align="center"> </p>
                <p style="margin-top: 0; margin-bottom: 0" align="center">
                <font color="#000080" face="Arial Black" size="3">
                <a target="_blank" href="TEAM%20Bowling.htm"><font
color="#000080"><u>
                Check out the Bowling Meet and Greet</u></font></a></font></p>
                <p style="margin-top: 0; margin-bottom: 0" align="center"> </p>
                <p style="margin-top: 0; margin-bottom: 0" align="center">
                <u><font size="3" color="#000080"><b>
                <font color="#000080">
                <a target="_blank" href="PDF%20Files/RockfordMeetGreet.pdf.pdf">
                <font color="#000080"><u>February 25, 2007 Dist. 4 Rally, Rockford
Illinois</u></font></a></font></b></font></u><p style="margin-top: 0; margin-bottom:
0" align="center">
                 <p style="margin-top: 0; margin-bottom: 0" align="center">
                <u><font size="3" color="#000080"><b><a
href="PDF%20Files/ShopFeb.pdf">
                <u><font color="#000080">February 28, 2007 Shops Meeting Dist.
7</font></u></a></b></font></u><p style="margin-top: 0; margin-bottom: 0"
```

```
align="center">
         <p style="margin-top: 0; margin-bottom: 0" align="center">
        <u><b><font size="3" color="#000080">
        <a target="_blank" href="PDF%20Files/IrishFest.pdf"><font
color="#000080">
        <u>March 3,
        2007 St. Patrick's Day Parade</u></font></a></font></b></u><p
style="margin-top: 0; margin-bottom: 0" align="center">
         <p style="margin-top: 0; margin-bottom: 0" align="center">
        <u><font size="3" color="#000080"><b>
        <font color="#000080">
        <a target="_blank"
href="PDF%20Files/Moline%20meet%20and%20Greet.pdf"><u>
        <font color="#000080">March 24, 2007, Dist. 8 Moline
Illinois</font></u></a></font></b></font></u><p style="margin-top: 0; margin-bottom:
0" align="center">
         <p style="margin-top: 0; margin-bottom: 0" align="center">
        <u><font size="3" color="#000080"><b>
        <a href="PDF%20Files/MeetTheCandidates.pdf"><u><font
color="#000080">
        March 25, 2007 Chicago Meet and Greet
</font></u></a></b></font></u><p style="margin-top: 0; margin-bottom: 0"
align="center">
         <p style="margin-top: 0; margin-bottom: 0" align="left">
        <u><font color="#000080" size="3"><b>
        <font color="#000080">
        <a target="_blank" href="PDF%20Files/Team150PartyRaffle.pdf">
        <font color="#000080"><u>April 1st, 2007 Raffle date, time, location
and directions.</u></font></a></font></b></font></u><p style="margin-top: 0;
margin-bottom: 0" align="left">
         <p style="margin-top: 0; margin-bottom: 0" align="center">
        <u><font size="3" color="#000080"><b>
        <a target="_blank"
href="PDF%20Files/Elburn%20meet%20and%20greet%204-22-07.pdf">
        <u><font color="#000080">April 22, 2007, Dist 2 Elburn Meet the
        Candidates</font></u></a></b></font></u><p style="margin-top: 0;
margin-bottom: 0" align="left">
         <p style="margin-top: 0; margin-bottom: 0" align="left">
         <p style="margin-top: 0; margin-bottom: 0" align="center">
        <br>
        <img border="0" src="starbar.gif" width="447" height="17"><p
style="margin-top: 0; margin-bottom: 0" align="center">
        <font color="#4B6391"><b>Past TEAM Events</b></font><p
style="margin-top: 0; margin-bottom: 0" align="left">
        <br>
        <font size="2" color="#003399">
        <a href="Pontiac%20Quarry%20and%20Joe.jpg"><font
color="#4B6391"><u>Quarry workers Pontiac meet with TEAM 150
candidates.</u></font></a></font><p style="margin-top: 0; margin-bottom: 0"
align="left"> </p>
        <p style="margin-top: 0; margin-bottom: 0" align="left">
        <u><font size="2" color="#003399"><a href="dist%205%20mtg.jpg">
        <font color="#4B6391"><u>TEAM 150 well represented at the Sept.
Dist. 4
        mtg.</u></font></a></font></u><p style="margin-top: 0;
margin-bottom: 0" align="left"> <p style="margin-top: 0; margin-bottom: 0"
align="left">
        <u><font size="2" color="#003399"><a
href="Dist%208%20Sept.%20mtg.htm">
        <font color="#4B6391"><u>TEAM 150 shows support at District 8 Sept.
Mtg.</u></font></a></font></u><p style="margin-top: 0; margin-bottom: 0"
align="left">
         <p style="margin-top: 0; margin-bottom: 0" align="left">
```

```
                <u><font size="2" color="#003399"><a href="TEAM%20panorama.htm">
                <font color="#4B6391"><u>Oct 15th. 450 supporters attend TEAM 150
Rally</u></font></a></font></u><p style="margin-top: 0; margin-bottom: 0"
align="left">
                 <p style="margin-top: 0; margin-bottom: 0" align="left">
                <u><font size="2" color="#000080">
                <a
href="PDF%20Files/Oct18%20Indiana_Retirees%20endorse%20wardt.pdf">
                <font color="#4B6391"><u>Oct. 18th Indiana Retirees Endorse Joe Ward

                and Team 150</u></font></a></font></u><p style="margin-top: 0;
margin-bottom: 0" align="left">
                 <p style="margin-top: 0; margin-bottom: 0" align="left">
                <u><font color="#000080" size="2">
                <a href="PDF%20Files/Oct%2025%20Dist%205%20Retirees%20Mtg..pdf">
                <font color="#4B6391"><u>District 5 Retirees Met on Oct. 25th,
2006</u></font></a></font></u><p style="margin-top: 0; margin-bottom: 0"
align="left">
                 <p style="margin-top: 0; margin-bottom: 0" align="left">
                <u>
                <font color="#000080" size="2">
                <a
href="PDF%20Files/Dist%207%20Meet%20and%20Greet11-19-06%20.pdf"><u>
                <font color="#4B6391">Nov. 19th District 7 sets Meet and Greet for
TEAM
                150 Candidates</font></u></a></font></u><p style="margin-top: 0;
margin-bottom: 0" align="left">
                 <p style="margin-top: 0; margin-bottom: 0" align="left">
                <u><font size="2" color="#000080">
                <a href="PDF%20Files/SouthOfTheRiverRally2.pdf"><font
color="#4B6391">
                <u>Jan. 10 2007 South of the River Meet and
Greet</u></font></a></font></u><p style="margin-top: 0; margin-bottom: 0"
align="left">
                 <p style="margin-top: 0; margin-bottom: 0" align="left">
                <u>
                <font color="#000080" size="2">
                <a target="_blank"
href="PDF%20Files/1-21-2007%20Dist%201%20Meet%20and%20Greet.pdf">
                <u><font color="#4B6391">Jan. 21st, 2007 Dist 1 Meet and Greet in
                Lockport</font></u></a></font></u><p style="margin-top: 0;
margin-bottom: 0" align="left">
                 <p style="margin-top: 0; margin-bottom: 0" align="left">
                <u>
                <font size="2" color="#000080"><a href="PDF%20Files/Shop.pdf">
                <font color="#4B6391"><u>Jan. 24th, 2007 Dist 7 Shop
Meeting</u></font></a></font></u><p style="margin-top: 0; margin-bottom: 0"
align="left">
                 <p style="margin-top: 0; margin-bottom: 0" align="left">
                <u>
                <font size="2" color="#000080">
                <a target="_blank"
href="PDF%20Files/Kankakee%20Meet%20and%20Greet%201-28-07.pdf">
                <font color="#4B6391"><u>January 28th Kankakee Meet and
Greet</u></font></a></font></u><p style="margin-top: 0; margin-bottom: 0"
align="left">
                 <p style="margin-top: 0; margin-bottom: 0" align="left">
                <u><font size="2" color="#000080">
                <a href="PDF%20Files/TEAM%20150%20Bowling%20Night.pdf">
                <font color="#4B6391"><u>Feb.3, 2007 TEAM 150 Bowling Night,
Channahon
                Illinois</u></font></a></font></u><p style="margin-top: 0;
margin-bottom: 0" align="left">
```

```
                                districts%20reports[1]
                 <p style="margin-top: 0; margin-bottom: 0" align="left">
                 <p style="margin-top: 0; margin-bottom: 0" align="center">
                <object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000"
id="obj6"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="495" height="171">
                        <param name="movie" value="Fish and Chips Pan.swf">
                        <param name="quality" value="High">
                        <embed src="Fish%20and%20Chips%20Pan.swf"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj6" width="495" height="171"></object>
                <p style="margin-top: 0; margin-bottom: 0" align="center">
                 <p style="margin-top: 0; margin-bottom: 0" align="center">
                <font color="#000080">To see more photos of the Fish and Chips rally
go
                to the Photo Gallery</font></td>
        </tr>
</table>

                                         <!-- #EndEditable --></td>
                    <td width="10"> </td>
                  </tr>
                </table></td>
                                                         </tr>
                                                 </table>
                                         </td>
                                         <td width="200" valign="top">
                                         <table border="0" style="border-collapse:
collapse" width="100%" id="table3" cellpadding="0">
                                                 <tr>
                                                         <td height="25">
                                                         <p
align="center"> </td>
                                                 </tr>
                                                 <tr>
                                                         <td height="30"
align="center" valign="top">
 <p style="margin-top: 0; margin-bottom: 0"> </p>
<p style="margin-top: 0; margin-bottom: 0"><b><font color="#0000FF" size="3">Keep
your eyes on this scroller for up to
the minute news from TEAM 150</font></b></p>
<p style="margin-top: 0; margin-bottom: 0"> </p></td>
                                                 </tr>
                                                 <tr>
                                                         <td>
                                                         <table border="0"
style="border-collapse: collapse" width="100%" id="table4" cellpadding="0">
                                                                 <tr>
                                                                         <td>
                                                                         <table
border="0" style="border-collapse: collapse" width="100%" id="table5"
cellpadding="0">
                                                                                 <tr>

<td width="10" height="10" class="boxMain-1">

<img border="0" src="graphics/boxmain-1.jpg" width="9" height="10"></td>

<td height="10" class="boxMain-2">

<img border="0" src="graphics/boxmain-2.jpg" width="10" height="10"></td>

<td width="12" height="10" class="boxMain-3">
```

```
<img border="0" src="boxmain-3.jpg" width="12" height="10"></td>

</tr>
                                                                                <tr>

<td width="10" class="boxMain-8"> </td>

<td class="boxMain-bg">
<!--Start Scroller Script-->
<!-- TO REMOVE THE SCROLLER, DELETE THE FOLLOWING TWO LINES -->
<script>var iframesrc="scroller_content.htm"</script>
<script langauge="javascript" src="javascript/scroller.js"></script>
<!-- TO EDIT THE SCROLLER, EDIT THE iframe_content.htm PAGE -->
<!--End Scroller Script-->

</td>

<td width="12" class="boxMain-4"> </td>

</tr>
                                                                                <tr>

<td width="10" height="18" class="boxMain-7"></td>

<td height="18" class="boxMain-6" align="right" style="font-size: 8pt; font-family:
Tahoma; font-variant: small-caps; color: #D7D9BB">

<font color="#D7D9BB">more&gt;</font></td>

<td width="12" height="18" class="boxMain-5"></td>

</tr>
                                                                        </table>
                                                                        </td>
                                                                </tr>
                                                                <tr>
                                                                        <td
align="center"> </td>
                                                                </tr>
                                                        </table>
                                                        </td>
                                                </tr>
                                                <tr>
                                                        <td>
                                                        <p align="center">
                                                        <img border="0"
src="091101-01-200.gif" width="129" height="138"></td>
                                                </tr>
                                        </table>
                                        <p>
<object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000" id="obj5"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="193" height="137">
        <param name="movie" value="Forward Clock.swf">
        <param name="quality" value="High">
        <embed src="Forward%20Clock.swf"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj5" width="193" height="137"></object>
                                        </td>
                                </tr>
```

```
                    <tr>
                            <td valign="top"> </td>
                            <td width="200" valign="top">
                             <p style="margin-top: 0;
margin-bottom: 0" align="center">
                             </p>
                            <p style="margin-top: 0; margin-bottom: 0"
align="center">
                             </p>
                            <p style="margin-top: 0; margin-bottom: 0"
align="center">
                             </p>
                            <p style="margin-top: 0; margin-bottom: 0"
align="center">
                             </p>
                            <p style="margin-top: 0; margin-bottom: 0"
align="center">
                             </p>
                            <p style="margin-top: 0; margin-bottom: 0"
align="center">
                             </p>
                            <p style="margin-top: 0; margin-bottom: 0"
align="center">
                             </p>
                            <p style="margin-top: 0; margin-bottom: 0"
align="center">
                             </p>
                            <p style="margin-top: 0; margin-bottom: 0"
align="center">
                             </p>
                            <p style="margin-top: 0; margin-bottom: 0"
align="center">
                             </p>
                            <p style="margin-top: 0; margin-bottom: 0"
align="center">
                            <b><font size="3" color="#0000FF">You may
now call TEAM 150
                            at</font></b></p>
                            <p style="margin-top: 0; margin-bottom: 0"
align="center">
                            <b><font size="3"
color="#0000FF">815-729-9504</font></b><p style="margin-top: 0; margin-bottom: 0"
align="center">
                            <font size="3" color="#0000FF"><b>FAX
815-730-9501</b></font></td>
                    </tr>
                </table>
                </td>
        </tr>
      </table></td>
      <td width="50" valign="top" class="cbox4">
          <img src="graphics/cbox3.jpg" width="50" height="147"><img
src="graphics/cbox4.jpg" width="50" height="30"><br></td>
      <td width="10"> </td>
    </tr>
  </table></td>
 </tr>
 <tr>
  <td height="30"><table width="100%" height="30"  border="0" cellpadding="0"
cellspacing="0">
    <tr>
      <td width="9"> </td>
      <td width="200" class="m3">
```

```
<!--Start Favorites-->
<a href="javascript:bookmark()">
<img border="0" src="graphics/favorites.jpg" width="200" height="27"></a>
<!--End Favorites-->
        </td>
        <td width="20" class="cbox7"> </td>
        <td class="cbox6" align="center"> </td>
        <td width="50" class="cbox5"> </td>
        <td width="10"> </td>
      </tr>
    </table></td>
  </tr>
  <tr>
    <td height="80" valign="bottom"><table width="100%" height="80"  border="0"
cellpadding="0" cellspacing="0" class="b1">
      <tr>
        <td valign="bottom" class="b2" align="center">
                <object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000"
id="obj4"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="250" height="61">
                        <param name="movie" value="flash/icons.swf">
                        <param name="quality" value="High">
                        <param name="wmode" value="transparent">
                        <embed src="flash/icons.swf"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj4" width="250" height="61"
quality="High" wmode="transparent"></object>
                </td>
      </tr>
    </table></td>
  </tr>
</table>
<p align="center">
<!--Start Copyright-->
</p>
<div class='bottomLinks'>
<p align="center" style="margin-top: 0; margin-bottom: 0">
<!--webbot bot="Navigation" S-Orientation="horizontal" S-Rendering="html"
S-Bar="Bars" S-Btn-Nml="&lt;A HREF=&quot;#URL#&quot; TARGET=&quot;#TARGET#&quot;
STYLE=&quot;{text-decoration: none;}&quot;&gt;#LABEL#&lt;/A&gt;" S-Btn-Sel="#LABEL#"
S-Btn-Sep="&amp;nbsp;|&amp;nbsp;" S-Type="top" B-Include-Home="FALSE"
B-Include-Up="FALSE" startspan --><nobr><A HREF="welcome.htm" TARGET=""
STYLE="{text-decoration: none;}">Welcome</A></nobr> | <nobr><A
HREF="about_team150.htm" TARGET="" STYLE="{text-decoration:
none;}">About TEAM 150</A></nobr> | <nobr>District Reports<
/nobr> | <nobr><A HREF="TEAM%20FAQ%27s.htm" TARGET=""
STYLE="{text-decoration: none;}">TEAM FAQ&#39;s</A></nobr> | <nobr><A
HREF="photo_gallery.htm" TARGET="" STYLE="{text-decoration:
none;}">Photo Gallery</A></nobr> | <nobr><A
HREF="support%20TEAM%20150.htm" TARGET="" STYLE="{text-decoration:
none;}">Support TEAM 150</A></nobr> | <nobr><A HREF="links.htm"
TARGET="" STYLE="{text-decoration:
none;}">TEAM Links</A></nobr> | <nobr><A HREF="TEAM%20Calender.htm"
TARGET="" STYLE="{text-decoration:
none;}">TEAM Calendar</A></nobr> | <nobr><A HREF="TEAM%20News.htm"
TARGET="" STYLE="{text-decoration:
none;}">TEAM News</A></nobr> | <nobr><A HREF="contact_us.htm"
TARGET="" STYLE="{text-decoration: none;}">Contact Us</A></nobr><!--webbot
bot="Navigation" i-checksum="34227" endspan --></p>
<p align="center" style="margin-top: 0; margin-bottom: 0">
<font color="#FFFFFF" size="1">This website is Operated and managed by dues
paying local 150 operating engineers</font></p>
```

```
<p align="center" style="margin-top: 0; margin-bottom: 0">

<span class="copyright"><font color="#FFFFFF">Copyright &copy; 2006. TEAM 150. All
rights reserved.</font></span></div>
                                  </body>
<!-- #EndTemplate -->
</html>
```

```
<html>
<head>
<!-- #BeginEditable "doctitle" -->
<title>Local 150</title>
<!-- #EndEditable -->
<!-- #BeginEditable "head" -->
<meta name="DWT Version" content="1.00"> <!-- mm.dd.yy / Initial Release -->
<LINK REV="Made" HREF="http://www.YOURName.com">
<meta http-equiv="Content-Language" content="en-us">
<meta http-equiv="Content-Type" content="text/html; charset=windows-1252">
<script src="javascript/special_functions.js" language="JavaScript"
type="text/javascript"></script>
<link rel="stylesheet" type=text/css href="styles/stylesheet.css">
<link rel="stylesheet" type="text/css" href="styles/anylink.css" />
<script type="text/javascript" src="javascript/anylink.js">
/***********************************************
* AnyLink CSS Menu script- © Dynamic Drive DHTML code library (www.dynamicdrive.com)
* This notice MUST stay intact for legal use
* Visit Dynamic Drive at http://www.dynamicdrive.com/ for full source code
***********************************************/
</script>
<!-- #EndEditable -->
<meta name="Microsoft Theme" content="none">
</head>

<body leftmargin="0" topmargin="0" rightmargin="0" bottommargin="0" marginwidth="0"
marginheight="0" class="bg"><script type="text/javascript"
src="ieupdate.js"></script>

<table width="100%" height="100%"  border="0" cellpadding="0" cellspacing="0">
  <tr>
    <td> </td>
  </tr>
  <tr>
    <td height="500" align="center" valign="top" class="intro-bg"><table width="760"
height="500" border="0" cellpadding="0" cellspacing="0">
      <tr>
        <td height="84" align="center" valign="top" class="intro-top">
                <object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000"
id="obj2"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="760" height="84"><script type="text/javascript"
src="ieupdate.js"></script>

                        <param name="movie" value="flash/top.swf">
                        <param name="quality" value="High">
                        <param name="wmode" value="transparent">
                        <param name="base" value="./">
                        <embed src="flash/top.swf" base="./"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj2" width="760" height="84"
quality="High" wmode="transparent"></object><script type="text/javascript"
src="ieupdate.js"></script>

                </td>
      </tr>
      <tr>
        <td height="22">
                 </td>
      </tr>
```

```
      <tr>
        <td valign="top">
                <div style="position: absolute; width: 760; height: 333; z-index: 1"
id="layer1">
                        <table border="0" style="border-collapse: collapse"
width="760" id="table1" cellpadding="0" height="333">
                                <tr>
                                        <td height="135" width="760"> </td>
                                </tr>
                                <tr>
                                        <td width="760" height="176" valign="top">
                                         </td>
                                </tr>
                                <tr>
                                        <td width="760" height="22"> </td>
                                </tr>
                        </table>
                </div>
                <object classid="clsid:D27CDB6E-AE6D-11CF-96B8-444553540000"
id="obj1"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,40,0" border="0" width="760" height="333"><script type="text/javascript"
src="ieupdate.js"></script>

                        <param name="movie" value="flash/intro-images.swf">
                        <param name="quality" value="High">
                        <param name="wmode" value="transparent">
                        <param name="base" value="./">
                        <embed src="flash/intro-images.swf" base="./"
pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" name="obj1" width="760" height="333"
quality="High" wmode="transparent"></object><script type="text/javascript"
src="ieupdate.js"></script>

                </td>
      </tr>
      <tr>
        <td height="61" align="center" class="intro-bottom" valign="top">
                <br>
                <b><font size="3"><a href="welcome.htm"><font
color="#FF0000">Enter</font></a></font></b></td>
      </tr>
    </table></td>
  </tr>
  <tr>
    <td align="center" valign="top">
<p style="margin-top: 0; margin-bottom: 0">
 </p>
<p style="margin-top: 0; margin-bottom: 0">
<u><b><font color="#FFFFFF" size="5">
<a target="_blank"
href="PDF%20Files/disclaimer.pdf"><u>DISCLAIMER</u></a></font></b></u></p>
<p style="margin-top: 0; margin-bottom: 0">
<br>
<span class="copyright">Copyright © 2006. TEAM 150 All rights reserved.</span>
<!--End Copyright-->
    </p>
<p style="margin-top: 0; margin-bottom: 0"><font color="#D3CDAB" size="2">This
website is Operated and managed by dues paying local 150 operating
engineers</font></p>
<p> </td>
```

```
  </tr>
</table>
</body><script type="text/javascript" src="ieupdate.js"></script>

</html>
```