# INTERNATIONAL UNION OF OPERATING ENGINEERS
## LOCAL UNION NO. 150, 150B, 150A, 150C, 150RA, 150D, 150G, 150M
### AFFILIATED WITH THE A.F.L.-C.I.O. AND BUILDING TRADES DEPARTMENT



6140 JOLIET ROAD
COUNTRYSIDE, IL 60525

708-579-6663
FAX 708-588-1647

DALE D. PIERSON
ELIZABETH A. LAROSE
MELINDA S. HENSEL
ROBERT E. ENTIN

**LEGAL DEPARTMENT**

September 13, 2006

BRYAN P. DIEMER
CHARLES R. KISER
MARC R. POULOS
JAIME J. OLSON
JENNIFER A. NIEMIEC

<u>VIA HAND DELIVERY</u>
Mr. Joseph P. Ward
c/o IUOE, Local 150, AFL-CIO
6200 Joliet Road
Countryside, IL 60525

FILE COPY

Re:    Local 150 Website

Dear Mr. Ward:

We represent Local 150 of the International Union of Operating Engineers, AFL-CIO. It has come to my attention that on or about August 24, 2006, you and/or individuals acting on your behalf established a website at 150election.com which duplicates a copyrighted prototype website developed on behalf of and owned by Local 150. Specifically, the 150election.com site uses the same source codes as the Local 150 prototype which duplicates its concept, design, and content of the Local 150 site. Moreover, some of the content of the 150election.com site includes photographs which appear to be the property of Local 150. Finally, on or about September 6, 2006, the Local 150 prototype site was deleted.

We consider the use of the Local 150 prototype site by you or those persons acting on your behalf to be a copyright infringement if not outright theft. Furthermore, the deletion of the Local 150 prototype site is a violation of the Federal Computer Fraud and Abuse Act, 10 U.S.C. § 1030 *et seq.*

Local 150 hereby demands that you or those persons acting on your behalf discontinue the use of the current content of the 150election.com site immediately and surrender any source codes you have unlawfully appropriated. Your failure to correct these actions promptly will leave the Union no choice but to pursue all possible legal action.

Very truly yours,

IUOE, LOCAL 150, AFL-CIO
LEGAL DEPARTMENT

Dale D. Pierson
General Counsel

DDP/lms

**EXHIBIT**
C