



**Main Navigation**



- Welcome
- About TEAM 150
- District Reports
- TEAM FAQ's
- Photo Gallery
- Support TEAM 150
- TEAM Links
- TEAM Calendar
- TEAM News
- Contact Us

[SEARCH]



**EXHIBIT**

tabbies

E

**District 1 Executive Board TEAM Member**

## Craig Jorsch

District 1
6200 Joliet RD.
Countryside, IL 60525
(708) 482-8800
4th Thursday 7PM

**District 2 Executive Board TEAM Member**

## Don Matteson

District 2
1050 N I-55
E. Frontage Rd
.Joliet, IL 60431
(815) 725-5561

**District Meeting and Rall** available on this page al important news from



**TEAM 150 Raffle Tickets** meeting:

**Check out the Bowling**

**February 25, 2007 Dist. 4** Illinois

**February 28, 2007 Shops**

**March 3, 2007 St. Patric**

**March 24, 2007, Dist. 8**

**March 25, 2007 Chicago**

**April 1st, 2007 Raffle date,** directions.

**April 22, 2007, Dist 2 El** Candidate

Past TEAM Even

Quarry workers Pontiac meet with T

3rd Thursday 7PM

**District 3 Executive Board TEAM Member**

# Ray Stevens

District 3
28872 Rt. 120
Lakemoor, IL 60050
(815)363-0002
2nd Thursday 7PM

**District 4 Executive Board TEAM Member**

# Brad Milliken

District 4
4477 Linden Rd.
Rockford, IL 61109
(815)874-4166
2nd Thursday 7PM

TEAM 150 well represented at the S

TEAM 150 shows support at District

Oct 15th. 450 supporters attend TE/

Oct. 18th Indiana Retirees Endorse 150

District 5 Retirees Met on Oct. 25th,

Nov. 19th District 7 sets Meet and G Candidates

Jan. 10 2007 South of the River Mee

Jan. 21st, 2007 Dist 1 Meet and Gre

Jan. 24th, 2007 Dist 7 Shop Meeting

January 28th Kankakee Meet and Gi

Feb.3, 2007 TEAM 150 Bowling Nigh

To see more photos of the Fish and Chips r

**District 5 Executive Board**
**TEAM Member**

# Lance Yednock

District 5
740 E. U.S. Route 6, Utica, IL 61373
(815) 667-3036
3rd Thursday 7PM

**District 6 Executive Board**
**TEAM Member**

# Tim Loftus

District 6
1001 North Michigan Street, Lakeville, IN 46536
(574) 784-3694
3rd Thursday 7PM

**District 7 Executive Board**
**TEAM Member**

# Greg Allen

District 7
2193 W.
84th. Place.

Merrillville,
IN 46410
(219)736-
7710
2nd
Thursday
7PM

**District 8
Executive Board
TEAM Member**

# Roger Hoffman

District 8
3511 78th
Ave.
West Rock
Island, IL
61201
309)787-
4646

West
Burlington
Office
RR 4 - Box
306 E1
West

Burlington,
IA 52655
(319)754-
8135
2nd
Thursday
7PM

## Meet the rest of TEAM 150 Executive Board

Dist. 1  Craig Jorsch
Dist. 2  Donald Matteson
Dist. 3  Ray Stevens
Dist. 4  Brad Milliken
Dist. 5  Lance Yednock
Dist. 6  Tim Loftus
Dist. 7  Greg Allen
Dist. 8  Roger Hoffman
Auditors
Jerry

Page 6 of 6

Jorsch
Jason Ness
Trustees
Michael
Quale
Thomas J.
Dalton Jr.
Steve Mullen





WELCOME | ABOUT TEAM 150 | DISTRICT REPORTS | TEAM FAQ's | PHOTO GALLERY | SUPPORT TEAM 150 | TEAM LINKS | TEAM CALENDAR | TEAM NEWS | CONTACT US
THIS WEBSITE IS OPERATED AND MANAGED BY DUES PAYING LOCAL 150 OPERATING ENGINEERS
COPYRIGHT © 2006. TEAM 150. ALL RIGHTS RESERVED.





Main Navigation

- Welcome
- About TEAM 150
- District Reports
- TEAM FAQ's
- Photo Gallery
- Support TEAM 150
- TEAM Links
- TEAM Calendar
- TEAM News
- Contact Us

[SEARCH]



**District 1 Executive Board TEAM Member**

## Craig Jorsch

District 1
6200 Joliet RD.
Countryside, IL 60525
(708) 482-8800
4th Thursday 7PM

**District 2 Executive Board TEAM Member**

## Don Matteson

District 2
1050 N I-55
E. Frontage Rd
.Joliet, IL 60431
(815) 725-5561

**District Meeting and Rall**
**available on this page al**
**important news from**

**TEAM 150 Raffle Tickets**
**meeting**

**Check out the Bowling**

**February 25, 2007 Dist. 4**
**Illinois**

**February 28, 2007 Shops**

**March 3, 2007 St. Patric**

**March 24, 2007, Dist. 8**

**March 25, 2007 Chicago**

**April 1st, 2007 Raffle date,**
**directions.**

**April 22, 2007, Dist 2 El**
**Candidate**



Past TEAM Even

Quarry workers Pontiac meet with T

3rd Thursday 7PM

**District 3 Executive Board TEAM Member**

# Ray Stevens

District 3
28872 Rt. 120
Lakemoor, IL 60050
(815)363-0002
2nd Thursday 7PM

**District 4 Executive Board TEAM Member**

# Brad Milliken

District 4
4477 Linden Rd.
Rockford, IL 61109
(815)874-4166
2nd Thursday 7PM

TEAM 150 well represented at the S

TEAM 150 shows support at District

Oct 15th. 450 supporters attend TE/

Oct. 18th Indiana Retirees Endorse
150

District 5 Retirees Met on Oct. 25th,

Nov. 19th District 7 sets Meet and C Candidates

Jan. 10 2007 South of the River Mee

Jan. 21st, 2007 Dist 1 Meet and Gre

Jan. 24th, 2007 Dist 7 Shop Meeting

January 28th Kankakee Meet and Gr

Feb.3, 2007 TEAM 150 Bowling Nigh

To see more photos of the Fish and Chips r

**District 5 Executive
Board
TEAM Member**

# Lance
# Yednock

District 5
740 E. U.S.
Route 6,
Utica, IL
61373
(815) 667-
3036
3rd Thursday
7PM

**District 6 Executive
Board
TEAM Member**

# Tim
# Loftus

District 6
1001 North
Michigan
Street,
Lakeville, IN
46536
(574) 784-
3694
3rd Thursday
7PM

**District 7
Executive Board
TEAM Member**

# Greg Allen

District 7
2193 W.
84th. Place.

Merrillville,
IN 46410
(219)736-
7710
2nd
Thursday
7PM

**District 8
Executive Board
TEAM Member**

# Roger Hoffman

District 8
3511 78th
Ave.
West Rock
Island, IL
61201
309)787-
4646

West
Burlington
Office
RR 4 - Box
306 E1
West

Burlington,
IA 52655
(319)754-
8135
2nd
Thursday
7PM

## Meet the rest of TEAM 150 Executive Board

Dist. 1  Craig
Jorsch
Dist. 2
Donald
Matteson
Dist. 3  Ray
Stevens
Dist. 4  Brad
Milliken
Dist. 5
 Lance
Yednock
Dist. 6  Tim
Loftus
Dist. 7  Greg
Allen
Dist. 8
Roger
Hoffman
Auditors
Jerry

Jorsch
Jason Ness
Trustees
Michael
Quale
Thomas J.
Dalton Jr.
Steve Mullen





WELCOME | ABOUT TEAM 150 | DISTRICT REPORTS | TEAM FAQ's | PHOTO GALLERY | SUPPORT TEAM 150 |
TEAM LINKS | TEAM CALENDAR | TEAM NEWS | CONTACT US
THIS WEBSITE IS OPERATED AND MANAGED BY DUES PAYING LOCAL 150 OPERATING ENGINEERS
COPYRIGHT © 2006, TEAM 150. ALL RIGHTS RESERVED.



Main Navigation





- Welcome
- About TEAM 150
- District Reports
- TEAM FAQ's
- Photo Gallery
- Support TEAM 150
- TEAM Links
- TEAM Calendar
- TEAM News
- Contact Us

[SEARCH]

**District 1 Executive Board**
**TEAM Member**

# Craig Jorsch

District 1
6200 Joliet RD.
Countryside, IL 60525
(708) 482-8800
4th Thursday 7PM

**District 2 Executive Board**
**TEAM Member**

# Don Matteson

District 2
1050 N I-55
E. Frontage Rd
.Joliet, IL 60431
(815) 725-5561

**District Meeting and Rally** available on this page al important news from

**TEAM 150 Raffle Tickets** meetings

**Check out the Bowling**

**February 25, 2007 Dist. 4** Illinois

**February 28, 2007 Shops**

**March 3, 2007 St. Patric**

**March 24, 2007, Dist. 8**

**March 25, 2007 Chicago**

**April 1st, 2007 Raffle date,** directions.

**April 22, 2007, Dist 2 El** Candidate



Past TEAM Even

Quarry workers Pontiac meet with T

3rd Thursday
7PM

**District 3
Executive Board
TEAM Member**

# Ray Stevens

District 3
28872 Rt. 120
Lakemoor, IL 60050
(815)363-0002
2nd Thursday
7PM

**District 4 Executive
Board
TEAM Member**

# Brad Milliken

District 4
4477 Linden Rd.
Rockford, IL 61109
(815)874-4166
2nd Thursday
7PM

TEAM 150 well represented at the S

TEAM 150 shows support at District

Oct 15th. 450 supporters attend TE/

Oct. 18th Indiana Retirees Endorse 150

District 5 Retirees Met on Oct. 25th,

Nov. 19th District 7 sets Meet and C Candidates

Jan. 10 2007 South of the River Mee

Jan. 21st, 2007 Dist 1 Meet and Gre

Jan. 24th, 2007 Dist 7 Shop Meeting

January 28th Kankakee Meet and Gi

Feb.3, 2007 TEAM 150 Bowling Nigh

To see more photos of the Fish and Chips r

**District 5 Executive
Board
TEAM Member**

# Lance
# Yednock

District 5
740 E. U.S.
Route 6,
Utica, IL
61373
(815) 667-
3036
3rd Thursday
7PM

**District 6 Executive
Board
TEAM Member**

# Tim
# Loftus

District 6
1001 North
Michigan
Street,
Lakeville, IN
46536
(574) 784-
3694
3rd Thursday
7PM

**District 7
Executive Board
TEAM Member**

# Greg Allen

District 7
2193 W. 84th. Place.

Merrillville, IN 46410
(219)736-7710
2nd Thursday
7PM

**District 8
Executive Board
TEAM Member**

# Roger Hoffman

District 8
3511 78th Ave.
West Rock Island, IL 61201
309)787-4646

West Burlington Office
RR 4 - Box 306 E1
West

Burlington,
IA 52655
(319)754-
8135
2nd
Thursday
7PM

**Meet the
rest of
TEAM 150
Executive
Board**

Dist. 1  Craig
Jorsch
Dist. 2
Donald
Matteson
Dist. 3  Ray
Stevens
Dist. 4  Brad
Milliken
Dist. 5
 Lance
Yednock
Dist. 6  Tim
Loftus
Dist. 7  Greg
Allen
Dist. 8
Roger
Hoffman
Auditors
Jerry

Case: 1:07-cv-03972 Document #: 11-8 Filed: 09/27/07 Page 18 of 18 PageID #:114

Jorsch
Jason Ness
Trustees
Michael
Quale
Thomas J.
Dalton Jr.
Steve Mullen





WELCOME | ABOUT TEAM 150 | DISTRICT REPORTS | TEAM FAQ's | PHOTO GALLERY | SUPPORT TEAM 150 |
TEAM LINKS | TEAM CALENDAR | TEAM NEWS | CONTACT US
THIS WEBSITE IS OPERATED AND MANAGED BY DUES PAYING LOCAL 150 OPERATING ENGINEERS
COPYRIGHT © 2006. TEAM 150. ALL RIGHTS RESERVED.