

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO, <br><br> Plaintiff, <br><br> v. <br><br> TEAM 150 PARTY, INC., JOSEPH P. WARD, and MICHAEL QUIGLEY, <br><br> Defendants. | No. 07 C 3972 <br><br> Judge Gottschall |

### AGREED PROPOSED ORDER

Pursuant to an agreement between the parties to the above-referenced action the current summary judgment briefing schedule is amended as follows:

Plaintiff's Opposition Brief will be due April 8, 2010.

Defendant's Reply Brief will be due April 29, 2010.

Respectfully submitted,

Dated: March 18, 2010

| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO | MICHAEL QUIGLEY |
|---|---|
| By /s/ Michael J. Femal <br> One of its attorneys | By: /s/ Annette M. McGarry <br> One of their attorneys |
| Michael J. Femal (#0792012) <br> Peter T. Berk (#6242515) <br> MCDONALD HOPKINS LLC <br> 640 N. LaSalle Street, Suite 590 <br> Chicago, Illinois 60610 <br> (312) 280-0111 | Annette McGarry (#6205751) <br> Marianne C. Holzhall (#6204057) <br> MCGARRY & MCGARRY LLC <br> 120 N. LaSalle Street, Suite 1100 <br> Chicago, IL 60602 <br> (312) 345-4600 |

SO ORDERED: _____

Date: _____4/6/10_____