UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO, <br><br> Plaintiff, <br><br> v. <br><br> TEAM 150 PARTY, INC., JOSEPH P. WARD, and MICHAEL QUIGLEY, <br><br> Defendants. | 07 cv 03972 <br><br> Judge Gottschall <br><br> Magistrate Judge Schenkier |

## STIPULATION OF DISMISSAL

The International Union of Operating Engineers, Local 150, AFL-CIO ("International Union"), ("Plaintiff"), and Defendants, Team 150 Party, Inc, Joseph P. Ward and Michael Quigley ("Defendants") hereby stipulate to the dismissal of Plaintiff's claims against Defendants without prejudice. This dismissal will become with prejudice on May 1, 2010 without further action of the parties.

| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO | MICHAEL QUIGLEY |
|---|---|
| By /s/ Michael J. Femal <br>     One of its attorneys | By: /s/ Annette M. McGarry <br>     One of their attorneys |
| Michael J. Femal (#0792012) <br> Peter T. Berk (#6242515) <br> MCDONALD HOPKINS LLC <br> 640 N. LaSalle Street, Suite 590 <br> Chicago, Illinois 60610 <br> (312) 280-0111 | Annette McGarry (#6205751) <br> Marianne C. Holzhall (#6204057) <br> MCGARRY & MCGARRY LLC <br> 120 N. LaSalle Street, Suite 1100 <br> Chicago, IL  60602 <br> (312) 345-4600 |